E-Filing

# UNITED STATES DISTRICT COURT
## Northern District of California

DIENNA HOWARD,

                Plaintiff(s),

v.

GAP, INC.,

                Defendant(s).

CASE NO. 06-6773 WHA

~~(Proposed)~~
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Anne-Marie E. Sargent , an active member in good standing of the bar of the Western District of Washington, whose business address and telephone number (particular court to which applicant is admitted) is

Connor & Sargent PLLC
999 Third Avenue, Suite 4200
Seattle, WA 98104

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Howard .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 1/8/07

                                            United States Magistrate Judge