IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIENNA HOWARD,<br><br>    Plaintiff,<br><br>  v.<br><br>GAP INC.,<br><br>    Defendant.<br>_____ / | No. C 06-06773 WHA<br><br>**ORDER SETTING DEADLINE FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE** |

Plaintiff shall file her amended complaint no later than **FEBRUARY 15, 2007**. The case management conference scheduled for Thursday, February 8, 2007, is hereby **CONTINUED TO THURSDAY, MARCH 8, 2007, AT 11:00 A.M.**

    **IT IS SO ORDERED.**

Dated: February 6, 2007

                                                        WILLIAM ALSUP<br>
                                                        UNITED STATES DISTRICT JUDGE