IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIENNA HOWARD, on her own behalf and on behalf of a class of similarly situated employees,<br><br>    Plaintiff,<br><br>  v.<br><br>GAP INC.,<br><br>    Defendant.<br>                                / | No. C 06-06773 WHA<br><br>**ORDER DENYING STIPULATION TO APPEAR BY TELEPHONE** |

     Good cause not shown, the Court **DENIES** the parties' stipulation to attend the case management conference by telephone. Trial counsel must personally appear at the case management conference.

**IT IS SO ORDERED.**

Dated: February 20, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE