IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DIENNA HOWARD,  No. C 06-06773 WHA

    Plaintiff,

v.  **JUDGMENT**

GAP INC.,

    Defendant.
_____/

    For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant Gap, Inc., and against plaintiff Dienna Howard. The Clerk **SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: April 26, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE