IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIENNA HOWARD, on her own behalf and on behalf of a class of similarly situated employees,<br><br>    Plaintiff,<br><br>  v.<br><br>GAP INC.,<br><br>    Defendant.<br>                                       / | No. C 06-06773 WHA<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

A case management conference is hereby set for **APRIL 16, 2009, AT 11:00 A.M.** in Courtroom No. 9 of the federal courthouse, 450 Golden Gate Avenue, San Francisco, California. Please file a joint case management statement at least seven days prior.

**IT IS SO ORDERED.**

Dated: April 1, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE