IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DIENNA HOWARD, on her own behalf
and on behalf of a class of similarly
situated employees,

    Plaintiff,

  v.

GAP INC.,

    Defendant.
                                       /

No. C 06-06773 WHA

**AMENDED ORDER SETTING CASE MANAGEMENT CONFERENCE**

The case management conference is hereby moved to **APRIL 23, 2009, AT 11:00 A.M.** in Courtroom No. 9 of the federal courthouse, 450 Golden Gate Avenue, San Francisco, California. Please file a joint case management statement at least seven days prior.

**IT IS SO ORDERED.**

Dated: April 2, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE