UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

APR 15 2009

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| DIENNA HOWARD, on her own behalf and on behalf of a class of similarly situated employees,<br><br>    Plaintiff - Appellant,<br><br>V.<br><br>GAP, INC.,<br><br>    Defendant - Appellee. | No. 07-15913<br>D.C. No. CV-06-06773-WHA<br>Northern District of California,<br>San Francisco<br><br>**MANDATE** |

The judgment of this Court, entered 03/24/09, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Rhonda Roberts
Deputy Clerk