IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DIENNA HOWARD, individually and on behalf of all similarly situated individuals,

    Plaintiff,

  v.

THE GAP INC.,

    Defendant.

No. C 06-06773 WHA

**ORDER SETTING HEARING ON PLAINTIFF'S DISCOVERY DISPUTE AND VACATING 11/12/2009 HEARING**

    The Court hereby **SETS** a further meet-and-confer for **12:30 P.M. ON OCTOBER 14, 2009**, in the Court's jury room on the 19th floor of the federal courthouse. At **3:00 P.M.** that same day, the Court shall have a hearing to resolve any disputed issue(s). Defendant's response is due by **9:00 A.M. ON OCTOBER 13, 2009**. Please note only those counsel who participate in the further meet-and-confer in the Court's jury room may be heard at the hearing.

    Please read and be familiar with the supplemental order filed October 31, 2006, concerning the Court's procedure on handling discovery disputes. The hearing noticed for November 12, 2009, is hereby **VACATED**.

    **IT IS SO ORDERED.**

Dated: October 8, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE