# EXHIBIT 1

1   LYNNE C. HERMLE (STATE BAR NO. 99779)
    JESSICA R. PERRY (STATE BAR NO. 209321)
2   JULIA COLLINS RIECHERT (STATE BAR NO. 254078)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
3   1000 Marsh Road
    Menlo Park, CA  94025
4   Telephone:  650-614-7400
    Facsimile: 650-614-7401
5   lchermle@orrick.com
    jperry@orrick.com
6   jriechert@orrick.com

7   Attorneys for Defendant
    GAP INC.
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12  DIENNA HOWARD, individually and on        Case No.  C 06 6773 WHA
    behalf of all similarly situated individuals,
13                                            **SUMMARY OF EVIDENCE IN**
                                              **SUPPORT OF DEFENDANT GAP'S**
                    Plaintiff,                **OPPOSITION TO MOTION FOR**
14                                            **CLASS CERTIFICATION**
            v.
15                                            Date: November 5, 2009
    GAP INC.,                                 Time: 8:00 am
16                                            Courtroom:  9
                    Defendant.                Judge:  The Honorable William Alsup
17

18

19

20

21

22

23

24

25

26

27

28

| FACTUAL STATEMENT | EVIDENCE[1] |
|---|---|
| 1. Gap is known all over the world for its classically styled, high quality, casual apparel and accessories for men, women and children at moderate price points. | All declarations referenced herein are in alphabetical order in the accompanying Compendium of Evidence. Low ¶4; Anderson ¶4. |
| 2. Gap offers wardrobe basics such as denim jeans, skirts and jackets; khaki pants; knit polo shirts; woven button-down shirts; and t-shirts. | Low ¶4; Martini ¶4(basics do not change season to season); Goldenberg ¶4; Sadaka ¶3. |
| 3. These items are available in basic colors (i.e., white, black, grey and navy) year-round and seasonal colors. | Low ¶4. |
| 4. Gap, like other retailers, follows fashion trends. | Low ¶5(if Gap is selling striped sweaters, so are their competitors); Marcotte ¶4("Gap is fashion forward"). |
| 5. Over the past nine years, Gap has operated different types of stores, including Adult, GapKids, BabyGap, and GapBody stores. | Some stores are in distinct physical locations from any other store; other house Adult, Kids, Baby and Body as separate departments within the same physical location. Low ¶6; E. Rivera ¶7(impossible for males to wear clothing at women's only store); Y. Franco ¶16(women who work at Men's store can't shop there); Binyaminova ¶9(couldn't wear clothing at GapBody); Miandoadi ¶12(couldn't wear clothing in GapKids/Baby store); Trieste ¶13(no clothing for her at GapKids); Joseph ¶6(clothing in GapKids does not fit); Barnes ¶5(works at Women's-only store, not possible to wear clothes); Tirado ¶5(can't wear BabyGap). |
| 6. Some stores have multiple levels and are so large they operate as their own district; others are small with a small staff. | Low ¶¶6, 8; Tolino ¶3(flagship store equivalent to its own district because large, high sales volume and complex business); Morata ¶3. |
| 7. In general, stores have a General Manager ("GM"), who, depending on the stores' size, volume and complexity, is assisted by a Store Manager and assistant managers, only assistant manager(s), or only supervisors called keyholders. | Low ¶7. |
| 8. Employees generally work varying shifts with different managers. | Low ¶9. |

---

[1] All cited evidence is contained in the declarations is appended to the Compendium of Evidence as Exhibits 1 through __.

| | |
|---|---|
| 9. In New York, the GMs report to District Managers, who generally oversee seven to 19 stores.  The District Managers report to Regional Managers who oversee seven to nine districts, who report to the Zone Vice President, who oversees approximately 365 stores in the Eastern United States, including the 75 stores in New York. | Low ¶10. |
| 10. During the past nine years, the structure of the New York area has changed; new districts have been created, consolidated and eliminated, and significant turnover has occurred in the management team. | Low ¶10. |
| 11. Gap has employed over 40,000 sales associates alone in its New York stores during the nine year putative class period. | Low ¶12. |
| 12. Gap expects that its employees look neat, clean and professional. | Low ¶13; Marcotte ¶5(represent sensibility of the brand); Martini ¶6("employees are face of company"); Meinhardt ¶4(customers expect employees to look nice); Cheng ¶6(maintains level of professionalism); Torres ¶4(look professional and make a great impression on customers); L. Figueroa ¶6(anything neat, clean, and appropriate; Mancino ¶6(put together and ready for work); E. Rivera ¶8(do not want to "scare away customers"); Klemm ¶7(not sloppy or risqué); Linder ¶5(identifiable employees); Goldenberg ¶4(neat, clean, not too much skin, professional, safe); Breglia ¶4(no holes, stains or too wrinkled); Pagnanella ¶4(clothing that reflects brand); Wright ¶4(garner trust from customers); Y. Franco ¶15(professionalism part of corporate America); Strobel ¶6("work-ready"); Portka ¶6(appropriate for workplace); Luccarelli ¶5(neat and professional "helpful when making sales"); Melione ¶4(show customers take jobs seriously); Naber ¶5(focus on overall professional appearance, not label); Ruiz ¶5(reflect well on company); Sherriton ¶4; McLaughlin ¶3; Smith ¶4; De Luna ¶5; Jankowski ¶4; Vago ¶5; Wolcson ¶5; Cardozo ¶4; Valdez ¶4; Vinberg ¶4; Baskin ¶5; Nadal ¶4; Zaia ¶5; Z. Stevens ¶4; Vega ¶4. |
| 13. While Gap has had 14 different iterations of its dress code over the past nine years, it has **_never_** required its employees to wear Gap clothing. | Declaration of Jessica Perry in support of Gap's Opposition to Motion for Class Certification ("Perry"), Exs. 4-17. |
| 14. Some of the Gap policies applicable in | Perry Exs. 4, 6; Low ¶21. |

| | | |
|---|---|---|
| | 2000 and 2001 stated that employees should "wear clothing that is reflective of the Gap brand style." | |
| 15. | This meant that employees should wear casual clothing that reflected Gap's clean and casual image epitomized in denim, khakis, woven shirts, and polos and t-shirts. | Low ¶21; Marcotte ¶6("iconic items"); Long ¶4(reflect Gap's casual and conservative image); Rollins ¶4(plain, basic, with not too much detail); Espinosa ¶4("virtually any kind of casual clothing"); Trieste ¶5(clean-cut, basic); Rivas ¶4; Kelley ¶4; Barnes ¶6; Powell ¶4; Linder ¶4; Caputo ¶6. |
| 16. | It has always been acceptable for employees to wear clothing from any retailer, as long as it reflects the brand, meaning looks like something Gap would sell (such as a polo shirt or khaki pants) and does not have visible logos or distinctive identifying marks. | Low ¶15; Silverston ¶5(15 yrs at Gap, different versions never said must wear Gap); Rindfuss ¶6(40 yrs at Gap, always allowed non-Gap); Darcy ¶4(17 yrs, not required to wear Gap); Vago ¶6(16 yrs at Gap, always allowed non-Gap); Fernandez ¶6(9 yrs at Gap, never required Gap); Strobel ¶9(core of dress code – not required to wear Gap); Stuhlman ¶4(16 yrs, always allowed non-Gap); Zerwes ¶5(since 2000, always clear not required to wear Gap); Geiger ¶5(19 yrs, no policy requiring Gap); Dragotto ¶6(in 17 yrs, no policy requiring Gap); Frega ¶4(since 1998, no policy requiring Gap); Tagliarino ¶4(9 yrs, code allows any brand); Salles ¶6(always able to wear other brands); Powell ¶¶4, 7(always permitted to wear other brands); Luccarelli ¶7("dress code not about brand"); Doster ¶5(9 yrs, no policy requiring Gap); Just ¶4(no Gap uniform); Felice ¶8(policy explicitly stated not required to wear Gap); Quach ¶6(10 yrs at Gap, policy never required Gap); Guilfoil ¶4(over past 10 yrs, never required to wear Gap); Bennington ¶8(many changes to code, but never required Gap); Nesbitt ¶4(since 1995, policy never required Gap); Y. Franco ¶5(since 1994, always understood Gap not required); Espinosa ¶6(in 10 yrs, never had impression required to wear Gap); Varriale ¶9(14 yrs, never required to wear or buy Gap); Merimo ¶4(14-15 different managers, never told must wear Gap); Gialanella ¶7(7 managers, 4 heads of store, never told must wear Gap); Tavarez ¶4(in 15 yrs with over 40 managers, never told must wear Gap); Odell ¶4(15-20 managers, never required Gap); E. Rivera ¶4(2 stores, over 15 managers, never required Gap); Fuller ¶ 4(in 5 yrs at 6 different stores, no manager ever required Gap); Barnes ¶4(12 yrs in 6 stores, never required to buy Gap); C. Stevens ¶13(4 different managers, never required Gap); L. Rodriguez ¶10(35 managers over 8 yrs, not required to wear Gap); C. Franco ¶3(9 yrs at 5 |

| | |
|---|---|
| | stores, never required to wear Gap); Gonzalez ¶6; Wozniak ¶4; Eddy ¶4; Camia ¶5; Tirado 6; Wolcson ¶5; Sherriton ¶4; Lieberman ¶7; Kelley ¶4; Sullivan ¶5; Chierico ¶4; Collado ¶4; Johnson ¶4; Cohen ¶3; Luis ¶5; Duva ¶4; Klemm ¶4; L. Figueroa ¶4; Colin ¶7; Larocca ¶10; Wilkins ¶10; Friedman ¶4, 6; Stetson ¶5; N. Jones ¶4; Serrano ¶6; Z. Stevens ¶5; Hearty ¶4; Brady ¶6; Caputo ¶15; Kennedy ¶4; Rothstein ¶5. |
| 17. In fact, the policy listed examples of items which could be purchased at other retailers. Even items with distinctive logos are fine to wear as long as they are covered with a long shirt, sweater or belt. | Low ¶15; Bradshaw ¶6(not flamboyantly labeled with other retailer); Murphy ¶5(should not advertise for another company); C. Rodriguez ¶4(no conspicuous logos); Serrano ¶5("would not work at McDonalds eating a Burger King burger in front of customers"); Collado ¶6(cover up logo with name tag); Doster ¶7("name tag can take care of almost anything"); Jean ¶5; Felice ¶7; Chavez ¶4; Pavone ¶4; Merricks ¶6; Vergillia ¶6; Vinberg ¶6; Zaia ¶5; Letang ¶4; Just ¶9; Onderdonk ¶5; Merimo ¶8; Bauer ¶6; Bennington ¶4; Paulino ¶5; Stevenson ¶4. |
| 18. Given that retailers from Ralph Lauren to Wal-Mart sell polo shirts, khaki pants and denim, acceptable clothing can be found at every price point. | Low ¶15; Mancino ¶5(Wal-Mart polo looks just like Gap); Vergillia ¶6(Wal-Mart shirt); Salles ¶4(American Eagle and Abercrombie have similar styles); Luccarelli ¶4(not hard to find clothes without visible logos or designs); Friedman ¶10(many retailers sell casual clothing); Serrano ¶7(lower cost alternatives); Onderdonk ¶5(very few restrictions); Gialanella ¶8(basics sold everywhere); Nuzzo ¶5(basics can be bought anywhere); Scialdone ¶7(Gap sells "things you can find anywhere"); Loveless ¶6(any retailer); Maison ¶4; Merimo ¶8; Haymann ¶4; Frega ¶4; Powell ¶4; Sadaka ¶3. |
| 19. Additionally, because Gap clothing generally does not display logos on its clothing, it can be impossible to tell when someone is wearing a Gap polo shirt as opposed to one from another retailer without inspecting the label. | Low ¶15; Klobus ¶4("Gap clothing looks pretty generic"); Tirado ¶10(difficult to discern whether from Gap without inspecting inside tags); Devilme ¶5(do not look at tags to determine brand); J. Williams ¶5; Vago ¶5; E. Rivera ¶6; Goldenberg ¶4; Haroo ¶6; Fernandez ¶6; Collado ¶8; Meinhardt ¶10; Y. Williams ¶9. |
| 20. The early versions of the policy "encouraged" employees to wear "franchise merchandise that the Gap is famous for, such as jeans and khakis and activewear," although they did not require the purchase | Perry Exs. 4, 6; Morata ¶4(styles that made Gap famous); Marcotte ¶6(nearly all retailers sell "iconic items" at all price points). |

| | |
|---|---|
| of Gap merchandise. | |
| 21. This was meant to encourage the wearing of styles that made Gap famous, not the wearing of only Gap clothing. | Low ¶21; Marcotte ¶6(encouraged does not mean required); Anderson ¶8; Rogalski ¶6. |
| 22. The policy also encouraged employees to "wear merchandise that is currently sold in your store" and informed them that they could use their discount to wear in-style clothing. | Low ¶22; Wilkins ¶4(not required to wear current clothing); Larocca ¶9(outfits do not have to be current fashions); Just ¶¶4, 11(wears 3 yr old jeans); Serrano ¶4(no particular style/season required); Jean ¶5(not required to wear current clothing); Onderdonk ¶¶5, 11(most clothing from earlier yrs, does not look like current clothing); Pavone ¶4(never told employees required to wear current clothing); Long ¶8(wears clothing from previous seasons, shows it lasts); Merimo ¶7, 13(not required to match what available in store); Sullivan ¶6(wears clothing that is 10 yrs old); Bauer ¶7(never required clothing that resembles items in store); Bennington ¶4(never instructed employees to wear current clothing); Haymann ¶6(not required to keep up with current trends); Strobel ¶5(mix current and prior seasons); Y. Franco ¶11; Vega ¶5; Espinosa ¶4; Sigalos ¶4; Melione ¶4; Johnson ¶5. |
| 23. Because most retailers follow the same trends, the employee could purchase items at many other competitors. | For example, if the store was selling fashion items, such a ruffled tank top, the employees should wear that style rather than confusing the customer by wearing last season's trend of tank tops with rhinestones. Low ¶22; Anderson ¶4; Marcotte ¶6. |
| 24. However, Gap carries jeans, khakis, polos and t-shirts year-round, and thus, many styles could be worn, regardless of whether purchased at Gap. | Low ¶22; Linder ¶4(offers basic gear); Vergillia ¶7(can wear same plain shirt and pants every shift); Haymann ¶4("Gap has an image of classic looking clothing, like white t-shirts, denim, and woven shirts"); Quach ¶5. |
| 25. The policy also encouraged wearing clothing that was "reflective of the current season," meaning shorts in the summer, turtlenecks in winter. | Low ¶23; Weiss ¶6("reflective of current season" meant appropriate for season); Rogalski ¶5(appropriate seasonal attire); Santiago ¶5(seasonable for time of year); Darcy ¶6(season of year, not clothing sold in store); Mullin ¶6; Rackover ¶6; Gonzalez ¶4; Klemm ¶6; Doster ¶6; cf Zerwes ¶6(wears short sleeves in winter, sweaters in summer); Stetson ¶6(t-shirt in winter, sweatshirt in summer); Trieste ¶7(cardigan in summer); Wilkins ¶4(does not wear clothing reflective of current season); |

COMPENDIUM OF EVIDENCE IN SUPPORT OF
DEFENDANT GAP'S OPPOSITION TO MOTION FOR
CLASS CERTIFICATION [C 06 6773 WHA]

| | |
|---|---|
| | Hearty ¶ 7(wears clothing out of season); Pavone ¶4(employees wear fall and winter clothes in summer); Bennington ¶4(never instructed employees to wear seasonal clothing); Kelley ¶4(never told must wear something "in season"); Y. Franco ¶11(sweaters in summer because store too cold); Vega ¶5(short sleeves and sandals in winter); Rivas ¶4; Sigalos ¶4; Binyaminova ¶4; Melione ¶4; Pedalino ¶7; Murphy ¶5; Miandoadi ¶6; C. Rodriguez ¶5; Johnson ¶5. |
| 26. In February 2001, the policy was revised to state that employees were "encouraged to wear Gap or Gap-like merchandise." | Perry Ex. 5; Low ¶24. |
| 27. This conveyed that employees could wear any retailer's polo shirt, turtleneck, sweater, or other items similar to clothing Gap sells. | Low ¶24; Mullin ¶5("Gap-like" meant clothes that looked like things Gap sells); Cohen ¶4("Gap-like" meant not advertising for other companies); Just ¶4(Gap-like meant from another store, but something Gap could sell); Rindfuss ¶6(at McKinley Mall, Gap-like didn't mean exact clothing sold in store); M. Jones ¶5(Gap-like meant casual and traditional clothing with no visible logos from other brands); L. Figueroa ¶6("you can go to almost any retail store and find basic, plain clothes"); Morata ¶4("endless possibility of options"); Colin ¶4("virtually any retailer"); Friedman ¶10(many retailers sell similar clothing); Gialanella ¶8("Gap is all about basics that are sold all over the place"); Haymann ¶4(lots of options); Rivas ¶4; Lebron ¶5. |
| 28. In November 2002, Gap felt that customers could not distinguish employees from customers, who were not being assisted properly, and that its image was suffering. | Low ¶25. |
| 29. The policy was revised to implement more professional standards. | Low ¶25. |
| 30. It prohibited tube tops, sleeveless shirts and tank tops, shorts, athletic sneakers and flip flops, athletic wear, hats, and required that shirts have a collar and skirts not be shorter than mid-thigh. It also required that clothing be clean, pressed and in good condition. | Perry Ex. 8. |
| 31. This annoyed employees accustomed to wearing t-shirts and shorts, who also could no longer wear merchandise Gap was currently selling. | Low ¶25; Anderson ¶9. |

| | |
|---|---|
| 32. Nothing in this revision stated that employees had to wear Gap clothing. | Perry Ex. 8; *See also* SE16. |
| 33. In February 2003, the policy was revised to require shirts to be tucked in and belts. | Perry Ex. 9; Low ¶26; Dopita ¶7(big change in dress code when Paul Pressler became CEO); Tavarez ¶9(untucked shirts sloppy); Klemm ¶11; Lieberman ¶6; Powell ¶7; Luccarelli ¶10; Just ¶8; Klobus ¶6. |
| 34. This created even more controversy among employees who felt that this affected their ability to look stylish. | Low ¶27; Duffany ¶8(hated tucking in shirts). *See also* Hermle ¶¶2, 11-13, Exs. 1, 2. |
| 35. Again, nothing in this revision required wearing Gap clothing. | Perry Ex. 9; SE16. |
| 36. Due to negative feedback about the restrictions, which barred employees from wearing much of what was selling in the stores, the dress code was again revised in August 2003. | Low ¶27; Vago ¶9(policy relaxed as fashion industry more relaxed and casual); Stahl ¶7(dress code relaxed); Klobus ¶6(employees complained); Weiss ¶7(happy when collared shirts no longer required); Lieberman ¶6. |
| 37. This time, it permitted untucked shirts and all woven and certain knit tops, even those without collars. | Perry Ex. 10; Low ¶27. |
| 38. It removed all "reflective of current season" language and language encouraging the purchase of Gap clothing. | Perry Ex. 10. |
| 39. <u>That language does not appear in any dress code policy or communication after the August 2003 revision.</u> | Perry Exs. 10-17. |
| 40. In March 2006, Gap embarked on a "You be You" campaign which encouraged employees to express themselves in their personal appearance. | Low ¶28; Minnis ¶12("more flexibility and expression of individual style"); Paulino ¶7(uniqueness demonstrates versatility); Caputo ¶10(treated as individuals); Finley ¶6(supervisor expresses punk style with skinny jeans, bright colors); L. Figueroa ¶6(encourages individuality); J. Williams ¶6(past employer did not allow personal expression – "coming to Gap like a breath of fresh air"); Goldenberg ¶4(style according to fashion sense); Breglia ¶7(styles such as bohemian, preppy, bright colors, muted colors, floral prints); McLaughlin ¶3(diversity makes employees more accessible to customers); Johnson ¶5("individual passion for fashion"); Jean ¶9(own twist on outfit); Bauer ¶9(tells employees "you be you"); Vega ¶11(changes to permit employees to express themselves); Cicogna ¶5(does not "compromise own style to work at Gap"); Wilkins ¶7(Gap gave associates t-shirts to customize); Reese |

| | |
|---|---|
| | ¶5; Bradley ¶4; Pagnanella ¶9. |
| 41. This policy allowed t-shirts (including graphic t-shirts with phrases), casual knits, hooded sweatshirts, shorts, fashion sneakers and athletic sneakers (such as Nike tennis shoes). | Perry Ex. 14; Low ¶28. |
| 42. The policy explicitly reminded employees they were not required to purchase or wear Gap merchandise. | Perry Ex. 14; Low ¶28(crystal clear so no confusion); *See also* SE16. |
| 43. In October 2006, the policy was revised to remove any mention of the "Gap or Gap-like" clothing and that language has not been part of the dress code since that revision. | Perry Ex. 15; Low ¶29. |
| 44. Instead, Gap relied on employees to use good judgment in their personal dress.  The policy continued to remind employees they were not required to purchase or wear Gap merchandise. | Perry Ex. 15; *See also* SE16. |
| 45. By June 2007, management determined again that employees needed to look more professional. | Low ¶30. |
| 46. The policy was revised to prohibit athletic wear, graphic t-shirts, shorts, leggings, and athletic sneakers. | Perry Ex. 16; Low ¶30. |
| 47. It continued to remind employees they were not required to purchase or wear Gap merchandise. | Perry Ex. 16; *See also* SE16. |
| 48. In May 2009, the policy was revised to allow the "distressed denim" trend and shorts during the summer. | Perry Ex. 17; Low ¶31. |
| 49. Again, it reminded employees they were not required to purchase Gap merchandise. | Perry Ex. 17; Low ¶32; *See also* SE16. |
| 50. Regardless of the applicable policy, employees regularly wore non-Gap clothes to work. | N. Jones ¶4, 5(full figured woman, Gap did not carry size); Marcotte ¶9(as Zone Vice President, 35-40% non-Gap); Martini ¶5(district manager, 50% non-Gap); Zaia ¶4(clothing too fancy to be Gap); R. Rivera ¶5(only socks and t-shirts Gap); Brady ¶4(wear almost every article in wardrobe); Viera ¶5(50% clothing non-Gap); Binyaminova ¶14(weeks when wears no Gap); Gonzalez ¶9(85% non-Gap); Wozniak ¶7(shops other retailers during lunch); Pustay ¶6(dresses more |

| | |
|---|---|
| | formal than Gap); Cheng ¶5(85% non-Gap); Pagano ¶5(50% from Guess); Santiago ¶4(heavy or tall employees shop elsewhere); Duva ¶6(staff does not wear much Gap); Darcy ¶4(non-Gap jeans every day); L. Figueroa ¶5(majority wear non-Gap); Caldarelli ¶5(no petite line); Linder ¶4(Gap polos too short); Goldenberg ¶9(mix Gap with non-Gap); Breglia ¶10(associate too small for jeans); Cohen ¶6(3 employees never wear Gap); Chierico ¶5(at least 1/2 not wearing Gap); Scialdone ¶7(non-Gap maternity clothes); Stuhlman ¶4(75% non-Gap); Stetson ¶11(different colors and patterns); Serrano ¶5(60-70% non-Gap); Best ¶6(many days no Gap); Jean ¶5(80% non-Gap); Doster ¶7(regularly sees employees at McKinely Mall wearing non-Gap); Stevenson ¶5(brand only goes up to size 20); Joseph ¶4(70% non-Gap); Pedalino ¶6(no employee wears Gap head to toe); Valdez ¶4(prefers more fitted, European style); Pavone ¶9(Gap not made for every body type); Luccarelli ¶4(Gloria Vanderbilt jeans); Colin ¶6(different materials, colors); Strobel ¶5("absolutely wear non-Gap"); Haymann ¶15(45% non-Gap); Klobus ¶10(Gap jeans too long); Y. Franco ¶14(do not fit small waistlines); Long ¶4(strange color combinations); Rogalski ¶4(employees wear Gap's competitors); De Luna ¶4(ties); Murphy ¶11(days when no Gap); Woodley ¶4 (combines Gap and non-Gap); Larocca ¶9(more businesslike than Gap); Dommer ¶6(wears no Gap when pregnant); Espinosa ¶4(employees wear 50% non-Gap); Ruiz ¶10(first year, never wore Gap); Glauber ¶6; Parker ¶4; M. Figueroa ¶4; Onorato ¶9; Lieberman ¶4; Cicogna ¶4; Zerwes ¶5; Nerone ¶9; Geiger ¶7; Dragotto ¶6; Loveless ¶8; Sherriton ¶5; Wolcson ¶6; Frega ¶6; Portka ¶9; Vinberg ¶6; Nadal ¶5; Myers ¶11; Tavarez ¶5; Letang ¶6; Tagliarino ¶5; Powell ¶4; Cruz ¶5; Friedman ¶10; Wilkins ¶¶4, 9; Just ¶6; Felice ¶6; Chavez ¶5; L. Rodriguez ¶8; Rollins ¶6; Merimo ¶9; Quach ¶8; Sullivan ¶5; Kelley ¶4; Pakhiddey ¶5; Vega ¶8; Sigalos ¶14; M. Jones ¶5; Melione ¶5; Miandoadi ¶11; C. Rodriguez ¶13; Vergillia ¶16; Mantione ¶5; Gialanella ¶13; Trieste ¶12; Maison ¶4. |
| 51. Employees wore clothes purchased from: Levi's, Earl Jeans, Polo Ralph Lauren, H & M, Forever 21, Saks 5th Avenue, Bergdorf Goodman, Prada, Narciso Rodriguez, XOXO, Banana Republic, Aeropostal, Old | Wolcson ¶6; Dragotto ¶6; Geiger ¶7; Nerone ¶9; M. Figueroa ¶4; Naber ¶5; Kelley ¶4; Chierico ¶5; Collado ¶8; Johnson ¶4; Cohen ¶6; Stahl ¶5; Luis ¶8; Klemm ¶5; E. Rivera ¶6; L. Figueroa ¶5; Darcy ¶4; Duffany ¶5; Weiss ¶5; |

| | | |
|---|---|---|
| | Navy, Hollister, American Eagle, J Crew, Lacoste, Abercrombie & Finch, Lord and Taylor, Macy's, Express, Ann Taylor, The Limited, French Connection, Zara, Club Monaco, Lane Bryant, Ashley Stuart, New York & Co., Seven Jeans, Citizens of Humanity, Century 21, Bloomingdale's, Nordstrom's, Urban Outfitters, Lucky Jeans, Ann Taylor Loft, True Religion Jeans, Joe's Jeans, Dockers, Liz Claiborne, Kenneth Cole, Willi Smith, TJ Maxx, Lands End, Eddie Bauer, Kohl's, Anthropologie, JC Penny's, Target, Motherhood, Tommy Hilfiger, DKNY, Esprit, Black & Brown, Victoria's Secret, Charlotte Russe, Fashion Bug, Wal-Mart, Lilly Pulitzer, Loehmann's, Marshall's, Pretty Girl, $10 Store, Neiman Marcus, Donna Karen, Uniqlo, Sean John, Fiorucci, Nautica, Ben Sherman, Calvin Klein, Sperry, Penguin, Evisu, Lerner, Dr. Jays, CVS, Joyce Leslie, Pac Sun, Hot Topic, Gloria Vanderbilt, Energy, Bebe, Talbots, Avenue, Michael Kors, Mossimo, Marshall's, Pod Maternity Wear, Tommy Bahama and Armani Exchange. | Pagano ¶5; Dopita ¶8; Myers ¶4; Tavarez ¶5; Eschavez ¶5; Tirado ¶12; Camia ¶6; Eddy ¶6; Barnes ¶5; Guilfoil ¶5; Wozniak ¶6; Gonzalez ¶9; Meinhardt ¶14; C. Franco ¶4; Tagliarino ¶5; Cruz ¶5; Luccarelli ¶7; Just ¶6; Chavez ¶5; L. Rodriguez ¶8; Frega ¶6; Varriale ¶4; Hearty ¶12; Dicroce ¶10; Brady ¶5; Catupo ¶12; Kennedy ¶6; Caldarelli ¶5; Portka ¶9; Maison ¶4; Joseph ¶4; Pedalino ¶5; Mantione ¶5; Trieste ¶19; Gialanella ¶10, 13; Vergillia ¶15; Strobel ¶5; C. Rodriguez ¶13; Miandoadi ¶11; Murphy ¶11; Melione ¶8; Binyaminova ¶9; Sigalos ¶14; Woodley ¶4, 6; Haymann ¶15; Pakhiddey ¶5; Quach ¶8; Merimo ¶13; Rollins ¶6; Long ¶8; Onderdonk ¶10; Felice ¶6; Jean ¶5; Colin ¶6; Larocca ¶9; Wilkins ¶9; Friedman ¶¶10, 12; Stetson ¶¶7, 11; Salles ¶4; Letang ¶6; Fuller ¶6; N. Jones ¶5; Bradshaw ¶10; Jankowski ¶4; Smith ¶6, 7; Cheng ¶5; Pascucci ¶¶5, 10; Merricks ¶6; Van Rossum ¶5; Pustay ¶6; Lascola ¶¶5, 6; Teos ¶4; Fuentes ¶¶4, 6; Tucker ¶6; Binyaminoa ¶9; Viera ¶6; Finley ¶ 5, 6; R. Rivera ¶4; Nadal ¶5; Vinberg ¶¶6, 10; Valdez ¶4; Best ¶6; Cicogna ¶4; Parker ¶4; Quinteros ¶8; Glauber ¶6; Scialdone ¶¶7-9; Rothstein ¶6; Dommer ¶6; Wright ¶7; Nuzzo ¶7; Oddel ¶5; Pagnanella ¶10; McLaughlin ¶9; Goldenberg ¶9; Bradley ¶¶6, 9; Hissrich ¶¶5, 6; J. Williams ¶5; Mancino ¶6; McKenzie ¶4; Torres ¶7; Estinal ¶7; Gilhuly ¶4; Delaney ¶6; Devilme ¶8. |
| 52. | Employees also wear clothing from vintage and thrift stores, as well as local boutiques. | De Luna ¶4; C. Stevens ¶¶4, 11; Ruiz ¶10; Silverston ¶7; Santiago ¶4; Sherriton ¶5; Zaia ¶4. |
| 53. | Training and orientation are not centralized. Depending on the store, associates can be hired, oriented, trained and supervised by a GM, Store Manager, Associate Manager, Assistant Manager, and/or seasoned associate. | Low ¶33; S. Gutierrez ¶9; Paulino ¶8(non-exempt manager as trainer in lower volume stores). |
| 54. | New employees typically participate in an initial orientation during which policies are explained, including the Open Door Policy, Code of Business Conduct, Discount Policy and dress code. | S. Gutierrez ¶9; Weiss ¶8(dress code during orientation); M. Jones ¶4(during orientation, no one said must wear Gap); McKenzie ¶6(manager led like professor with students, 30-45 min. on dress code); Serrano ¶6("covered every little detail of dos and don'ts"); Mancino ¶8(leader gave tips about code); Morata ¶9(guided tour of store); Klemm ¶9(learned not required to wear Gap); Kelley ¶5(discussed dress code at 30 trainings); Linder ¶6(one-on-one orientations); Breglia ¶5(new hire packet); McLaughlin ¶5(read, review, sign off on dress |

| | | |
|---|---|---|
| | | code); Naber ¶7(single facilitator in district); Tagliarino ¶6(read policy aloud); Espinosa ¶6(centralized program in district); Garone ¶6(3 day training); Jean ¶6(poster); Goldenberg ¶15(open door policy read word for word on first day); Nuzzo ¶16(communicated at orientation); Melione ¶6(trained on everything related to working at Gap); Long ¶15(learned about policy at orientation, posted in back room); C. Rodriguez ¶6(kept copy of dress code); Anderson ¶12(mannequins); Marcotte ¶7; Pagnanella ¶15; Duffany ¶10; L. Figueroa ¶9; Cohen ¶11; Odell ¶8; Scialdone ¶6; Tavarez ¶10; Larocca ¶16; Chavez ¶6; Merimo ¶5; Strobel ¶8; Gialanella ¶5. |
| 55. | Gap's training guides ask the manager to explain that "dress code guidelines are designed to ensure you come to work looking neat and professional.  However, **you are not required to wear Gap merchandise**." | S. Gutierrez Ex. A (2009 guide, p. 28); *see also* Ex. B (2003 guide, p. 36 ("[y]ou are not required to wear Gap, Inc. merchandise")); 2007 guide, p. 31 ("'[Gap is] passionate that you be you. We make it easy for you to express your personal style throughout your life.' The personal appearance guidelines are designed to ensure you come to work looking neat and professional. However, you are not required to wear Gap merchandise.'"); (2008 guide, p. 28 ("you are not required to wear Gap merchandise.")). |
| 56. | How a particular manager—including those now included in Plaintiff's class definition—choose to conduct training and what is explained regarding the dress code depends on the manager and questions from the new employee. | Rivas ¶6(managers given discretion); Paulino ¶8(different focuses or interests); Duffy ¶5(managers prioritize as they see fit); Pagnanella ¶7(training inconsistent); Loveless ¶3(time varied); Wright ¶6(differences between trainers); Fernandez ¶5(some stores individual, others group training); Viera ¶8(one-on-one orientation, 10 min. on dress code); Tucker ¶10(10-15 person orientation, 20 min. on dress code); Serrano ¶6(managers lead by example); R. Rivera ¶8(trainer took employee on sales floor, pointed out compliant associates); Myers ¶7(stores have different training); L.  Figueroa ¶9(copy of dress code in Leader on Duty binder); Lebron ¶6(HR manager provides initial training); Vago ¶7(read through dress code during interview); Nuzzo ¶8(reads policy out loud verbatim); Naber ¶4(focus groups) Quinteros ¶5("My Foundation" training); Onorato ¶5(explains during interview); Glauber ¶4(interviewer said not required to wear Gap); Pavone ¶5(manager explained in her own words); Colin ¶5(class of 60 before Christmas); Bennington ¶6(discusses dress code monthly); Rogalski ¶9(number of questions varied); Williams ¶4; Dopita ¶6; Goldenberg ¶6; |

| | |
|---|---|
| | Scialdone ¶5; Martini ¶7; S. Gutierrez ¶9.<br><br>In addition to receiving guidance on the dress code in an orientation session or meeting, new associates are typically assigned an experienced associate as a "buddy" who can act as a resource for questions and provide guidance on the dress code. Duffany ¶7(detailed training with buddy for 2 shifts); E. Rivera ¶9(buddy gave tour, chance to ask questions); Pagnanella ¶6(resource for new hires); L. Rodriguez ¶4; Stevenson ¶6; Y. Williams ¶5. |
| 57. When policies are updated, managers use their discretion to determine how to provide the information, which again depends on the particular manager and his/her communication style. | Low ¶33; Paulino ¶9("no one way to communicate about dress code"); McKenzie ¶8(managers announce changes during sales meetings); Breglia ¶6(updates handled at store level); L. Gutierrez ¶7(posted by timeclock); Cruz ¶6(communicates individually); Pavone ¶6(all-staff meetings); Vega ¶10(reviews dress code every 4-6 months); Gialanella ¶11(sales rallies); Viera ¶11(small changes during sales rallies, big changes during one-on-one meetings); Silverston ¶6(changes during one min. meetings and postings by time clock); Smith ¶10(all hands meetings); Santiago ¶7(discuss when employees receive reviews); Duva ¶9(pre-summer meeting); Rogalski ¶10(sign updated policy); Dopita ¶5(fashion show of dress code appropriate outfits); Reese ¶8(fashion show to "spice up meeting"); Duffany ¶9(quizzed associates about changes); Vago ¶9(stapled changes to paychecks); E. Rivera ¶10(posted in break room); Collado ¶7(binder); Glauber ¶8(sales rallies, clip board at cash wrap); Powell ¶6(bulletin board); Just ¶7(poster); Nesbitt ¶6(refresher trainings every 6 months); Anderson ¶14. |
| 58. Gap has also issued at least seven written reminders that employees are not required to wear Gap clothing.  For example, in connection with a November 2002 policy revision, Gap reminded all managers "this new dress code *still permits* employees to wear Gap **or Gap-like** clothing to work." | Minnis Ex. F; *see also* Ex. E (October 2002 reminder ("Employees are *not required* to wear Gap clothing.")) |
| 59. Gap again emphasized that the policy "strictly prohibits" requiring purchases: "We do not require employees to wear Gap clothing…A manager cannot require an employee to wear Gap clothing under any circumstances." | Minnis Ex. C; Low ¶32. |
| 60. A March 2003 message from then Vice | Minnis Ex. D; Low ¶32; Reese ¶9(information |

| | |
|---|---|
| President of Stores and Operations Stephen Sullivan stapled to paychecks reiterated that the "dress code policy **does not** require employees to wear Gap merchandise." | stapled to paycheck); Duffany ¶5(Sullivan memo reiterating not required to wear Gap); L. Figueroa ¶11(Sullivan notice reiterated managers could not require Gap); Anderson ¶6. *See also* Minnis Ex. G (August 2003 reminder with a policy revision: employees "are not required to wear Gap brand clothing."); Ex. H (April 2006 dress code communication reminding employees that they did not have to wear Gap clothing: "We do not require, suggest or encourage associates to wear our product or to have a particular "look", e.g., "current"); Ex. I (August 2007 reminder that "[o]ur employees are not required to purchase or wear Gap or other Gap Inc. clothing, and are free to dress in ways that reflect their own personal tastes and individual style, provided that they do not violate our Employee Appearance Policy."); Ex. J (Sept. 2009 Update to all upper management and HR employees: "Gap policy expressly prohibits leaders from encouraging or requiring employees to buy Gap Inc. merchandise to wear to work.") |
| 61. In addition to written reminders, management sent reminder voicemails. For example, in March 2003, Sullivan reminded employees that the "dress code policy **does not** require employees to wear Gap merchandise." | Minnis ¶13 (October 2002 voicemail from Northeast Zone HR Director to all Regional Managers informing them they should discuss the dress code with their District Managers and General or Store Managers, and it should be very clear that Gap does not require associates to wear Gap); Low ¶32. |
| 62. Managers at all levels remind employees that they do not have to wear Gap clothing in district calls and other settings. | S. Gutierrez ¶11; Minnis ¶6; Paulino ¶4(advised by upper management and Operations group cannot require Gap); M. Figueroa ¶5(told not required/expected to wear Gap); L. Gutierrez ¶5(asked if had to wear Gap jeans, manager said non-Gap allowed); Naber ¶8(DM said remind employees Gap not required); Fernandez ¶6(tells employees do not have to wear Gap); Johnson ¶5(instructs managers to tell employees not required to wear Gap); Linder ¶7(managers at all levels remind Gap not required); N. Jones ¶8(asked if okay not to wear Gap because did not have size, manager assured not required); Caldarelli ¶8(corrected assumption required to wear Gap); Lebron ¶4; Duffany ¶5. |
| 63. In some cases, employees acknowledged their understanding of the dress code in writing. | Perry Ex. 18 (examples of dress code acknowledgement forms); L. Figueroa ¶12(sign acknowledgement of significant changes); Long ¶7(acknowledged dress code after 6-month leave); Merimo ¶6(reviewed and signed |

| | |
|---|---|
| | new copy of code); Anderson ¶13; Martini ¶7; Bennington ¶5; Nesbitt ¶6; Pakhiddey ¶4; Pedalino ¶10; S. Gutierrez ¶ 10. |
| 64. Nothing in the acknowledgements required employees to wear Gap and some stated wearing Gap was not required. | Perry Ex. 18. Indeed, some of them specifically reminded employees they *were not* required to wear Gap clothing. *See* Perry Ex. 18, *e.g.* GAP 01000 (2003 acknowledgements that employees were not required to wear Gap, only clothing that was professional and expressive of Gap standards). |
| 65. To help employees understand to the meaning of "reflect the brand" and "dress to sell" –Gap-speak for neat, clean and professional dress – Gap disseminated posters with pictures of acceptable attire. | Perry Exs. 19-21; Low ¶34; Glauber ¶7(two categories of clothing – acceptable and unacceptable); Cheng ¶7(poster in English and Spanish); Y. Franco ¶10(refers employees to poster); Gilhuly ¶6(helpful examples of what to wear); Just ¶7(demonstrates what employees can wear); Onderdonk ¶6(generic clothing); Murphy ¶6(illustrates appropriate and inappropriate clothing); Gialanella ¶6(ideas of styles); Martini ¶9(depict wardrobe staples); Larocca ¶6; Kelley ¶7; Espinosa ¶7; Paulino ¶9; Sadaka ¶6. |
| 66. The posters show a variety of acceptable items, including wardrobe staples sold by Gap and other retailers, such a woven shirts, polo shirts, khakis, jeans, and sweaters. The posters display non-Gap clothing and explicitly state employees may wear other brands to work. | Perry Exs. 19-21; Low ¶34; C. Franco ¶7(non-Gap items in "Do's" column, Gap items in "Don'ts" column); Fuller ¶7(poster does not encourage wearing Gap); Glauber ¶7(no mention of brand); Scialdone ¶6(nothing to do with wearing Gap); Friedman ¶7(does not encourage Gap); Anderson ¶11; E. Rivera ¶10; Stetson ¶9; Just ¶7; Long ¶6; Haymann ¶9; Dommer ¶4. |
| 67. In accordance with its culture, Gap disseminates to all employees an Open Door Policy, which encourages employees to raise concerns to their supervisor, other managers, Employee Relations or Human Resources. | Minnis ¶4; S. Gutierrez ¶6, Ex. A; Martini ¶10(multiple outlets to voice concerns); Mancino ¶9(managers always available to answer questions, respond to complaints); Goldenberg ¶15(contact list for District Manager, Regional Manager, and Human Resources); McLaughlin ¶12(open door policy posted); Wright ¶8(reminds associates about policy); Haroo ¶9; Chierico ¶10; Naber ¶12; Onorato ¶6; Zerwes ¶8; L. Gutierrez ¶6; Murphy ¶7; Miandoadi ¶8. |
| 68. The policy is emphasized and acknowledged in training. | Minnis ¶4; S. Gutierrez ¶¶6, 9(strong emphasis), Exs. A, B. |
| 69. Gap also requires employees to comply with its Code of Business Conduct, which promotes an ethical work environment and prohibits employees from violating | Minnis ¶5; S. Gutierrez ¶¶6, 9. |

| | | |
|---|---|---|
| | applicable law. | |
| 70. | The Code explains that employees may anonymously call a free hotline staffed 24/7 to report suspected violations, or are free to email Gap's compliance department. | Minnis ¶5; S. Gutierrez ¶6; Goldenberg ¶15 (anonymous hotline); E. Rivera ¶11(1-800 hotline); Johnson ¶7(confidential toll free line); Murphy ¶7(managers referred to toll free number); Trieste ¶10(confidential phone line); Haroo ¶9; Fernandez ¶9; Naber ¶12; Martini ¶10; Odell ¶8; Long ¶15; Loveless ¶5. |
| 71. | In February 2003, after receiving notice of the California lawsuit, Gap set up a dedicated hotline for dress code concerns. | Minnis ¶5. |
| 72. | Of the four calls related to New York dress code issues, only one, ultimately determined to be unfounded, related a allegation of pressure to wear Gap clothes. | Minnis ¶9. |
| 73. | Managers at individual stores are responsible for enforcing the dress code. | Delaney ¶4(interpret and apply dress code); Tolino ¶5(managers' discretion what is acceptable); Weiss ¶9(managers handle violations discretely); McLaughlin ¶6(District Manager only comments on dress code when problems); Vega ¶4(manager sets baseline); Melione ¶4(managers set example); Ruiz ¶8(managers clear about dress code expectations); C. Franco ¶5(managers interpret dress code); S. Gutierrez ¶12. |
| 74. | There are wide variations in how they do so. | Duffy ¶6(deviations among managers); Zaia ¶10(enforcement depends on manager's mood and store); Paulino ¶12(depends on sales volume and staffing levels); Eschavez ¶7(varies based on manager and store location); Tavarez ¶11(enforcement in NYC different than outside City); Viera ¶10(managers interpret grey areas); Fuentes ¶6(interpret "fashion sneakers"); Hissrich ¶11(noticed different enforcement when traveled as a loss prevent agent); Smith ¶5(code enforced differently for stock room); Torres ¶5(some managers prioritize dress code more than others); Dopita ¶6(overlook violations if short staffed); McKenzie ¶8(judgment call whether in good taste); Reese ¶10(different enforcement in other stores); L. Figueroa ¶14(differences when shops at other stores); J. Williams ¶7(managers make exceptions); Vago ¶11(hard to ensure 22 managers enforce consistently); E. Rivera ¶13(flagship store more strict); Klemm ¶8(some more strict about layering or footwear); Caldarelli ¶7(allows animal print, |

| | |
|---|---|
| | leather pants); Pagnanella ¶4(no leather pants); Haymann ¶13(World Financial Center managers more flexible than Poughkeepsie managers); McLaughlin ¶¶4, 7(does not enforce layering, allows embellished jeans); Stuhlman ¶9(allows sweatshirts if cold, flip flops when sunburned); Vergillia ¶15(allows hats); Glauber ¶9(8 managers, some more flexible); Onorato ¶6(case-by-case); Merimo ¶12(more lenient when stock associate); Cruz ¶7(District Manager said use discretion); Rivas ¶10; L. Gutierrez ¶8; Barnes ¶10; Cheng ¶9; Santiago ¶8; Luis ¶4; Nuzzo ¶10; Collado ¶5; Dragotto ¶5; Baskin ¶4; Myers ¶8; Powell ¶8; Luccarelli ¶14; Friedman ¶14; Rothstein ¶7; Wilkins ¶6; O'Connell ¶6; Felice ¶9; Onderdonk ¶8; L. Rodriguez ¶10; Y. Franco ¶7; Espinosa ¶9; Miandoadi ¶13; Sadaka ¶3; Caputo ¶4. |
| 75. Employees are not evaluated on appearance, or whether they purchase Gap clothing. | Low¶35; S. Gutierrez ¶13; Linder ¶¶9, 10(purchases have nothing to do with performance reviews or hour assignments; not reviewed on associates' clothing or purchases); Glauber ¶11(wearing Gap not a condition of employment); Fernandez ¶10(not evaluated on employees' purchases or appearance); Pavone ¶9(no negative consequences, not evaluated or judged); Wilkins ¶15; Anderson ¶22; Rivas ¶13; Duffy ¶14; Paulino ¶21; Martini ¶14; Y. Williams ¶12. |
| 76. In fact, clothing purchases are not tracked, and except for loss prevention concerns, are not reviewed. | Low ¶35; Peralta ¶7; Paulino ¶21(no idea how much or what items employees are buying); Rivas ¶13. |
| 77. Gap could not locate any written warnings related to employees not wearing Gap or Gap-like clothing, nor terminations for such reasons. | Low ¶36; Mullin ¶7(18 yrs at Gap, 1 woman disciplined for dress code); Mancino ¶10(not an issue); J. Williams ¶11(dress code issue 3-4 times/yr); Hissrich ¶9(issue once every 6 months); Klemm ¶12(never given warning); Caldarelli ¶10(never disciplined an associate); Linder ¶11(not a major concern); Goldenberg ¶10(rarely disciplines); Cohen ¶8(never disciplined an employee); Nuzzo ¶12(issue once a quarter, never disciplined); Collado ¶7(never formally disciplined); Naber ¶10(never written-up); Quinteros ¶7(not a major issue); Powell ¶9(never issued written warning); Pavone ¶10(never sent anyone home); L. Rodriguez ¶9(no employee complaints); Y. Franco ¶10(never disciplines); Bennington ¶7(never sent employee home or made him buy something); Stetson ¶12; Minnis |

| | |
|---|---|
| | ¶15; S. Gutierrez ¶14. |
| 78. Gap has a generous discount policy which attracts many applicants. Until early 2009, employees received 50% off some items each month, and 30% off additional purchases, sale merchandise, gift purchases, or gift cards. | Perry Ex. 22; Low ¶37; Peralta ¶4. |
| 79. In 2009, Gap provided an unlimited 50% discount on full price items (including family and gift purchases) and a 10% off sale items and gift cards. | Perry Ex. 23; Low ¶37; Peralta ¶4; Martini ¶12 (family spending increased); Gilhuly ¶7(since 50% discount, spending more on gifts for others); Collado ¶9(spends more on daughter); Luccarelli ¶15(spends more on gifts); L. Rodriguez ¶12(clothes for new baby); Pagnanella ¶14; Garone ¶9; Wilkins ¶11; Ruiz ¶11. |
| 80. In addition, Gap offered deeper discounts (60-65%) in connection with new merchandise roll-outs on items anticipated to be in high demand, such as an entire outfit (pants, shirt, and belt) for $30, or for a set discounted price ($38 twill pants for $15 or a $24.50 polo shirt for $5). | Perry Ex. 24; Low ¶38; C. Stevens ¶17(seasonal discounts higher than regular 50%); L. Figueroa ¶16(employees loved and looked forward to seasonal discounts); J. Williams ¶12(appreciated seasonal coupons); Vago ¶13(employees took advantage of good deals); Lieberman ¶9(khakis for $10); Long ¶11(loved promotions); Onderdonk ¶15($30 shirt for $10); Nerone ¶11(loved coupons); Cohen ¶9; Nuzzo ¶13; Trieste ¶16; Chierico ¶7; Sherriton ¶6; Eschavez ¶9; Frega ¶5; Vinberg ¶7; Myers ¶13; Tavarez ¶12; Strobel ¶11; Klobus ¶12; Duffy ¶12. |
| 81. Employees view the discounts as a valuable benefit. | Meinhardt ¶11(very good, competitive discount); Pascucci ¶12(terrific discount more generous than other retailers); Mancino ¶11(very generous discount compared to other retailers); Trieste ¶15(better than other retailers); J. Williams ¶12 ("one of most generous in retail world"); Linder ¶12(competitive for talent); Cohen ¶10(applicants "thrilled to get discount"); Nuzzo ¶14(majority of applicants are customers); Naber ¶11(shopped Gap at lunch, might as well get discount); Y. Franco ¶16(75% want job for discount); Salles ¶7(interviewees definitely want discount); Morata ¶13(misses discount); Eschavez ¶10; Vinberg ¶8; Tavarez ¶13; L. Gutierrez ¶9; Powell ¶10; Nesbitt ¶8; Quinteros ¶10; Vega ¶14; Binyaminova ¶12; Miandoadi ¶14. Because the discount is viewed as so valuable, Gap offers the employee discount for life as a special benefit to employees working for the company for at least 10 years.  Silverston |

| | |
|---|---|
| | ¶11(eligible for lifetime discount this year); Garone ¶9(excited by discount for life); Cicogna ¶6(benefit for hard work and contribution); Eschavez ¶9(Gap's appreciation for work); Onderdonk ¶14(benefit of employment); Z. Stevens ¶10(reward); Lebron ¶11; Woodley ¶7. |
| 82. In fact, it is the primary reason many apply for and continue work at Gap. | Lascola ¶8(kids urged work at Gap for discount); Dicroce ¶11(discount big reason works for Gap); Caputo ¶17(discount primary reason applied); Viera ¶14(great recruiting tool); Mancino ¶12(recruits customers); Klemm ¶13(95% applicants love Gap); Bradley ¶7(apply around holidays for discount); Odell ¶7(recruited 10-15 customers); Y. Franco ¶16(work holidays for discount); Stuhlman ¶10(entices people to work at Gap); Dopita ¶10(discount reason worked at Gap for 10 years); Santiago ¶12(great way to attract talent); Duffany ¶13(stayed on part-time for discount); J. Williams ¶13(one of most popular reasons people apply); Nuzzo ¶13(incentive to continue working); Onderdonk ¶14(reason stayed on part-time); Sadaka 12; Luis ¶9; Cicogna ¶6; Nadal ¶7; Cruz ¶10; O'Connell ¶9. |
| 83. Due to generous discounts, they can purchase clothing less expensively, such as a $5 Gap polo versus something similar for $65 at Ralph Lauren. | Low ¶¶37, 38; Fuller ¶11(using discount is a "no brainer"); Parker ¶6(could not afford without discount); Torres ¶9(working at Gap helps "closet look better"); Caldarelli ¶11("cheaper than shopping elsewhere"); Pagnanella ¶10(cheapest prices are at Gap); Quinteros ¶11(significantly discounted price); Bennington ¶9("great clothes at a lower price") Valdez ¶7("stylish clothes at a good price"); Sigalos ¶12("substantial discount"); Klobus ¶12(lessens burden); Scialdone ¶10("keep up with fashion at a great price"); M. Figueroa ¶6(never pressured to buy Gap); Cicogna ¶4(likes quality); N. Jones ¶13("buy quality for less money"); Letang ¶10(buys more because more affordable); Doster ¶11("twice as much for my money"); Long ¶10(discount makes "quality clothes more affordable"); Espinosa ¶10("great deals"); Quach ¶8(before discount, could not afford Gap clothes); Serrano ¶11(saves money on clothes would purchase anyways); Strobel ¶11("why shop elsewhere"); Paulino ¶15(discount makes prices so low); Marcotte ¶12; Tavarez ¶12; Pavone ¶12; Dommer ¶8. |
| 84. Moreover, employees wear Gap when they are not working, such as on dates, to | McKenzie ¶9(restaurants, lounges, hanging out with friends); Reese ¶12(dinner with |

| | |
|---|---|
| church, a second job, school, to socialize, and other settings. | girlfriend); Duffany ¶13(Pottery Barn Kids job); Glauber ¶12(teaching job, bridal showers, rehearsal dinner); Scialdone ¶11(part of everyday wardrobe); Stetson ¶13(school); Cicogna ¶5(formal social events, eating out, watching movies, ball games); Tavarez ¶13(special events); Gialanella ¶14(school, other jobs); Felice ¶12(school, family functions, parties); Eschavez ¶5(hospital job); Haymann ¶15(University classes); L. Gutierrez ¶9(school); Onderdonk ¶16(other job); Murphy ¶14(weekends); Merimo ¶14(vacation); Luccarelli ¶7(going out); Bradley ¶8(maternity wear); Johnson ¶9(athletic clothes); Zewres ¶10(Gap Body products); Chierico ¶9(pajamas, lounge wear, bras, under garments, athletic socks); Lieberman ¶10(gym shorts, sleep pants); Collado ¶9(sweatshirts, hooded tops, active wear); Joseph ¶10(pajamas); Onorato ¶10; Geiger ¶6; Dragotto ¶7; Sherriton ¶6; Best ¶5; Wolcson ¶7; Cardozo ¶5; Valdez ¶7; Portka ¶8; Vinberg ¶9; Baskin ¶7; Nadal ¶6; Luis ¶9; Zaia ¶13; Rackover ¶7; Pakhiddey ¶7; Wilkins ¶13; Larocca ¶13; Serrano ¶14; Colin ¶8; Jean ¶9; Dommer ¶8; Long ¶14; Rollins ¶7; Bauer ¶11; Vega ¶16; Melione ¶11; Ruiz ¶12; Klobus ¶13; Trieste ¶17. |
| 85. Employees also use the discount in purchases for spouses, children, other family members and friends, and gifts for holidays, birthdays, baby showers, and other occasions. | Low ¶39; Paulino ¶18(kids grew up in Gap); Silverston ¶11($400-500 on daughter's clothes for work); Gilhuly ¶8(son's interview); Reese ¶12(girlfriend); Johnson ¶9(brother's five children); Glauber ¶13(60% of purchases on others); Zewres ¶11(husband and son); Geiger ¶6(outfit entire family); Larocca ¶11(polo shirt for son's teaching job); Strobel ¶13(boyfriends, kids, other family members); J. Williams ¶14(mothers buy Gap for kids); Goldenberg ¶12(2 kids); Stuhlman ¶10(daughter); Scialdone ¶11(new baby); Sherriton ¶6(grandchildren); Tavarez ¶14(2/3 spending on granddaughter); Tagliarino ¶11(son); Chavez ¶7(3 kids wear Gap "head-to-toe"); Collado ¶10(applicants want to buy Gap for children); Merricks ¶10(clothing for family in the UK); Fuller ¶11(all Christmas shopping at Gap and Banana Republic); Chierico ¶7(holidays, birthdays); Cicogna ¶7(dress for niece); Nadal ¶6(sister in Scotland); Zerwes ¶11(gift cards for building porter and superintendent); Baskin ¶7(sales to employees increase during holidays); Garone ¶9(6 grandchildren); Rothstein ¶10(son's college roommate); Wilkins ¶12(new niece and nephew); Doster ¶11(parents for mother's and |

| | |
|---|---|
| | father's day); Felice ¶13(50% purchases are gifts); Just ¶12(Valentines Day); Merimo ¶15(gifts from babyGap); Joseph ¶9(primarily buys gifts for others); Sigalos ¶13(hairdresser, gas station attendant); Duffany ¶13; Hissrich ¶12; Vago ¶15; Klemm ¶14; Caldarelli ¶11; Cohen ¶9; Nuzzo ¶15; Fernandez ¶8; M. Figueroa ¶6; Quinteros ¶11; Lieberman ¶10; Onorato ¶10; Nerone ¶10; Geiger ¶6; Dragotto ¶7; Sherriton ¶6; Wolcson ¶7; Cardozo ¶5; Frega ¶5; Portka ¶10; Vinberg ¶9; Eschavez ¶12; Dommer ¶8; L. Gutierrez ¶10; N. Jones ¶14; Luccarelli ¶15; Friedman ¶16; Serrano ¶13; Colin ¶9; Onderdonk ¶17; Nesbitt ¶8; Pakhiddey ¶7; Y. Franco ¶17; Vega ¶16; Espinosa ¶10; Haymann ¶16; Woodley ¶8; Binyaminova ¶13; Melione ¶11; Ruiz ¶12; Mantione ¶8; Pedalino ¶14; Z. Stevens ¶11; Murphy ¶14; Miandoadi ¶15; C. Rodriguez ¶11; Strobel ¶13; Klobus ¶14; Vergillia ¶17; Jankowski ¶6; Loveless ¶10. |
| 86. Some employees do not purchase for personal use because Gap clothing does not fit, or the employee prefers other retailers. | Linder ¶9(rarely purchase new clothing, prefers other retailers' style and cut); E. Rivera ¶15(spending varies person to person); Colin ¶9(spending depends whether likes current season); Jean ¶9(never pressured to use discount); Guilfoil ¶5(Gap does not fit because short and petite); Myers ¶4(did not like Gap maternity's fit); Mantione ¶8(never been a big shopper); De Luna ¶4(prefers slimmer cut vintage shirts, only buys Gap jeans); Eschavez ¶12. |
| 87. Spouses and children receive a discount too.  Before 2009, a spouse or child could purchase unlimited items at a 30% discount; as of 2009, they receive the employee discount – 50% off full-price items and 10% off sale items. | Perry Exs. 22, 23; Low ¶39; Peralta ¶5. |
| 88. Family members make purchases without the employee being present, by simply presenting a card to the cashier, and the sale is rung up under the employee's identification number. | Peralta ¶6; Low ¶39; Merricks ¶9(employee's husband shops a lot at Banana Republic with discount); Barnes ¶11(wife uses discount more often than employee); De Luna ¶12(wife buys items for herself and kids with discount); Martini ¶12(kids and wife love to shop). |
| 89. Gap does not track employee purchase data separate from customer data. | Peralta ¶7. |
| 90. Nor does Gap track family member purchases separate from employee purchases. | Peralta ¶7. |

COMPENDIUM OF EVIDENCE IN SUPPORT OF DEFENDANT GAP'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION [C 06 6773 WHA]

| | |
|---|---|
| 91. Moreover, unless it is obvious from the purchase (*i.e.* baby items), it is impossible to tell which purchases were for an employee's personal use and which were for gifts. | Peralta ¶7; Lascola ¶8(difficult to determine work vs. non-work purchases); Sherriton ¶6(does not keep record of purchases); Garone ¶9(hard to tell purchases for herself vs. gifts); Guilfoil ¶12; Friedman ¶17; Felice ¶13. |
| 92. There is nothing in the data which indicates whether an employee used Gap wages for the purchase (employees are not allowed to have a purchase deducted from their wages) or whether the purchase was made with some other funds, such as money from another job, a spouse's wages, gift money, a tax refund, or other funds. | Peralta ¶8; Teos ¶9(gifts, financial aid); Pustay ¶8(second job); Van Rossum ¶6(gift cards, birthday money); Guilfoil ¶13(money other than wages);  Kennedy ¶9(income from other sources); Eddy ¶7(full time job at University); Estinal ¶10(money from father, birthday money); Dopita ¶12(second job); Reese ¶13(money from Dad); Duffany ¶14(second job, birthday money); Scialdone ¶11(birthday and Christmas money); Parker ¶6 (gift cards, other money); Best ¶5(money from mother); Geiger ¶6(birthday money); Eschavez ¶13(hospital job); Zaia ¶15(allowance, other wages); N. Jones ¶15(tax refund); Larocca ¶14(full-time job); Just ¶13(substitute teaching wages, birthday money); Serrano ¶13(birthday money); Felice ¶13(gift cards, birthday and Christmas money); Onderdonk ¶17(credit card, birthday money); Long ¶13(full-time job); Gialanella ¶14(Christmas and birthday money); Hearty ¶13(pays off credit card with income from other job); Van Rossum ¶6(cannot distinguish from bank records source of money); Camia ¶7(buys with joint-account where both she and husband deposit); Geiger ¶6(wages vs. gifted money); Eddy ¶7; Rothstein ¶10. |

Dated: October 15, 2009

ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/
Jessica Perry
Attorneys for Defendant Gap Inc.