# EXHIBIT 15

## Employee Appearance Guidelines 

| | |
|---|---|
| **Policy Summary** | Creating a compelling and consistent in-store experience for our customers is the foundation of our business. Gap employees exemplify the brand through their actions, attitudes and appearance. Gap supports "You be You" and encourages employees to dress in a way that expresses our cool, confident casual brand while being consistent with our Employee Appearance Guidelines. These guidelines are in place because a professional appearance and attitude are an important part of the overall customer experience while also ensuring the safety of our employees at all times.
|
| | • All field employees (including stock associates) must adhere to the Employee Appearance Guidelines at all times.
|
| | • Employees failing to adhere to these guidelines **may be sent home** and could be subject to corrective action.
|
| | • Though examples are provided below to help you determine appropriate appearance, this document is not inclusive of every scenario that may arise. Employees should always check with their manager in advance if they have any questions or concerns.
|
| | • Employees are not required to purchase or wear Gap Brand merchandise.
|
| **How to Wear It** | • Employees should ensure clothing is always clean and in good condition. Clothing that is stained, dirty or wrinkled is not acceptable.
|
| | • Employees should wear clothing that fits appropriately. Employees should not wear items that are too baggy, tight or revealing. No bare mid-drifts are allowed.
|
| | • Undergarments must be fully concealed.
|
| **Personal Appearance** | • Employees should always be well groomed and maintain good personal hygiene (e.g., hair is clean and neatly combed).
|
| | • Tattoos are acceptable, but employees may be asked to cover extreme, excessive or inappropriate tattoos before beginning their shift (at DM or HOS discretion).
|
| | • Employees must remove facial jewelry, including tongue rings, before beginning their shift. Earrings are acceptable, but employees may be asked to remove excessive or extreme ear piercing. Clear plugs can be used in lieu of a tongue piercing during an employee's shift.
|
| | • Extreme nail lengths and embellishments are not permitted.
|
| | • Employees must not eat, drink or chew gum while on the salesfloor. Smoking is not permitted anywhere in the store.
|

**CONFIDENTIAL & PROPRIETARY - DO NOT REMOVE FROM GAP INC. LOCATIONS**
This chapter may be printed for the purpose of store training only and should be used only on the day it is printed.
Date Printed_____
Revised 10/2006

**GAP 01139**
**CONFIDENTIAL**

**What to Wear**     Following is a summary of clothing types and their relevant examples and guidelines:

| Clothing Type | Brand-Appropriate Description/Examples |
|---|---|
| Tops | • Woven shirts.<br>• Long sleeve knits (e.g., Henley's, waffle knits, rib crews, hoodie's.<br>• Basic knit t-shirts (e.g., layered basic t's, graphic, and ringer t's).<br>• Activewear (e.g. hoodies)<br>• Knit tops with detailing (e.g., buttons, embroidery, ruffling).<br>• Short sleeve, long sleeve and sleeveless sweaters.<br>• Tank tops and sleeveless knits without a collar should be worn as layering pieces only.<br>• Strapless dresses should be worn as a layering piece only. |
| Bottoms | • Pants in all fabrications (e.g., jeans, khakis, corduroys etc.).<br>• Capri's.<br>• Leggings.<br>• Skirts with hems no higher than mid-thigh.<br>• Shorts with hems no higher than mid-thigh. |
| Footwear | • Footwear must be clean and in good condition.<br>• Leather or leather-like footwear.<br>• Fashion sneakers (e.g., Converse fashion sneakers, Vans etc.) and athletic sneakers.<br>• Clogs, mules, sandals and "flip-flops" (excluding rubber "flip-flops"). |
| Other | • All employees must wear their own badge at all times. Badges should be worn on the middle-left side of the chest and must be in good condition.<br>• Stock associates are encouraged to wear stock aprons.<br>• If a particular outfit, piece of clothing or accessory is required, as part of a recognized religious observance or affiliation, the employee should inform their manager in advance. |

CONFIDENTIAL & PROPRIETARY - DO NOT REMOVE FROM GAP INC. LOCATIONS
This chapter may be printed for the purpose of store training only and should be used only on the day it is printed.
Date Printed_____
Revised 10/2006

GAP 01140
CONFIDENTIAL

**What Not to Wear**

Following is a summary of what not to wear by clothing type:

| Clothing Type | Non Brand-Appropriate Description, Guidelines and Examples |
|---|---|
| Tops | • Midriff tops.<br>• Loungewear.<br>• Halter-tops and tube tops. |
| Bottoms | • Shorts or skirts with hems higher than mid-thigh.<br>• Loungewear. |
| Footwear | • For safety reasons, open-toed and/or open-heeled shoes are not permitted if working in any role that requires processing shipment or conducting extensive floor moves.<br>• For safety reasons, rubber "flip-flops" cannot be worn at any time. |
| Other | • Apparel with visible logos or identifying trademarks of brands other then Gap.<br>• Note: Employees are not required to wear Gap merchandise. |

**Technology Devices**

Employees should not use or carry cell phones, pagers or any other electronic communication devices on the salesfloor. Employees should leave them at home or secure them in their locker before beginning their shift. Employees may receive emergency calls through the main store telephone number.

**Wearing or Modeling Merchandise from Stock**

The wearing or modeling of any merchandise from stock is strictly prohibited, unless specifically communicated as part of a company campaign or program.

**Last Updated**

October 2006

CONFIDENTIAL & PROPRIETARY - DO NOT REMOVE FROM GAP INC. LOCATIONS
This chapter may be printed for the purpose of store training only and should be used only on the day it is printed.
Date Printed
Revised 10/2006

GAP 01141
CONFIDENTIAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

-----------------------------------------------X

DIENNA HOWARD, individually and on

Behalf of all similarly situated individuals,


PLAINTIFF,

-v-          Case No.

C 06 6773 WHA

GAP, INC.,

DEFENDANT.

-----------------------------------------------X




VIDEO DEPOSITION OF KEVIN LOW

taken at 666 Fifth Avenue, New York,

New York 10103 on Wednesday August 5,

2009 commencing at 10:22 a.m. before

Debra Singer, a Certified Court Reporter

and Notary Public for the State of New York.

WINTER REPORTING, INC.    (212) 953-1414

1

2   A P P E A R A N C E S:

3

4        GARY F. LYNCH
                Attorney for Plaintiffs
                36 N. Jefferson Street
5               New Castle, Pennsylvania 16107
                BY:  Gary F. Lynch  ESQ,
6

7

8        ORRICK, HERRINGTON & SUTCLIFFE LLP
                Attorneys for the Defendant
9               1000 March Road
                Menlo Park, California 94025
10              BY: Jessica Perry, ESQ.

11

12       Also Present: Videographer -Lisa Livote

13

14                      *          *          *

15

16

17

18

19

20

21

22

23

24

25

1                            (Low - 8/5/09 Confidential)

2      you is that the policy about having a neat, clean,

3      organized professional attire whether Gap or Gap-like

4      is in our policy.

5          Q.    But I'm looking at Exhibit 17 and it

6      seems to indicate that Gap does not require employees

7      to have a particular look.

8          A.    This is the time we talked about earlier

9      around "you be you" having our employees come to work

10     and be themselves as long as it showed a neat, clean,

11     professional appearance.

12         Q.    Moving on from page 1136 in Exhibit 32,

13     that's the policy from March of 2006 going forward I'm

14     on page 1139 in the appearance guidelines that look

15     like they were revised in October of 2006, see those?

16         A.    Yes.

17         Q.    Do you see any changes in that guideline

18     from the prior guidelines?

19             MS. PERRY:  Objection.  Vague and

20             ambiguous.  The document speaks for itself.

21         A.    No.

22         Q.    Moving on to page 1142, is this the next

23     employee appearance policy?

24         A.    Yes.

25         Q.    Chronologically, this is from June of

169

C E R T I F I C A T E

STATE OF NEW YORK       )
                        :  SS.:
COUNTY OF NEW YORK      )


        I, DEBRA SINGER, a Notary Public for and

within the State of New York, do hereby certify:

        That the witness whose examination is

hereinbefore set forth was duly sworn and that such

examination is a true record of the testimony given by

that witness.

        I further certify that I am not related to

any of the parties to this action by blood or by

marriage and that I am in no way interested in the

outcome of this matter.

        IN WITNESS WHEREOF, I have hereunto set my

hand this 20ᵘ day of Aug , 2009.



                    _____
                         DEBRA SINGER

# EXHIBIT 16

# Employee Appearance Policy

| Introduction | Creating a compelling and consistent in-store experience for our customers is the foundation of our business. Gap field employees represent the confidence and culture of the brand through their actions, attitudes and appearance and therefore must always present themselves in a professional manner. Gap supports "You be You" and encourages employees to dress in a way that expresses our cool, confident casual brand while being consistent with our Employee Appearance Guidelines. These guidelines are in place because a professional appearance and attitude are an important part of the overall customer experience while also ensuring the safety of our employees at all times. |
|---|---|
| | This does not mean that employees must purchase or wear Gap or other Gap Inc. merchandise. However, all Gap field employees must follow the policies below. If an employee fails to follow these policies, a member of the store's leadership may ask that the employee leave the store for inappropriate or unprofessional appearance. The employee is also subject to corrective action, up to and including termination. |
| | Although examples are provided below to help employees determine appropriate appearance, this document is not meant to be inclusive of every scenario that may arise. Employees should always check with their manager in advance if they have any questions or concerns. |

| General Appearance | **Personal Appearance** |
|---|---|

**Personal Appearance**
- Employees' personal appearance must always be neat, clean and professional.
- Employees should always be well groomed and maintain good personal hygiene (e.g. hair is clean and neatly styled).
- Extreme nail lengths and embellishments are not permitted.
- Eating, drinking, smoking or chewing gum is not allowed on the salesfloor or in the stockroom.
- All employees must wear their own Gap identification badge at all times. Badges must be visible and worn on the front of the middle-left side of the chest and must be in good condition.

**Clothing**
- Apparel must be neat, clean, in good condition and pressed (if applicable). It is unacceptable for clothes to be faded, ripped, frayed, stained, dirty, wrinkled or have visible holes or tears.
- Employees must wear clothing that fits appropriately. Employees cannot wear items that are excessively baggy, tight or revealing/low cut. No bare midriffs may be exposed while standing, stretching, bending or lifting.
- Employees may not wear clothing, footwear or accessories displaying obvious logos or trademarks of other brands (e.g. Ralph Lauren polo jockey, Abercrombie & Fitch moose, American Eagle Outfitters eagle, etc.) This includes apparel with obvious identifying style details, such as pocket stitching or waist patches.
- Undergarments (and straps) must be fully concealed.
- Employees may not wear Gap merchandise that they have not purchased. The wearing or modeling of any merchandise from stock is strictly prohibited, unless specifically communicated as part of a company campaign or program.

**CONFIDENTIAL & PROPRIETARY - DO NOT REMOVE FROM GAP INC. LOCATIONS**
This chapter may be printed for the purpose of store training only and should be used only on the day it is printed.
Date Printed_____
Revised 06/2007

- If a particular outfit, piece of clothing or accessory is required as part of a recognized religious observance or affiliation but conflicts with the Employee Appearance Policy, employees should inform their manager or supervisor.

**Employee Appearance**

The following is a list of acceptable and unacceptable apparel along with additional guidance on specific clothing types.

Note: Even if Gap sells an item in stores, it does not mean that the item is appropriate to wear while at work.

| Category | | Description/Examples of **Appropriate** Work Appearance | Description/Examples of **Unacceptable** Work Appearance |
|---|---|---|---|
| TOPS | Woven Tops | ▪ Pressed shirt<br>▪ Sheer fabrics with appropriate non-sheer layering piece | ▪ Midriff-baring tops |
| | Sweaters | ▪ Twin sets<br>▪ Long/Short sleeve sweaters<br>▪ Mesh sweaters with appropriate layering piece | |
| | Knits | ▪ Polo shirts<br>▪ Knit tops with detailing (e.g., buttons, embroidery, ruffling)<br>▪ Long sleeve knits (e.g., Henley's, waffle knits, rib crews)<br>▪ Basic knit t-shirts (e.g. layered, ringer t's)<br>▪ Tank tops, camisole tops and sleeveless knits without a collar must only be worn as layering piece with a jacket, blazer, sweater or woven top | ▪ Midriff-baring tops<br>▪ Halter tops<br>▪ Tube tops<br>▪ Tank tops, camisole tops and sleeveless knits without a layering piece<br>▪ Loungewear<br>▪ Athletic wear (e.g. sweatshirts, zip up sweatshirts with hoods, velour zip up jackets, track jackets, etc.)<br>▪ Graphic/Logo T's (even as a layering piece)<br>▪ Wrinkled or faded tops<br>▪ Sheer fabrics without an appropriate, non-sheer layering piece |
| BOTTOMS | Pants | ▪ Pants in all fabrications (e.g., jeans, khakis, corduroys etc.).<br>▪ Gauchos, crop pants and capri pants *Crop & Capri pants are defined as pants that have a length of mid-calf or longer*<br>▪ Leggings paired only with a top that reaches to the mid-thigh | ▪ Shorts (inclusive of culottes and bermuda shorts)<br>▪ Loungewear<br>▪ Athletic wear (i.e. fleece pants, track pants and athletic shorts)<br>▪ Pajama pants<br>▪ Leggings without an appropriate layering piece |

**CONFIDENTIAL & PROPRIETARY - DO NOT REMOVE FROM GAP INC. LOCATIONS**
This chapter may be printed for the purpose of store training only and should be used only on the day it is printed.
Date Printed_____
Revised 06/2007

| | Category | Description/Examples of **Appropriate** Work Appearance | Description/Examples of **Unacceptable** Work Appearance |
|---|---|---|---|
| **BOTTOMS** | Skirts | • Skirts with hems no higher than 2" above the knee | • Shorts or skirts with hems higher than 2' above the knee<br>• Skirts with unfinished hems |
| | Dresses | • Dresses with hems no higher than 2" above the knee<br>• Strapless and thin strap dresses may only be worn as a layering piece | • Dresses with a hem higher than 2" above the knee without leggings<br>• Sheer dresses without an appropriate layering piece |
| **FOOTWEAR** | Shoes | • Footwear in good condition and appropriate to your outfit.<br>• Leather or leather-like shoes with closed toes<br>• Fashion Sneakers<br>• Clogs, Mules and sandals<br>• Split-toe sandals<br>• Employees working in the stock room must wear closed-toe shoes. | • Athletic or running shoes<br>• Military boots<br>• Slippers<br>• Rubber or plastic footwear |
| | Flip-flops | | • All flip –flop styles |
| **OTHER** | Accessories | | • Hats<br>• Swim cover-ups<br>• Sunglasses |
| | Jewelry (US only) | • Earrings | • No facial or tongue jewelry is allowed<br>• Jewelry can not be excessive or distracting in number or size |
| | Tattoos (US only) | • Neck, wrists, arm, leg & ankle tattoos provided that they are:<br>  – Not harassing or offensive<br>  – Not excessive or distracting in number or size | • Visible tattoos on face/hands<br>• Excessive or distracting tattoos<br>• Visible tattoos that may be perceived as offensive or harassing (in violation of Gap Inc. Zero Means Zero Policy) |
| | Miscellaneous | • Stock associates are allowed to wear stock aprons provided by the company. | |

**CONFIDENTIAL & PROPRIETARY - DO NOT REMOVE FROM GAP INC. LOCATIONS**
This chapter may be printed for the purpose of store training only and should be used only on the day it is printed.
Date Printed_____
Revised 06/2007

GAP 01144
CONFIDENTIAL

| **Communication and Personal Audio Devices** | For safety and security of personal property:<br>• Employees may not use or carry personal cell phones, pagers or any other personal communication device on the salesfloor or in the stockroom.<br>• Employees who are working on the clock may not use or carry, on their persons, any personal audio devices such as MP3 players, CD players, etc. during their shift (during both business and non-business hours).<br>• Personal items should be left at home or secured in a locker before a scheduled shift begins.<br><br>Personal communication and audio devices may only be used in the employee break room when the employee is on a break.<br><br>Note: Employees requiring hearing aids and other health-related devices are allowed to wear them at all times. |
|---|---|

| **Employee Accountability** | Most employees while in stores are accountable to the Employee Appearance Policy while in stores. See below for who the Employee Appearance Policy applies to: |
|---|---|

| Applies | Nonapplicable |
|---|---|
| • ZVPs, RDs, DMs and Store Field employees<br>• Field Visual<br>• Field HR<br>• Corporate employees visiting stores<br>• Loss Prevention*<br>• Regional Facilities Managers (RFMs) and Regional Facilities Coordinators(RFCs)<br>• Organized Retail Crime (ORC) investigators when on store visits<br><br>*Exceptions as required by Region. (to be determined/communicated by RLPM). | • Employees are not required to comply with dress code guidelines on personal time when shopping<br>• Organized Retail Crime (ORC) investigators when undercover/covert<br>• Local Maintenance Technicians (LMTs)<br>• External Vendors such as transportation, HVAC service/repair representatives, etc. |

Notify field leadership if a business partner fails to adhere to the employee appearance guidelines.

| **Exception Circumstances for Employee Appearance*** | In the following exception circumstances, employees are allowed to not be in compliance with the no shorts and sneaker policy:<br>• Non-business hours in the stockroom (i.e., shipment processing, replenishment)<br>• Overnights<br>• Corporate or DM approved projects/events<br><br>*Circumstance applies only to times in which the employee will not have any interaction with customers |
|---|---|

| **Grandfathering (US Only)** | Current employees in violation of the Employee Appearance Policy due to bodily alterations (e.g., facial piercings or excessive/distracting tattoos) made prior to August 1, 2007 must conceal the bodily alteration to the greatest extent possible (e.g., removing or minimizing jewelry, wearing long sleeves or pants, covering with hair or a bandage), but will not be subject to corrective action for bodily alterations that cannot be concealed.<br><br>Former employees rehired after August 1, 2007 will not be grandfathered. |
|---|---|

**CONFIDENTIAL & PROPRIETARY - DO NOT REMOVE FROM GAP INC. LOCATIONS**
This chapter may be printed for the purpose of store training only and should be used only on the day it is printed.
Date Printed_____
Revised 06/2007

| | |
|---|---|
| **Performance Management** | Corrective action (i.e., verbal, written, final, termination) will be based on the severity and recurrence of violation. |

The levels of accountability will be as follows:
- Employee is accountable for his/her own adherence to the policy
- MOD is accountable for addressing policy violations in the moment
- HOS is ultimately accountable for all store employees' adherence to the policy
- DM is accountable for monitoring HOS adherence to the policy

If an employee is sent home for a policy violation resulting in a missed shift or tardy, any corrective action document will include both time/attendance and appearance policy violation.

If an employee who is not grandfathered comes to work with a bodily alteration that cannot be concealed, the HOS will partner with their DM and HR regarding corrective action up to and including termination.

| | |
|---|---|
| **References** | If you have any questions or concerns about this policy, please contact your District Manager or Field Human Resources Manager. |

| | |
|---|---|
| **Effective Date** | August 2007<br>* Employees hired before August 1, 2007 may qualify for Grandfathering |

**CONFIDENTIAL & PROPRIETARY - DO NOT REMOVE FROM GAP INC. LOCATIONS**
This chapter may be printed for the purpose of store training only and should be used only on the day it is printed.
Date Printed_____
Revised 06/2007

1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

----------------------------------------------X

DIENNA HOWARD, individually and on

Behalf of all similarly situated individuals,


PLAINTIFF,

-v-          Case No.

C 06 6773 WHA

GAP, INC.,

DEFENDANT.

----------------------------------------------X



VIDEO DEPOSITION OF KEVIN LOW

taken at 666 Fifth Avenue, New York,

New York 10103 on Wednesday August 5,

2009 commencing at 10:22 a.m. before

Debra Singer, a Certified Court Reporter

and Notary Public for the State of New York.

2

1

2      A P P E A R A N C E S:

3

4          GARY F. LYNCH
               Attorney for Plaintiffs
               36 N. Jefferson Street
5              New Castle, Pennsylvania 16107
               BY:  Gary F. Lynch  ESQ,

6

7

8          ORRICK, HERRINGTON & SUTCLIFFE LLP
               Attorneys for the Defendant
9              1000 March Road
               Menlo Park, California 94025
10             BY: Jessica Perry, ESQ.

11

12         Also Present: Videographer -Lisa Livote

13

14                    *          *          *

15

16

17

18

19

20

21

22

23

24

25

1          (Low - 8/5/09 Confidential)

2     you is that the policy about having a neat, clean,

3     organized professional attire whether Gap or Gap-like

4     is in our policy.

5          Q.     But I'm looking at Exhibit 17 and it

6     seems to indicate that Gap does not require employees

7     to have a particular look.

8          A.     This is the time we talked about earlier

9     around "you be you" having our employees come to work

10    and be themselves as long as it showed a neat, clean,

11    professional appearance.

12         Q.     Moving on from page 1136 in Exhibit 32,

13    that's the policy from March of 2006 going forward I'm

14    on page 1139 in the appearance guidelines that look

15    like they were revised in October of 2006, see those?

16         A.     Yes.

17         Q.     Do you see any changes in that guideline

18    from the prior guidelines?

19              MS. PERRY:  Objection.  Vague and

20              ambiguous.  The document speaks for itself.

21         A.     No.

22         Q.     Moving on to page 1142, is this the next

23    employee appearance policy?

24         A.     Yes.

25         Q.     Chronologically, this is from June of

1

2                           C E R T I F I C A T E

3

STATE OF NEW YORK          )
4                                      :  SS.:
COUNTY OF NEW YORK         )
5

6

7          I, DEBRA SINGER, a Notary Public for and

8   within the State of New York, do hereby certify:

9          That the witness whose examination is

10  hereinbefore set forth was duly sworn and that such

11  examination is a true record of the testimony given by

12  that witness.

13          I further certify that I am not related to

14  any of the parties to this action by blood or by

15  marriage and that I am in no way interested in the

16  outcome of this matter.

17          IN WITNESS WHEREOF, I have hereunto set my

18  hand this 20ᵗʰ day of Aug , 2009.

19

20
                    _____
21                       DEBRA SINGER

22

23

24

25

# EXHIBIT 17

# Employee Appearance Guidelines

| | |
|---|---|
| **Introduction** | Creating a compelling and consistent in-store experience for our customers is the foundation of our business. Gap field employees represent the confidence and culture of the brand through their actions, attitudes and appearance and therefore must always present themselves in a professional manner. Gap encourages employees to dress in a way that expresses our cool, confident casual brand while being consistent with our Employee Appearance Guidelines. These guidelines are in place because a professional appearance and attitude are an important part of the overall customer experience while also ensuring the safety of our employees at all times. |
| | This does not mean that employees must purchase or wear Gap or other Gap Inc. merchandise. However, all Gap field employees must follow the policies below. If an employee fails to follow these policies, a member of the store's leadership may ask that the employee leave the store for inappropriate or unprofessional appearance. The employee is also subject to corrective action, up to and including termination. |
| | Although examples are provided below to help employees determine appropriate appearance, this document is not meant to be inclusive of every scenario that may arise. Employees should always check with their manager in advance if they have any questions or concerns. |
| **General Appearance** | **Personal Appearance** |

**Personal Appearance**

- Employees' personal appearance must always be neat, clean and professional.
- Employees should always be well groomed and maintain good personal hygiene (e.g. hair is clean and neatly styled).
- Extreme nail lengths and embellishments are not permitted.
- Eating, drinking, smoking or chewing gum is not allowed on the salesfloor or in the stockroom.
- All employees must wear their own Gap identification badge at all times. Badges must be visible and worn on the front of the middle-left side of the chest and must be in good condition.

**Clothing**

- Apparel must be neat, clean, in good condition and pressed (if applicable). It is unacceptable for clothes to be faded, ripped, frayed, stained, dirty, wrinkled or have visible holes or tears due to wear. It is acceptable to wear denim that is faded, frayed or ripped due to a fashion treatment.
- Employees must wear clothing that fits appropriately. Employees cannot wear items that are excessively baggy, tight or revealing/low cut. No bare midriffs may be exposed while standing, stretching, bending or lifting.

**CONFIDENTIAL & PROPRIETARY - DO NOT REMOVE FROM GAP INC. LOCATIONS**
This chapter may be printed for the purpose of store training only and should be used only on the day it is printed.
Date Printed_____
Revised 05/2009

GAP 01147
**CONFIDENTIAL**

- Employees may not wear clothing, footwear or accessories displaying obvious logos or trademarks of other brands (e.g. Ralph Lauren polo jockey, Abercrombie & Fitch moose, American Eagle Outfitters eagle, etc.) This includes apparel with obvious identifying style details, such as pocket stitching or waist patches.

- Undergarments (and straps) must be fully concealed.

- Employees may not wear Gap merchandise that they have not purchased. The wearing or modeling of any merchandise from stock is strictly prohibited, unless specifically communicated as part of a company campaign or program.

- If a particular outfit, piece of clothing or accessory is required as part of a recognized religious observance or affiliation but conflicts with the Employee Appearance Policy, employees should inform their manager or supervisor.

**Employee Appearance**

The following is a list of acceptable and unacceptable apparel along with additional guidance on specific clothing types.

Note: Even if Gap sells an item in stores, it does not mean that the item is appropriate to wear while at work.

| | Category | Description/Examples of **Appropriate** Work Appearance | Description/Examples of **Unacceptable** Work Appearance |
|---|---|---|---|
| TOPS | Woven Tops | Pressed shirt<br>Sheer fabrics with appropriate non-sheer layering piece | Midriff-baring tops |
| | Sweaters | Twin sets<br>Long/Short sleeve sweaters<br>Mesh sweaters with appropriate layering piece | |
| | Knits | Polo shirts<br>Knit tops with detailing (e.g., buttons, embroidery, ruffling)<br>Long sleeve knits (e.g., Henley's, waffle knits, rib crews)<br>Basic knit t-shirts (e.g. layered, ringer t's)<br>Tank tops, camisole tops and sleeveless knits without a collar must only be worn as layering piece with a jacket, blazer, sweater or woven top | Midriff-baring tops<br>Halter tops<br>Tube tops<br>Tank tops, camisole tops and sleeveless knits without a layering piece<br>Loungewear<br>Athletic wear (e.g. sweatshirts, zip up sweatshirts with hoods, velour zip up jackets, · track jackets, etc.)<br>Graphic/Logo T's (even as a layering piece) except for Gap Product (Red) tees.<br>Wrinkled or faded tops<br>Sheer fabrics without an appropriate, non-sheer layering piece |

CONFIDENTIAL & PROPRIETARY - DO NOT REMOVE FROM GAP INC. LOCATIONS
This chapter may be printed for the purpose of store training only and should be used only on the day it is printed.
Date Printed_____
Revised 05/2009

| | Category | Description/Examples of **Appropriate** Work Appearance | Description/Examples of **Unacceptable** Work Appearance |
|---|---|---|---|
| BOTTOMS | Pants | Pants in all fabrications (e.g., jeans, khakis, corduroys etc.). Gauchos, crop pants and capri pants Crop & Capri pants are defined as pants that have a length of mid-calf or longer Leggings paired only with a top that reaches to the mid-thigh Shorts with hems no higher than 2" above the knee from Memorial Day weekend through Labor Day weekend | Loungewear Athletic wear (i.e. fleece pants, track pants and athletic shorts) Pajama pants Leggings without an appropriate layering piece

Shorts with hems higher than 2" above the knee after Labor Day weekend and before Memorial Day weekend |
| BOTTOMS | Skirts | Skirts with hems no higher than 2" above the knee | Skorts or skirts with hems higher than 2" above the knee Skirts with unfinished hems |
| BOTTOMS | Dresses | Dresses with hems no higher than 2" above the knee Strapless and thin strap dresses may only be worn as a layering piece | Dresses with a hem higher than 2" above the knee without leggings Sheer dresses without an appropriate layering piece |
| FOOTWEAR | Shoes | Footwear in good condition and appropriate to your outfit. Leather or leather-like shoes with closed toes Fashion Sneakers Clogs, Mules and sandals Split-toe sandals Employees working in the stock room must wear closed-toe shoes. | Athletic or running shoes Military boots Slippers Rubber or plastic footwear |
| FOOTWEAR | Flip-flops | | All flip –flop styles |
| OTHER | Accessories | | Hats Swim cover-ups Sunglasses |

**CONFIDENTIAL & PROPRIETARY - DO NOT REMOVE FROM GAP INC. LOCATIONS**
This chapter may be printed for the purpose of store training only and should be used only on the day it is printed.
Date Printed_____
Revised 05/2009

**GAP 01149**
**CONFIDENTIAL**

| Jewelry (US only) | Earrings | No facial or tongue jewelry is allowed. Jewelry can not be excessive or distracting in number or size |
|---|---|---|
| Tattoos (US only) | Neck, wrists, arm, leg & ankle tattoos provided that they are: Not harassing or offensive Not excessive or distracting in number or size | Visible tattoos on face/hands Excessive or distracting tattoos Visible tattoos that may be perceived as offensive or harassing (in violation of Gap Inc. Zero Means Zero Policy) |
| Miscellaneous | Stock associates are allowed to wear stock aprons provided by the company. | |

**Communication and Personal Audio Devices**

For safety and security of personal property:
- Employees may not use or carry personal cell phones, pagers or any other personal communication device on the salesfloor or in the stockroom.
- Employees who are working on the clock may not use or carry, on their persons, any personal audio devices such as MP3 players, CD players, etc. during their shift (during both business and non-business hours).
- Personal items should be left at home or secured in a locker before a scheduled shift begins.

Personal communication and audio devices may only be used in the employee break room when the employee is on a break.

Note: Employees requiring hearing aids and other health-related devices are allowed to wear them at all times.

**Employee Accountability**

Most employees while in stores are accountable to the Employee Appearance Policy while in stores. See below for who the Employee Appearance Policy applies to:

| Applies | Not applicable |
|---|---|
| • ZVPs, RDs, DMs and Store Field employees<br>• Field Visual<br>• Field HR<br>• Corporate employees visiting stores<br>• Loss Prevention*<br>• Regional Facilities Managers (RFMs) and Regional Facilities Coordinators(RFCs)<br>• Organized Retail Crime (ORC) investigators when on store visits<br><br>*Exceptions as required by Region. (to be determined/communicated by RLPM). | • Employees are not required to comply with dress code guidelines on personal time when shopping<br>• Organized Retail Crime (ORC) investigators when undercover/covert<br>• Local Maintenance Technicians (LMTs)<br>• External Vendors such as transportation, HVAC service/repair representatives, etc. |

**CONFIDENTIAL & PROPRIETARY - DO NOT REMOVE FROM GAP INC. LOCATIONS**
This chapter may be printed for the purpose of store training only and should be used only on the day it is printed.
Date Printed_____
Revised 05/2009

GAP 01150
CONFIDENTIAL

Notify field leadership if a business partner fails to adhere to the employee appearance guidelines.

| | |
|---|---|
| **Exception Circumstances for Employee Appearance\*** | In the following exception circumstances, employees are allowed to not be in compliance with the no shorts and sneaker policy:<br>▪ Non-business hours in the stockroom (i.e., shipment processing, replenishment)<br>▪ Overnights<br>▪ Corporate or DM approved projects/events<br><br>\*Circumstance applies only to times in which the employee will not have any interaction with customers |
| **Grandfathering (US Only)** | Current employees in violation of the Employee Appearance Policy due to bodily alterations (e.g., facial piercings or excessive/distracting tattoos) made prior to August 1, 2007 must conceal the bodily alteration to the greatest extent possible (e.g., removing or minimizing jewelry, wearing long sleeves or pants, covering with hair or a bandage), but will not be subject to corrective action for bodily alterations that cannot be concealed.<br><br>Former employees rehired after August 1, 2007 will not be grandfathered. |
| **Performance Management** | Corrective action (i.e., verbal, written, final, termination) will be based on the severity and recurrence of violation.<br><br>The levels of accountability will be as follows:<br>▪ Employee is accountable for his/her own adherence to the policy<br>▪ MOD is accountable for addressing policy violations in the moment<br>▪ HOS is ultimately accountable for all store employees' adherence to the policy<br>▪ DM is accountable for monitoring HOS adherence to the policy<br><br>If an employee is sent home for a policy violation resulting in a missed shift or tardy, any corrective action document will include both time/attendance and appearance policy violation.<br><br>If an employee who is not grandfathered comes to work with a bodily alteration that cannot be concealed, the HOS will partner with their DM and HR regarding corrective action up to and including termination. |
| **References** | If you have any questions or concerns about this policy, please contact your District Manager or Field Human Resources Manager. |
| **Effective Date** | May 2009<br>\* Employees hired before August 1, 2007 may qualify for Grandfathering |

CONFIDENTIAL & PROPRIETARY - DO NOT REMOVE FROM GAP INC. LOCATIONS
This chapter may be printed for the purpose of store training only and should be used only on the day it is printed.
Date Printed_____
Revised 05/2009

GAP 01151
CONFIDENTIAL

1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---------------------------------------------X

DIENNA HOWARD, individually and on

Behalf of all similarly situated individuals,


PLAINTIFF,

-v-                    Case No.

C 06 6773 WHA

GAP, INC.,

DEFENDANT.

---------------------------------------------X




VIDEO DEPOSITION OF KEVIN LOW

taken at 666 Fifth Avenue, New York,

New York 10103 on Wednesday August 5,

2009 commencing at 10:22 a.m. before

Debra Singer, a Certified Court Reporter

and Notary Public for the State of New York.

2

1

2      A P P E A R A N C E S :

3

4      GARY F. LYNCH
            Attorney for Plaintiffs
            36 N. Jefferson Street
5           New Castle, Pennsylvania 16107
            BY:  Gary F. Lynch   ESQ,
6

7

8      ORRICK, HERRINGTON & SUTCLIFFE LLP
            Attorneys for the Defendant
9           1000 March Road
            Menlo Park, California 94025
10          BY: Jessica Perry, ESQ.

11

12     Also Present: Videographer -Lisa Livote

13

14                      *          *          *

15

16

17

18

19

20

21

22

23

24

25

1                         (Low - 8/5/09 Confidential)

2    you that.

3                 MS. PERRY:  Objection.  Vague and

4          ambiguous.  Asked and answered.  Document

5          speaks for itself.

6          Q.    You answered that one.  I am up to page

7    1147.

8          A.    Okay.

9          Q.    Is that the current employee appearance

10   guideline at the company?

11         A.    Yes.

12         Q.    Does this current guideline represent

13   any departure from the prior one we just looked at

14   from 2007?

15                MS. PERRY:  Objection.  Vague and

16         ambiguous.  Document speak for itself.

17         A.    No.

18         Q.    Those are all the questions I have.

19         A.    Okay.  Thank you.

20                VIDEOGRAPHER:  No other questions?

21                MS. PERRY:  No.

22                VIDEOGRAPHER:  This concludes today's

23         deposition of Kevin Low.  Five video tapes were

24         used.  We're going off the record.  The time is

25         3:58 p.m.

169

1

2                    C E R T I F I C A T E

3

4    STATE OF NEW YORK        )
                              :  SS.:
5    COUNTY OF NEW YORK       )

6

7            I, DEBRA SINGER, a Notary Public for and

8    within the State of New York, do hereby certify:

9            That the witness whose examination is

10   hereinbefore set forth was duly sworn and that such

11   examination is a true record of the testimony given by

12   that witness.

13           I further certify that I am not related to

14   any of the parties to this action by blood or by

15   marriage and that I am in no way interested in the

16   outcome of this matter.

17           IN WITNESS WHEREOF, I have hereunto set my

18   hand this 20ᵘ day of Avg , 2009.

19

20

21                   DEBRA SINGER

22

23

24

25

WINTER REPORTING, INC.   (212) 953-1414

# EXHIBIT 18



## Frequently Asked Questions

**Q. If I am working stock before the store opens, can I wear a T-shirt and/or sneakers?**
A. Yes, however you must be prepared and dressed appropriately by the time the store opens for business.
Changes of clothes must be stored properly in your locker and may not be left unattended.

**Q. If I am working stock, why do I have to follow the appearance guideline?**
A. As a stock associate, you will be working both on and off of the sales floor, and while on the sales floor
you may need to assist customers. As an employee of Gap, it is important to positively represent the brand.
During open business hours, you must adhere to the same dress code and personal appearance guidelines
as other associates, and must heed all additional dress-appropriate requirements for your job duties (ex:
closed toed shoes, badges and a stock apron).

**Q. What if my style is different than my manager's?**
A. We welcome employees who enjoy a variety of styles and we expect that our employees will reflect their
own unique style in our stores. The dress code gives our employees guidelines about how to express their
personal style in a professional manner. If you believe your style is consistent with the dress code but
disagree with your manager about that, contact your DM or HR Generalist.

**Q. Can I wear a polo style of turtleneck knit shirt?**
A. Yes, both polo and turtleneck styles are considered 'collared' knit shirts and therefore are allowed within
the employee appearance guidelines.

**Q. We sell shorts, basic knit T's, etc. Why can't we wear them?**
A. At Gap, we sell clothes that are appropriate for the workplace as well as clothes that are more
appropriate for time off. Our store is a business environment and we believe that some clothes, such as
basic knit T's and shorts, are not appropriate workplace attire.

**Q. My jeans and khakis are slightly frayed at the hem. How do I know if they are acceptable for the
sales floor?**
A. Denim and khakis can be designed with subtle fraying or abrasions or may achieve this look over time.
Both effects are acceptable for the sales floor as long as there are no holes. Your manager can help you to
determine if your denim or khakis are acceptable according to dress code guidelines.

**Q. What if I don't like what we are currently selling?**
A. Consistent with company policy, you are not required to wear Gap clothing. The dress code requires only
that your clothes be professional and expressive of Gap's brand standard.

## Employee Dress Code Commitment

I have read, understand and agree to comply with the Gap Store Dress Code policy. I understand
the importance of my dress code and how it contributes to the company's business strategy. I
understand that failure to follow the policy can result in corrective action as outlined in the
company's corrective action policy.

Date _____

Employee Signature



GAP 01000
CONFIDENTIAL

# Employee Appearance Guidelines

Gap employees exemplify the brand through their actions, attitudes and appearance. Gap supports "You be You" and encourages employees to dress in a way that expresses our cool, confident casual brand while being consistent with our Employee Appearance Guidelines.

## HOW TO WEAR IT

o  Employees are not required to purchase or wear Gap Merchandise.
o  Employees should ensure clothing is always clean and in good condition. Clothing that is stained, dirty or wrinkled is not acceptable.
o  Employees should wear clothing that fits appropriately. Employees should not wear items that are too baggy, tight or revealing. No bare mid-drifts are allowed.
o  Undergarments must be fully concealed.

## PERSONAL APPEARANCE

o  Employees should always be well groomed and maintain good personal hygiene.
o  Tattoos are acceptable, but employees may be asked to cover extreme, excessive or inappropriate tattoos before beginning their shift.
o  Employees must remove facial jewelry, including tongue rings, before beginning their shift. Earrings are acceptable, but employees may be asked to remove excessive or extreme ear piercing. Clear plugs can be used in lieu of a tongue piercing during an employee's shift.
o  Extreme nail lengths and embellishments are not permitted.
o  Employees must not eat, drink or chew gum while on the salesfloor. Smoking is not permitted anywhere in the store.

## WHAT TO WEAR

**TOPS**
o  Woven Shirts
o  Long sleeve knits (e.g., Henley's, waffle knits, rib crews, hoodies)
o  Basic knit t-shirts (e.g., layered basic t's, graphic and ringer t's)
o  Activewear (e.g. hoodies)
o  Knit tops with detailing (e.g., buttons, embroidery, ruffling)
o  Short sleeve, long sleeve and sleeveless sweaters
o  Tank tops and sleeveless knits without a collar should be worn as a layering piece only
o  Strapless dresses should be worn as a layering piece only

**BOTTOMS**
o  Pants in all fabrications (e.g., jeans, khakis, corduroys, etc.)
o  Capri's
o  Leggings
o  Shorts and Skirts with hems no higher than mid-thigh

**FOOTWEAR**
o  Footwear must be clean and in good condition
o  Leather or leather-like footwear.
o  Fashion Sneakers (e.g., Converse fashion sneakers, Vans, etc.) and athletic sneakers
o  Clogs, mules, sandals and flip-flops (excluding rubber flip-flops)

GAP 01004
CONFIDENTIAL

# WHAT NOT TO WEAR

- Midriff tops, loungewear, halter-tops and tube tops.
- Shorts or skirts with hems higher than mid-thigh.
- Apparel with visible logos or identifying trade marks of brands other than Gap.

# OTHER

- All employees must wear their own badge at all times. Badges should be worn on the middle-left side of the chest and must be in good condition.
- Stock associates are encouraged to wear stock aprons.
- If a particular outfit, piece of clothing or accessory is required, as part of a recognized religious observance or affiliation, the employee should inform their manager in advance.
- Employees should not use or carry cell phones, pagers or any other electronic communication devices on the salesfloor or stockroom. Employees should leave them at home or secure them in their locker before beginning their shift. Employees may receive emergency calls through the main store telephone number.
- The wearing or modeling of any merchandise from stock is strictly prohibited, unless specifically communicated as part of a company campaign or program.

_____          _____                    _____
**Employee Name**                                                              **Date**

GAP 01005
CONFIDENTIAL

# Employee Appearance Guidelines

Gap employees represent the confidence and culture of the brand through their actions, attitudes, and appearance and therefore must always present themselves in a professional manner. Gap supports "you be You" and encourages employees to dress in a way that expresses our cool, confident, casual brand while being consistent with our Employee Appearance Guidelines.

## HOW TO WEAR IT

- Employees are not required to wear or purchase Gap Merchandise, and cannot wear clothing with other identifiable logos or stitching from other brands companies
- Employees' personal appearance must always be neat, clean, and professional. Clothing that is stained, dirty, or wrinkled is not acceptable
- Employees should wear clothing that fits appropriately. Employees should not wear items that are too baggy, tight, or revealing
- ***Even if Gap sells an item in stores, it does not mean that the item is appropriate to wear while at work***

## PERSONAL APPEARANCE

- Employees should always be well groomed and maintain good personal hygiene (e.g. hair is clean and neatly combed)
- Extreme nail lengths and embellishments are not permitted
- Eating, drinking, smoking or chewing gum is not allowed on the sales floor or in the stockroom
- Employees must remove facial jewelry, including tongue rings, before beginning their shift. Earrings and jewelry are allowed, but employees may be asked to remove excessive or distracting (in number or size) jewelry during an employees shift

## WHAT TO WEAR

### Tops
- Woven Shirts
- Polo shirts
- Knit tops with detailing (e.g. buttons, embroidery, ruffling)
- Long sleeve knits (e.g. Henley's, waffle knits, rib crews)
- Basic knit t-shirts (e.g. layered, ringer Ts)
- Tank tops, camisole tops and sleeveless knits without a collar must only be worn as a layering piece with a jacket, blazer, sweater, or woven top

### Bottoms
- Pants in all fabrications (e.g. jeans, khakis, corduroys, etc)
- Gauchos, crop pants and Capri pants with a length of mid-calf or longer
- Leggings paired only with a top that reaches to the mid-thigh
- Skirts with hems no higher than 2" above the knee
- Dresses with hems no higher than 2" above the knee
- Strapless and thin strap dresses may be only worn as a layering piece

### Footwear
- Footwear in good condition and appropriate to your outfit
- Leather and leather-like shoes with closed toes
- Fashion sneakers (i.e. Converse, etc)
- Clogs, mules and sandals. Split toe sandals

## WHAT NOT TO WEAR

- Midriff-baring tops
- Halter tops, tube tops, tank tops, camisole tops and sleeveless knits without a layering piece
- Loungewear and pajama pants
- Athletic wear (e.g. sweatshirts, zip-up sweatshirts with hoods, velour zip up jackets, track jackets, fleece pants, track pants, and athletic shorts, etc)
- Graphic/Logo Ts (even as a layering piece, includes Product Red merchandise)
- Wrinkled or faded tops
- Sheer fabrics without an appropriate, non sheer layering piece
- Shorts (e.g. culottes and Bermuda shorts)
- Skirts with unfinished hems
- Skirts or dresses with a hem higher than 2" above the knee without leggings
- Athletic shoes, running shoes, military boots, slippers, flip-flops and rubber or plastic footwear (i.e. Nike, Adidas, Asics, Pumas, etc)
- Hats, swim cover-ups, or sunglasses
- Excessive tattoos

## COMMUNICATION AND PERSONAL AUDIO DEVICES

For safety and security of personal property:
- Employees may not use or carry personal cell phone, pagers, or any other personal communication device on the sales floor or in the stockroom
- Employees who are working on the clock may not use or carry, on the persons, any personal audio devices such as MP3 players, CD players, etc during their shift (during both business and non-business hours)
- Personal items should be left at home or secured in a locker before a scheduled shift begins
- Personal communication and audio devices may only be used in the employee break room when the employee is on a break
- Employees may receive emergency calls through the main store telephone number

## OTHER

- All employees must wear their own Gap identification badge at all times. Badges must be visible and worn on the front of the middle-left side of the chest and must be in good condition
- Stock associates are allowed to wear stock aprons provided by the company
- If a particular outfit, piece of clothing or accessory if required, as part of a recognized religious observance or affiliation, the employee should inform their manager in advance
- The wearing or modeling of any merchandise from stock is strictly prohibited, unless specifically communicated as part of a company campaign or program
- If an employee is sent home for a policy violation resulting in a missed shift or tardy, any corrective action document will include both time/attendance and appearance policy violation

I read these guidelines, and if I have any questions, I will speak with my Store Manager.

_____          _____
Employee Signature                                    Date

GAP 01006
CONFIDENTIAL






# New Hire
# Employee Appearance
# Guideline

Creating a compelling and consistent in-store experience for our customers is the foundation of our business. **Gap employees exemplify the brand through their actions, attitudes and appearance.** Gap supports "You be You" and encourages employees to dress in a way that expresses our cool, confident, casual brand while being consistent with our Employee Appearance Guidelines. These guidelines are in place because a professional appearance and attitude are an important part of the overall customer experience while also ensuring the safety of our employees at all times.

## How to Wear It
> •Employees are not required to wear or purchase Gap Merchandise.

•Apparel must be neat, clean, in good condition and pressed (if applicable). It is unacceptable for clothes to be faded, ripped, frayed, stained, dirty, wrinkled or have visible holes or tears.
Employees must wear clothing that fits appropriately. Employees cannot wear items that are excessively baggy, tight or revealing/low cut. No bare midriffs may be exposed while standing, stretching, bending or **lifting.**
•Employees may not wear clothing, footwear or accessories displaying obvious logos or trademarks of other brands (e.g. Ralph Lauren polo jockey, Abercrombie & Fitch moose, American Eagle eagle, etc.) This includes apparel with obvious identifying style details, such as pocket stitching or waist patches. Undergarments (and straps) must be fully concealed.
•Employees may not wear merchandise that they have not purchased. The wearing or modeling of any merchandise from stock is strictly prohibited, unless specifically communicated as part of a company campaign or program.
•If part of a particular outfit, piece of clothing or accessory is required, as part of a recognized religious observance or affiliation, the employee should inform their manager in advance.

## Personal Appearance
•Employees' personal appearance must always be neat, clean and professional.
•Employees should always be well groomed and maintain good personal hygiene (e.g. hair is clean and neatly styled).
•Extreme nail lengths and embellishments are not permitted.
Eating, drinking, smoking or chewing gum is not allowed on the salesfloor or in the stockroom.
•All employees must wear their own Gap identification badge at all times. Badges must be visible and worn on the front of the middle-left side of the chest and must be in good condition.

## Communication and Personal Audio Devices
•Employees may not use or carry personal cell phones, pagers or any other personal communication device on the salesfloor or in the stockroom.

•Employees who are working on the clock may not use or carry, on their persons, any personal audio devices such as MP3 Players, CD players, etc, during their shift (during both business and non business hours)
•Personal items should be left at home or secured in a locker before a scheduled shift begins.


GAP 01008
CONFIDENTIAL



## What to Wear

| | Category | Appropriate Work Attire | Unacceptable Work Attire |
|---|---|---|---|
| **Tops** | Woven Tops | • Pressed Shirt<br>• Sheer fabrics with non-sheer Layering piece. | • Midriff-baring tops. |
| | Sweaters | • Twin sets<br>• Long/Short sleeve sweaters<br>• Mesh sweaters with appropriate layering piece | |
| | Knits | • Polo shirts<br>• Knit tops with detailing (e.g. buttons, embroidery, ruffling)<br>• Long sleeve knits (e.g. Henley's, waffle knits, rib crews)<br>• Basic knit t-shirts (e.g. layered, ringer t's)<br>• Tank tops, camisole tops and sleeveless knits without a collar must be worn only as a layering piece with a jacket, blazer, sweater or woven top | • Midriff-barring tops<br>• Halter tops<br>• Tube tops<br>• Tank tops, camisole tops and sleeveless knits without a layering piece<br>• Loungewear<br>• Athletic wear (e.g. sweatshirts, zip up sweatshirts with hoods, velour zip up jackets, track jackets, etc.)<br>• Graphic/Logo T's (even as a layering piece)<br>• Wrinkled or faded tops<br>• Sheer fabrics without an appropriate, non-sheer layering piece |
| **Bottoms** | Pants | • Pants in all fabrications (e.g. jeans, khakis, corduroys, etc)<br>• Gauchos, cropped pants, and Capri pants. Cropped and Capri pants are pants at a length or mid-calf or longer.<br>• Leggings paired only with a top that reaches to the mid-thigh | • Shorts (inclusive of culottes and Bermuda shorts)<br>• Loungewear<br>• Athletic wear(i.e. fleece pants, track pants and athletic shorts)<br>• Pajama pants<br>• Leggings without an appropriate layering piece |
| | Skirts | • Skirts with hems no higher than 2" above the knee | • Shorts or skirts with hems higher than 2" above the knee<br>• Skirts with unfinished hems |
| | Dresses | • Dresses with hems no higher than 2" above the knee<br>• Strapless and thin strap dresses may only be worn as a layering piece | • Dresses with a hem higher than 2" above the knee without leggings<br>• Sheer dresses without an appropriate layering piece |
| **Footwear** | Shoes | • Footwear in good condition and appropriate to your outfit<br>• Leather or leather-like shoes with closed toes<br>• Fashion Sneakers<br>• Clogs, Mules and sandals<br>• Employees working in the stockroom must wear close-toe shoes | • Athletic or running shoes<br>• Military boots<br>• Slippers<br>• Rubber or plastic footwear |
| | Flip-flops | | • All flip flop styles |
| **Other** | Accessories | | • Hats<br>• Swim Cover-ups<br>• Sunglasses |
| | Jewelry | • Earrings | • No facial or tongue jewelry is allowed<br>• Jewelry can not be excessive or distracting in number or size |
| | Tattoos | • Neck, wrist, arm, leg and ankle tattoos provided that they are:<br>Not harassing or offensive.<br>Not excessive or distracting in number or size | • Visible tattoos on face/hand<br>• Excessive or distracting tattoos<br>• Visible tattoos that may be perceived as offensive or harassing (in violation of Gap Inc. Zero Means Zero Policy) |
| | Miscellaneous | • Stock associates are allowed to wear stock aprons provided by the company | |



I acknowledge that I have received a copy of the revised Gap Brand Employee Appearance Guidelines, and I understand that I will be responsible to adhere to these guidelines effective August 1, 2007.

__Employee Name_____    —**Employee ID**_____    **Date**_____

GAP 01009
CONFIDENTIAL