# EXHIBIT 21

# YOU are the brand



Creating a compelling and consistent in-store experience for our customers is the foundation of our business. Gap field employees represent the confidence and culture of the brand through their actions, attitudes and appearance and therefore must always present themselves in a professional manner.

## DO's












## DON'Ts












GAP 00941
CONFIDENTIAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

-----------------------------------------------X

DIENNA HOWARD, individually and on

Behalf of all similarly situated individuals,


PLAINTIFF,

-v-                    Case No.

C 06 6773 WHA

GAP, INC.,

DEFENDANT.

-----------------------------------------------X




VIDEO DEPOSITION OF KEVIN LOW

taken at 666 Fifth Avenue, New York,

New York 10103 on Wednesday August 5,

2009 commencing at 10:22 a.m. before

Debra Singer, a Certified Court Reporter

and Notary Public for the State of New York.

2

1

2    A P P E A R A N C E S:

3

       GARY F. LYNCH
4           Attorney for Plaintiffs
            36 N. Jefferson Street
5           New Castle, Pennsylvania 16107
            BY:  Gary F. Lynch  ESQ,
6

7


8      ORRICK, HERRINGTON & SUTCLIFFE LLP
            Attorneys for the Defendant
9           1000 March Road
            Menlo Park, California 94025
10          BY: Jessica Perry, ESQ.

11


12     Also Present: Videographer -Lisa Livote

13

14                    *        *          *

15

16

17

18

19

20

21

22

23

24

25

1          (Low - 8/5/09 Confidential)

2          Q.     What's a wash?

3          A.     The treatment.  So you can see lighter

4    wash, a darker wash, the treatment that the denim

5    gets.

6               (Whereupon Exhibit 19, Bates stamped

7               00939-00941, was marked for identification as

8               of this date.)

9          Q.     If you could take a look at what we

10   marked as Exhibit 19 to your deposition.  Do you

11   recognize this document?

12         A.     I am almost certain that this is the

13   current dress code policy for the store.  Not the

14   policy, I am sorry.  The poster in the store, I

15   apologize.

16         Q.     How often do those posters change?

17         A.     That would vary.

18         Q.     When you say you think it's the current,

19   you are talking about the first page or all the pages?

20         A.     All the pages.

21         Q.     On average how often do the posters

22   change with your experience?

23              MS. PERRY:  Objection.  Vague and

24              ambiguous.

25         A.     I think that would vary.

169

C E R T I F I C A T E

STATE OF NEW YORK        )
                        :  SS.:
COUNTY OF NEW YORK       )

I, DEBRA SINGER, a Notary Public for and within the State of New York, do hereby certify:

That the witness whose examination is hereinbefore set forth was duly sworn and that such examination is a true record of the testimony given by that witness.

I further certify that I am not related to any of the parties to this action by blood or by marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 20ᵗʰ day of Aug , 2009.

_DEBRA SINGER_
DEBRA SINGER

# EXHIBIT 22

# Employee Discount 

**Overview**

The discount policy applies to all employees upon acknowledgement of receipt of the Employee Handbook during new hire orientation. All employees will be provided with an employee discount card. The employee discount card is the property of Gap Inc. and must be collected on the employee's last day of work.

**Discount Eligibility**

All employees are required to present a valid photo ID along with their employee discount card when making a purchase.

- Employment will not be verified by contacting the home store, with the exception of new hires and leave of absence employees.
- Non-store field employees and headquarters, DC, and New York Product employees are entitled to the same discount privileges as store personnel. These versions of the employee discount card do not include an employment validation sticker.
- Employees on Personal leave are eligible for an employee discount.

**Discount Validation**
The Employee Discount Validation system through the cash register verifies discount eligibility and knows when an employee is active or terminated. The register will not allow an employee discount after the last day of employment.

**New Hire Employees**

New employees will receive their discount card and additional discount cards for their eligible spouse/dependent(s) once their employee ID# has been generated. The employee ID# will be available 24 hours after the New Hire PAN has been keyed into the controller. A temporary ID will no longer be given, so employees must wait until they receive their discount card.

Once the employee ID# has been generated, managers should access the number through the POS system. The manager should write the employee ID# and name on the employee discount card.

**Purchase Authorization**

- The cashier performing the transaction is responsible for verifying the accuracy of all discounts applied.
- Store/Sales Associates and Managers cannot process their own employee transactions. Another employee must process the transaction.
- Any cashier may process employee transactions.
- A manager's signature or approval is not required on employee transactions.

**CONFIDENTIAL & PROPRIETARY - DO NOT REMOVE FROM GAP INC. LOCATIONS**
This chapter may be printed for the purpose of store training only and should be used only on the day it is printed.
Date Printed_____
Revised 7/2007



**Discount Restrictions**
- Designated purchase limits to the 50% discount and the All Store Discount, as well as merchandise discount exceptions, will be communicated monthly or as needed.
- Employees purchases made over the telephone are not eligible for the discount. The transaction will be keyed as an employee transaction with no discount applied. Employees are not eligible for a discount adjustment on the item(s) purchased over the phone.
- Merchandise may not be transferred into an employee's home store for discounted employee purchases.
- Promotionally priced items may be purchased with a 30% discount (or a 50% discount on the individual ticketed price of each item).
- Employees are not eligible to purchase damaged or defective merchandise with an employee discount, and must choose to apply either the damage discount or an employee discount.
- Items purchased with an employee discount may not be resold at any price.
- Cashier may not sell merchandise to any customer who intends to resell the item(s) at any price.
- Employee discounts may not be applied to the following:
  - Converse
  - (PRODUCT) RED merchandise
  - Non-Gap brand products

**30% Discount**
- All employees may purchase merchandise with a 30% discount in any Gap, GapKids, babyGap, GapBody, or Gap Outlet location.
- The 30% discount may be applied to an unlimited number of regular or sale-priced merchandise purchased for personal use or as gifts.
- Purchases may be returned to any Gap brand store.
- Employees may use Receipt Lookup in new register stores and therefore do not need their original sales receipt when returning merchandise that was paid for by credit, debit, or check. Employees must present their original receipt when returning items paid by other tenders.

**50% Discount**
- Each month, employees may purchase a designated number of Gap and GapBody regular-priced merchandise at 50% off for personal use only.
- Any Gap or GapBody item intended for personal use is eligible for a 50% discount, unless otherwise noted on the monthly discount memo.
- **Note:** Pregnant employees may purchase Gap Maternity merchandise for a 50% discount. Note: BR Pregnant employees may purchase Gap Maternity merchandise at a 50% discount using their All Store Discount.
- GapKids and babyGap merchandise may only be purchased at a 30% discount.
- Both the employee and the cashier are responsible for ensuring that the 50% discount purchases are marked correctly on the employee's discount card.
- Gap Field employees, non-store field employees, headquarters, DC, and NYPD employees may use their 50% discount in any Gap store.

**CONFIDENTIAL & PROPRIETARY - DO NOT REMOVE FROM GAP INC. LOCATIONS**
This chapter may be printed for the purpose of store training only and should be used only on the day it is printed.
Date Printed_____
Revised 7/2007

- Gap Outlet employees may use their 50% discount at any Gap store.
- Purchases may be returned to any Gap brand store.
- Employees may use Receipt Lookup in new register stores and therefore do not need their original sales receipt when returning merchandise that was paid for by credit, debit, or check. Employees must present their original receipt when returning items paid by other tenders.

**Lost Employee Discount Cards**

If an employee's discount card or the employee's spouse/dependent(s) discount card is lost or stolen, contact your district manager and/or regional loss prevention manager immediately. The employee should be issued a new employee discount card by the head of store.

**Spouse/ Dependent Discount**

- Dependents of employees, including legal spouse and dependent children, may purchase merchandise with an unlimited 30% discount in any Gap, GapKids, babyGap, GapBody, or Gap Outlet location.
- For the purpose of this policy, a dependent is defined as:
    - o **United States:** A child through the age of 18 or through the age of 23 if enrolled as a full-time student and not employed full-time.
    - o **Canada (except Quebec):** A child through the age of 19 or through the age of 25 if enrolled as a full-time student and not employed full-time.
    - o **Quebec:** A child through the age of 19 or through the age of 26 if enrolled as a full-time student and not employed full-time.
- Gap Inc. follows the IRS's definition of legal spouse (in the United States only) for the purpose of discount eligibility. Therefore, unmarried and/or same-sex life partners are not eligible to receive a non-employee discount card and are not able to use the spouse/dependent discount
- The spouse/dependent discount does not apply to any other relatives, including parents, brothers or sisters.
- The employee will receive a blue "Eligible Non-Employee" discount card for each of their spouse/dependents at the time of hire. The employee is responsible for ensuring that all purchases are made according to the policies.
- A spouse/dependent must present his/her employee discount card and a valid photo ID to receive an employee discount. Spouse/Dependants may not hold merchandise.

**Spouse/Dependent(s) Card ("Eligible Non-Employee Discount Card")**
The Gap Inc. employee should:
- Write his/her name on the front of the card in the space provided.
- Write their employee ID# in the space on the front of the card.
- Write his/her spouse/dependent's name on the inside of the card.
- Give the spouse/dependent(s) their discount card and communicate its use per the Spouse/Dependent(s) Discount Policy.

**Dependent Employee Discount**

Parents of dependent employees are allowed to purchase clothing at a discount for the employee's personal use. The employee must accompany the parents, in order to receive the discount.

**CONFIDENTIAL & PROPRIETARY - DO NOT REMOVE FROM GAP INC. LOCATIONS**
This chapter may be printed for the purpose of store training only and should be used only on the day it is printed.
Date Printed_____
Revised 7/2007

**CONFIDENTIAL**                                    GAP 00898

For the purpose of this policy, a dependent is defined as:
- **United States:** A child through the age of 18 or through the age of 23 if enrolled as a full-time student and not employed full-time.
- **Canada (except Quebec):** A child through the age of 19 or through the age of 25 if enrolled as a full-time student and not employed full-time.
- **Quebec:** A child through the age of 19 or through the age of 26 if enrolled as a full-time student and not employed full-time.

**Note:** Parents may not purchase gifts on behalf of the employee, with the employee discount.

**All Store Discount**

Gap Inc. field employees are eligible for an All Store discount to purchase merchandise with a discount at sister divisions of Gap Inc.
- Gap and Gap Outlet employees are eligible for a 20% discount at Old Navy and Old Navy Outlet and a 30% discount at Banana Republic and Banana Republic Factory Store.
- Old Navy, Banana Republic, and Banana Republic Factory Store employees are eligible for a 30% discount at Gap and Gap Outlet.
- Note: Banana Republic pregnant employees may purchase Gap Maternity merchandise at a 50% discount using their All Store Discount.
- Each month, employees may use the All Store discount to purchase a designated number of regular or sale-priced merchandise for personal use or as gifts.
- An employee's legal spouse/dependents are also eligible to use the All Store discount. (See above for definition of legal spouse/dependent).
- Designated purchase limits to the All Store discount, as well as merchandise discount exceptions, will be communicated monthly or as needed.
- GiftCards or gift certificates may not be purchased with the All Store discount.
- Both the employee and the cashier are responsible for ensuring that All Store discount purchases are marked correctly on the employee's discount card.
- All Store discount returns may not be "re-credited" to an employee. The item may be exchanged for another item only within the same transaction as long as it complies with the employee monthly discount. At no time should an All Store discount return alter an employee's discount card.

**Online Discount**

**(United States Only)**

- Gap field employees, as well as Headquarters, DC, and NY Product employees, are eligible for a discount on online-exclusive sizes, styles, or colors.
- Employees may not receive a discount on merchandise available in both stores and online, including flagship and level 1-assortment items.
- If the online-exclusive item is regular-priced and purchased for the employee's personal use, it may be counted towards the monthly 50% discount and marked on the employee's discount card.
  **Note:** All full price online gap maternity merchandise may be

**CONFIDENTIAL & PROPRIETARY · DO NOT REMOVE FROM GAP INC. LOCATIONS**
This chapter may be printed for the purpose of store training only and should be used only on the day it is printed.
Date Printed_____
Revised 7/2007

purchased with a 50% discount for personal use.
- Online-exclusive items purchased as gifts are eligible for a 30% discount.
- Gap employees are only eligible to receive a discount on online-exclusive items at gap.com. The employee discount cannot be applied to Banana Republic or Old Navy merchandise purchased online.
- Upon receipt of the merchandise, the employee must present the gap.com invoice to receive a discount adjustment for online-exclusive items. Shipping fees will not be adjusted.

Refer to the Register Guide for discount adjustment keying procedures.

**Headquarters Employees**

Gap Inc. headquarters, DC, and NY Product employees and their legal spouse and dependents are issued a Gap Inc. discount card and are eligible for the field discount in the Gap, Banana Republic, and Old Navy divisions.
- The headquarters card is issued on an annual basis. The year is pre-printed on the front side of the discount card.
- The headquarters card does not include a validation sticker and may be used at any location.
- Headquarters employees must present a current discount card and a valid photo ID when making a purchase.
- Headquarters employees must provide their name, department, and signature. They are not required to print their employee ID number or their work extension.
- Gap Outlet upper field (including Regional Assistants, Regional Managers and District Managers) are also eligible for the headquarters discount.

**International Discount**

- Gap US Field and HQ employees traveling internationally are eligible to receive their employee discount at any non-franchised Gap, GapKids, babyGap, or GapBody location.
- Gap International employees traveling in the US or Canada are eligible for a 30% discount at any Gap, GapKids, babyGap, GapBody or Gap Outlet location. If the employee discount card does not have an employee ID number, key in "26000000" at the ID prompt, and request a valid photo ID (e.g., passport) from the employee.

**Lifetime Merchandise Discount**

Gap Inc. rewards eligible employees who are retiring from the company with a Lifetime Merchandise Discount Card based on meeting a minimum age and years of service threshold. Because they are no longer active employees of Gap Inc., they do not have an active Employee Number (GEMS ID). Instead, they have been issued a discount exception number by Gap Inc. The POS register will not recognize the exception number and will prompt for a manager override. Please enter your POS ID and password when prompted. Refer to the Register Guide (under Employee Discount Error message) for detailed POS messages and keying procedures.

The Lifetime Discount card entitles the former employee to receive 30% off

**CONFIDENTIAL & PROPRIETARY - DO NOT REMOVE FROM GAP INC. LOCATIONS**
This chapter may be printed for the purpose of store training only and should be used only on the day it is printed.
Date Printed_____
Revised 7/2007

**CONFIDENTIAL**                    GAP 00900

unlimited full and sale-priced merchandise at all Gap, Gap Outlet, Banana Republic and BR Factory Stores, as well as 20% off unlimited full and sale-priced merchandise at all Old Navy and Old Navy Outlet stores. The discount can only be used by this former employee and only for in-store and Gift Card purchases.

**Board of Directors**

Members of the Gap Inc. Board of Directors are eligible for the HQ/corporate discount as described above (limited 50% discount, etc.) and their spouses and dependents are eligible for an unlimited 30% discount on full and sale priced items at any Gap, GapKids, babyGap, GapBody or Gap Outlet location.

**Gap GiftCard Employee Discount**

- Employees may purchase or reload Gap GiftCards with a 30% discount.
- Employees may not receive a discount on merchandise purchased with a Gap GiftCard.
- Employees may not use a Gap GiftCard to pay for items excluded from the monthly discount.
- Employees may return an unused Gap GiftCard with an original sales receipt. Use the Redeem function and enter the discounted amount paid. Call GiftCard Customer Service to zero out the remaining GiftCard balance.
- Employees cannot use GiftCards as tender for transactions that include promo prices that cannot be combined with the employee discount.

Note: The cross-brand 'Options' GiftCard may not be purchased or reloaded with an employee discount.

**Gift Certificate Employee Discount**

- Gift certificates may only be purchased by customers who wish to redeem them outside of the United States and Canada.
- On occasion, headquarter employees may receive gift certificates as recognition. A discount may be applied when the gift certificate is redeemed as long as it was not purchased with a discount.
- Employees may not receive a discount when redeeming gift certificates that state either "Discount Applied" or "Corporate Issued Gift Certificate".
- An employee-discounted gift certificate may be redeemed for a mail check for 30% less than the face value.

**Discount Abuse**

Abuse of the discount policy will result in termination. The following constitutes discount abuse:
- Anyone authorizing his/her own discount (employee transaction).
- Employees who purchase items at a discount and receive reimbursement for the merchandise.
- Employees receiving or performing price or discount adjustments, with the exception of online-exclusive purchases.
- Employees who purchase items with the intent to win a contest or make an incentive goal, then return the merchandise.
- Any other abuse of the discount policy.

**CONFIDENTIAL & PROPRIETARY - DO NOT REMOVE FROM GAP INC. LOCATIONS**
This chapter may be printed for the purpose of store training only and should be used only on the day it is printed.
Date Printed_____
Revised 7/2007

**Last Updated**     August  2007

**CONFIDENTIAL & PROPRIETARY - DO NOT REMOVE FROM GAP INC. LOCATIONS**
This chapter may be printed for the purpose of store training only and should be used only on the day it is printed.
Date Printed_____
Revised 7/2007

**CONFIDENTIAL**          **GAP 00902**

# EXHIBIT 23

# Employee Merchandise Discount 

| | |
|---|---|
| **Overview** | All Gap Inc. employees may take advantage of the employee discount benefit as outlined in this policy. Additional details regarding the policy, including changes and product exclusions, may be found on GapWeb or from your manager. |

By accepting the Gap Inc. discount card and by using the employee discount for purchases, employees and/or spouses agree to the terms of the Employee Discount Policy as outlined below. It is each employee's responsibility to know and follow the current policy at all times, and if applicable, to ensure that each employee's spouse does the same. Any violation o the Policy, whether intentional or not, may result in corrective action up to and including immediate termination.

**Eligibility**

The following individuals (referred to as "Users" in this policy) are eligible for the employee discount upon receipt of the Employee Discount Card:

**Employees:** All Gap Inc. employees. Contractors and temporary workers employed through agencies are not eligible.

**Spouses:** These users are defined as follows by country. Employees must follow the criteria outlined below.

**In the United States:** Legally married spouses[1] are eligible for the Employee Discount. Due to state specific rules on tax treatment of same-sex spouse benefits, employees with a same-sex spouse must submit their spouse's purchase amounts (via receipts and form on GapWeb) to Employee Services on a monthly basis. See Same-Sex Spouse Discount Submission form on GapWeb or ask your manager for more information.

Gap Inc. follows the Internal Revenue Code's definition of "spouse" for purposes of discount eligibility, therefore unmarried and/or domestic partners are not eligible to receive a discount card.

**In Canada:** The legal definition and regulation of common law marriage fall under provincial jurisdiction. A couple must meet the requirements of their province's Marriage Act for their common-law marriage to be legally recognized. According to the Canada Revenue Agency, as of 2007, a common-law relationship is true if at least one of the following applies:
   a. The couple has been living in a conjugal relationship for at least 12 continuous months;
   b. The couple are parents of a child by birth or adoption; or
   c. One of the couple has custody and control of the child (or had custody and control immediately before the child turned 19 years of age) and the child is wholly dependent on that person for support.
Employees are responsible for their spouse's compliance with this policy and or common law relationships compliance.



**CONFIDENTIAL & PROPRIETARY - DO NOT REMOVE FROM GAP INC. LOCATIONS**
This chapter may be printed for the purpose of store training only and should be used only on the day it is printed.
Date Printed_____
Revised 06/2009

**CONFIDENTIAL**          **GAP 00907**



**North America**
**Store Discount**

| | |
|---|---|
| BANANA REPUBLIC | UNLIMITED 50% DISCOUNT ON REGULAR PRICED MERCHANDISE |
| | UNLIMITED 10% DISCOUNT MARKDOWN PRICED MERCHANDISE |
| GAP | UNLIMITED 50% DISCOUNT ON REGULAR PRICED MERCHANDISE |
| | UNLIMITED 10% DISCOUNT ON PROMOTION AND MARKDOWN PRICED MERCHANDISE |
| OLD NAVY | UNLIMITED 25% DISCOUNT ON REGULAR AND PROMOTION PRICED MERCHANDISE |
| | UNLIMITED 10% DISCOUNT ON MARKDOWN PRICED MERCHANDISE |
| Gap Inc. Outlet | UNLIMITED 30% DISCOUNT ON REGULAR AND PROMOTION PRICED MERCHANDISE |
| | UNLIMITED 10% DISCOUNT ON MARKDOWN PRICED MERCHANDISE |

UNLIMITED 10% DISCOUNT ON GIFTCARDS
(Canada users will be taxed on Gift Card purchases)

BRAND DISCOUNT APPLIES TO ONLINE EXCLUSIVE PRODUCT

PRODUCT EXCLUSIONS MAY APPLY
see Gap Web or your manager for complete policy details

**Definitions**



- Regular Priced Merchandise: The original ticketed price listed on the tag of the item.
- Markdown Priced Merchandise: A reduction of the original price listed on the tag of the item. This reduction is typically a permanent reduction in the original price of the item.
- Promotion Priced Merchandise: A temporary reduction on the original price listed on the tag of the item.  This reduction is usually found in the form of the following examples: "Buy one get one free"; "20% off original price" or "Buy one get on 50% off."

**Promotion /**
**MUP Details**

At Gap and Banana Republic, in the event of a Multiple Unit Promotion (MUP), for example, "2 for 1" or "3 for $15" or "buy one get one free" (BOGO) or  an event based promotion, for example, "$25 denim" or "40% off all outerwear", users will receive 50% off the regular price of the item(s).



CONFIDENTIAL & PROPRIETARY - DO NOT REMOVE FROM GAP INC. LOCATIONS
This chapter may be printed for the purpose of store training only and should be used only on the day it is printed.
Date Printed_____
Revised 06/2009

**CONFIDENTIAL**

GAP 00908



| | |
|---|---|
| **Discount Restrictions** | Violation of the Policy (including the below restrictions), whether intentional or not, may result in corrective action up to and including immediate termination. |

- Users cannot use another employee's ID number for a purchase.
- Users may not be reimbursed or compensated for any purchase made using their employee discount nor can the merchandise be resold for profit.
- Users may not use another person's tender to pay for a transaction.
- Users cannot mark up sale items to regular price in order to receive a greater discount.
- Users may not receive a subsequent price adjustment for purchases originally made without their employee discount card, with the sole exception of discount adjustments for online exclusive purchases.
- A Gift Card and the employee discount may not be used in the same transaction.
- The Employee Discount does not apply to any items purchased at Athleta or Piperlime (with the exception of the Athleta employees working in the Athleta division).

**Employee Discount Procedures**



- Each time a user makes a purchase, they must identify themselves as an eligible Gap Inc. discount user by showing their discount card and valid government issued identification card. This also applies when users make a purchase and they choose not to receive their discount benefit.
- The Employee Discount Validation system validates the user through the store register system. The register will not validate any user after the employee's last date of employment.
- It is the responsibility of each user to be knowledgeable regarding the terms of the Employee Discount Policy. When the user is making a purchase in a store and their understanding of the policy differs to that of the cashier ringing the transaction the user is required to inquire discreetly with the manager/leader on duty away from customers.
- Store cashiers ringing the employee transactions are responsible for verifying the accuracy of the discount applied.
- A sales receipt is required for returns and exchanges or Receipt Lookup may be used to retrieve a record of the employee purchase.
- Employees may receive a discount on merchandise sends if they are present in a store. The employee must show their valid ID and discount card. They can receive whatever discount they are eligible for on that item, just as if they are standing in the sending store. There are no restrictions on which items can be sent, however existing discount percentage restrictions apply.
- The brand return policy applies to purchases made using the Employee Discount.
- If an employee's discount card or the employee's spouse/dependent(s) discount card is lost or stolen, contact your district manager and/or regional loss prevention manager immediately. The employee should be issued a new employee discount card by the GM.

**CONFIDENTIAL & PROPRIETARY - DO NOT REMOVE FROM GAP INC. LOCATIONS**
This chapter may be printed for the purpose of store training only and should be used only on the day it is printed.
Date Printed_____
Revised 06/2009

**CONFIDENTIAL**

**GAP 00909**



**New Hire Employees**

New employees will receive discount cards for themselves and eligible spouses once their employee GEMs ID# has been generated. The employee GEMs ID# will be available 24 hours after the New Hire PAN has been keyed into the controller.

New employees can use their discount beginning 24 hours after the New Hire PAN is keyed. Once the employee ID# has been generated, managers should access the number through the POS system. The manager should write the employee ID# and name on the employee discount card(s).

**Purchase Authorization**

Any cashier may process employee transactions. A manager's signature or approval is not required on employee transactions.
- Employees (including Managers) cannot process their own transactions. Another employee must process the transaction.

**Online Exclusive Purchases**

Online-exclusive items purchased as gifts or for self are eligible for discount adjustment.

Employees can receive a discount on online exclusive items (for example, Petites, Tall sizes, Maternity and online extended sizes) at each brand website. The product must be labeled "online exclusive" and employees or their spouses will need to purchase the product online at full-price and then upon receipt of the merchandise, the employee may present the online invoice to receive a discount adjustment for online-exclusive items. Shipping fees will not be adjusted.

**Note:** Refer to the Register Guide for discount adjustment-keying procedures.

**International Employees**

- Gap Inc. North American employees traveling internationally are eligible to receive their employee discount at any non-franchised Gap Inc. location.  The local country Discount Policy will apply.
- Gap Inc. International* employees traveling in North America are eligible for the North American discount. If the employee discount card does not have an employee ID number, key in "26000000" at the ID prompt, and request a valid photo ID (e.g., passport) from the employee.

*Employees of Gap Inc. franchise stores are not eligible for a discount in US, Canada, or Puerto Rico stores.

**CONFIDENTIAL & PROPRIETARY - DO NOT REMOVE FROM GAP INC. LOCATIONS**
This chapter may be printed for the purpose of store training only and should be used only on the day it is printed.
Date Printed_____
Revised 06/2009

**CONFIDENTIAL**

GAP 00910



| **Lifetime (Retiree) Merchandise Discount** | Gap Inc. employees who voluntarily terminate with at least 10 years of service and 50 years of age, and whose combined years of service and age equal to or greater than 70, are eligible for a lifetime discount card. |
|---|---|

- If an employee meets these criteria at termination, they should contact Gap_Inc._Benefits@gap.com with employee name, Gap Inc. ID, date of termination, date of hire, date of birth and address for the letter and information on the lifetime card to be mailed to.
- Because they are retired from Gap Inc., they do not have an active Employee Number (GEMS ID). Instead, they have been issued a discount exception number by Gap Inc. The POS register will not recognize the exception number and will prompt for a manager override:
  - Enter your POS ID and password when prompted.
  - Refer to the Register Guide (under Employee Discount Error message) for detailed POS messages and keying procedures.
- The discount card entitles the retired employee to receive the same discount as active employees.

**GiftCard Employee Discount**

- Employees may purchase or reload GiftCards with a 10% discount.
- Employees may return an unused GiftCard with an original sales receipt. Use the Redeem function and enter the discounted amount paid. Call GiftCard Customer Service to zero out the remaining GiftCard balance.
- A Gift Card and the employee discount may not be used in the same transaction.
- Employees can buy a gift card at 10% off at any Gap, BR, Old Navy or Outlet store and use it to buy merchandise online at gap.com, bananarepublic.com, or oldnavy.com. Please note, if you make a purchase online using a gift card bought with your employee discount, you will **not** be eligible to receive an in-store price adjustment for that product.

**Last Updated**    June 2009



**CONFIDENTIAL & PROPRIETARY - DO NOT REMOVE FROM GAP INC. LOCATIONS**
This chapter may be printed for the purpose of store training only and should be used only on the day it is printed.
Date Printed_____
Revised 06/2009                                                                                      Page 5 of 5

**CONFIDENTIAL**                          GAP 00911

# EXHIBIT 24





EXHIBIT

29

D.5.  8/5/09

GAP 01072
CONFIDENTIAL

Choose one top and one bottom from the following:

Men's
  Stretch Shirt
  113835-07-1  Zephyr
  113835-12-1  Skyline
  113835-09-1  Black
  113572-04-1  Grey

  Flat Front Wool Gaberdine Pant
  111282-01-1  Charcoal
  111282-00-1  Black

Women's
  Chunky Sweater - 129908
  L/S Tee - 692231

  Denim Bootcut (Weathered, Stretch, Rinsed)
  121241
  121557
  121521
  127733

Coupon must be keyed after all other employee discounts have been applied when additional items are being purchased in the same transaction.

• Separate the $35 coupon top and bottom from any other items being purchased
• Enter cashier number, press ENTER
• Press EMPLOYEE TRANSACTION
• Scan or key employee number, press SALE
• Scan any other items being purchased
• Key in the appropriate discount (i.e., 30% or 50% off)
• Press PRICE OVERRIDE.
• Scan or key the bottom being purchased with the $35 coupon.
• Enter $20 at the price prompt.
• Press PRICE OVERRIDE.
• Scan or key the top being purchased with the $35 coupon.
• Enter $15 at the price prompt.
• Press TOTAL and complete the transaction as usual.
• Staple the coupon to the store copy of the employee transaction.
• Place in register drawer with your daily media.

GAP 01073
CONFIDENTIAL



GAP 01074
CONFIDENTIAL

Choose one top and one bottom from the following:

Men's

Stretch Shirt
1136567-07-1  Zephyr
113636-12-1  Skyline
113636-09-1  Black
113572-04-1  Grey

Flat Front Wool Gabardine Pant
111262-01-1  Charcoal
111262-00-1  Black

Women's
Chunky Sweater - 129908
L/S Tee - 692231

Denim Bootcut (Weathered, Stretch, Rinsed)
121241
121567
121521
121733

Coupon must be keyed after all other employee discounts have been applied when additional items are being purchased in the same transaction.

• Separate the $35 coupon top and bottom from any other items being purchased
• Enter cashier number, press ENTER
• Press EMPLOYEE TRANSACTION
• Scan or key employee number, press SALE
• Scan any other items being purchased.
• Key in the appropriate discount (i.e., 30% or 50% off)
• Press PRICE OVERRIDE.
• Scan or key the top being purchased with the $35 coupon.
• Enter $20 at the price prompt.
• Press PRICE OVERRIDE.
• Scan or key the bottom being purchased with the $35 coupon.
• Enter $15 at the price prompt.
• Press PRICE OVERRIDE.
• Press TOTAL and complete the transaction as usual.
• Staple the coupon to the store copy of the employee transaction.
• Place in register drawer with your daily media.

GAP 01075
CONFIDENTIAL



# Employee Special Outfit Coupon

Choose one top and one bottom from the selection below.

## WOMEN'S

ANY SHORT SLEEVE T FOR $6

ANY SKORT FOR $15

## MEN'S

CLASSIC T FOR $6 OR A PIQUE POLO FOR $10

SELECT SHORTS FOR $10 OR PANTS FOR $15
(See list below for styles)

STANDARD CARGO SHORT/PANT . . . . . . . . . . . . . . . . . . 136955/135950
CLASSIC FIT HUDSON SHORT/PANT . . . . . . . . . . . . . 135971/141202
EASY FIT PLEATED PANT . . . . . . . . . . . . . . . . . . . . . . . . . 157550
RELAXED FIT PLEATED SHORT . . . . . . . . . . . . . . . . . . . 171158
LOOSE FIT HIPSTER SHORT/PANT . . . . . . . . . . . . . . 136976/111641

**MANAGERS MAY ONLY SELECT THE PANT OPTIONS ($15) FROM
THE ABOVE LIST.**

*This coupon is valid for one transaction and limited to one coupon per employee.
You are not required to purchase the entire outfit.

## KEYING INSTRUCTIONS

Coupon must be redeemed as a separate employee sale transaction. Online-exclusive
sizes from gap.com may be purchased in a pre-paid transaction. Refer to your Mini
Manual for keying instructions.

1. Begin a separate employee sale transaction.
2. Before scanning each item, press price override.
3. Enter the price for each item, (e.g., enter 5.00 for a T).
4. Once all items are entered, SCAN COUPON BARCODE (not optional).
5. At "ENTER PRICE" prompt, key 0 for the price, press ENTER.
6. Press TOTAL and tender as usual.
7. Attach employee outfit coupon to the store copy of the employee transaction.



0000

4 00103 00002 6

US/E

---

# Employee Special Outfit Coupon

Choose one top and one bottom from the selection below.

## WOMEN'S

ANY SHORT SLEEVE T FOR $6

ANY SKORT FOR $15

## MEN'S

CLASSIC T FOR $6 OR A PIQUE POLO FOR $10

SELECT SHORTS FOR $10 OR PANTS FOR $15
(See list below for styles)

STANDARD CARGO SHORT/PANT . . . . . . . . . . . . . . . . . . 136955/135950
CLASSIC FIT HUDSON SHORT/PANT . . . . . . . . . . . . . 135971/141202
EASY FIT PLEATED PANT . . . . . . . . . . . . . . . . . . . . . . . . . 157550
RELAXED FIT PLEATED SHORT . . . . . . . . . . . . . . . . . . . 171158
LOOSE FIT HIPSTER SHORT/PANT . . . . . . . . . . . . . . 136976/111641

**MANAGERS MAY ONLY SELECT THE PANT OPTIONS ($15) FROM
THE ABOVE LIST.**

*This coupon is valid for one transaction and limited to one coupon per employee.
You are not required to purchase the entire outfit.

## KEYING INSTRUCTIONS

Coupon must be redeemed as a separate employee sale transaction. Online-exclusive
sizes from gap.com may be purchased in a pre-paid transaction. Refer to your Mini
Manual for keying instructions.

1. Begin a separate employee sale transaction.
2. Before scanning each item, press price override.
3. Enter the price for each item (e.g., enter 5.00 for a T).
4. Once all items are entered, SCAN COUPON BARCODE (not optional).
5. At "ENTER PRICE" prompt, key 0 for the price, press ENTER.
6. Press TOTAL and tender as usual.
7. Attach employee outfit coupon to the store copy of the employee transaction.

**GAP 01076
CONFIDENTIAL**

0000

4 00103 00002 6

US/E



## SUMMER 2002

## Cupón de conjunto especial para empleado

Adquiera una prenda de cada uno de la lista a continuación.

**MUJERES**

CUALQUIER BLUSA DE MANGA CORTA POR $5

CUALQUIER FALDA POR $10

**HOMBRES**

CAMISETA CUELLO POR $6 O CAMISETA POLO DE PIQUÉ POR $10

SELECCIONE UNOS PANTALONES CORTOS POR $10 LOS LARGOS POR $15
(Use la siguiente lista para escoger los estilos)

PANTALÓN CORTO DE AJUSTE ESTANDAR TIPO CARGO . . . . . . 156855/156850

PANTALÓN CORTO DE AJUSTE ESTANDAR TIPO CARGO . . . . . . 156871/141292

PANTALÓN DE AJUSTE GÓTHICO CON PINZAS . . . . . . . . . . . . . . 157550

PANTALÓN CORTO DE AJUSTE RELAJADO CON PINZAS . . . . . . . . . 111126

PANTALÓN CORTO LARGO DE AJUSTE MOLDEADO HUNTER . . . 156975/111341

**LOS GERENTES SÓLO PUEDEN ESCOGER ENTRE LAS OPCIONES DE PANTALONES ($15) MENCIONADOS EN LA LISTA ANTERIOR.**

*Este cupón es válido para una transacción y hay límite de un cupón por empleado. No es necesario comprar el conjunto completo para usar este cupón.

### INSTRUCCIONES PARA REGISTRO DE LA TRANSACCIÓN

**Debe canjearse el cupón mediante una transacción separada de venta a empleado. Las tallas exclusivas de gap.com pueden adquirirse en una transacción prepagada. Consulta en el Mini Manual las instrucciones de registro de la venta.**

1. Inicia una venta separada para empleado.

2. Antes de iniciar cada prenda por la lectora de precios, oprime la tecla de cantar (Q sentido).

3. Ingresa el precio del precio de cada prenda (esd., ingresa 500 para pantalón).

4. Una vez ingresado los precios de todas las prendas, PARA POR LA LECTORA EL CÓDIGO DE BARRAS DEL CUPÓN de empleado.

5. Cuando la máquina registradora pida el precio (ENTER PRICE), ingresa 0 y luego oprime ENTER.

6. Oprime la tecla de TOTAL y acepta el dinero de la manera usual.

7. Adjunta el cupón de conjunto para empleado al recibo de transacción que se conserva en la tienda.



0000

4 00103 00002 8                    US/SP

---

## SUMMER 2002

## Cupón de conjunto especial para empleado

Adquiera una prenda de cada uno de la lista a continuación.

**MUJERES**

CUALQUIER BLUSA DE MANGA CORTA POR $5

CUALQUIER FALDA POR $10

**HOMBRES**

CAMISETA CUELLO POR $6 O CAMISETA POLO DE PIQUÉ POR $10

SELECCIONE UNOS PANTALONES CORTOS POR $10 LOS LARGOS POR $15
(Use la siguiente lista para escoger los estilos)

PANTALÓN CORTO DE AJUSTE ESTANDAR TIPO CARGO . . . . . . 156855/156850

PANTALÓN CORTO DE AJUSTE ESTANDAR TIPO CARGO . . . . . . 156871/141292

PANTALÓN DE AJUSTE GÓTHICO CON PINZAS . . . . . . . . . . . . . . 157550

PANTALÓN CORTO DE AJUSTE RELAJADO CON PINZAS . . . . . . . . . 111126

PANTALÓN CORTO LARGO DE AJUSTE MOLDEADO HUNTER . . . 156975/111341

**LOS GERENTES SÓLO PUEDEN ESCOGER ENTRE LAS OPCIONES DE PANTALONES ($15) MENCIONADOS EN LA LISTA ANTERIOR.**

*Este cupón es válido para una transacción y hay límite de un cupón por empleado. No es necesario comprar el conjunto completo para usar este cupón.

### INSTRUCCIONES PARA REGISTRO DE LA TRANSACCIÓN

**Debe canjearse el cupón mediante una transacción separada de venta a empleado. Las tallas exclusivas de gap.com pueden adquirirse en una transacción prepagada. Consulta en el Mini Manual las instrucciones de registro de la venta.**

1. Inicia una venta separada para empleado.

2. Antes de iniciar cada prenda por la lectora de precios, oprime la tecla de cantar (Q sentido).

3. Ingresa el precio del precio de cada prenda (esd., ingresa 500 para pantalón).

4. Una vez ingresado los precios de todas las prendas, PARA POR LA LECTORA EL CÓDIGO DE BARRAS DEL CUPÓN de empleado.

5. Cuando la máquina registradora pida el precio (ENTER PRICE), ingresa 0 y luego oprime ENTER.

6. Oprime la tecla de TOTAL y acepta el dinero de la manera usual.

7. Adjunta el cupón de conjunto para empleado al recibo de transacción que se conserva en la tienda.



0000

4 00103 00002 8

**GAP 01077 CONFIDENTIAL**

US/SP



Outfitting is important this spring and Gap would like to help you build your spring wardrobe!
Choose one top and one bottom from the following list of spring key items.

Long-Sleeved Poplin Shirt (113648,113649,113650,113651,113652)
Royal Wash Denim (174524,174533,174523)

Long and Lean Shirt (126011, 126017,126022)
Stretch Flare Jeans (121779) blue or powder

**one outfit per employee**
**Valid through 2/19/01**

**GAP 01078**
**CONFIDENTIAL**

**Coupon must be keyed after all other employee discounts have been applied when additional items are being purchased in the same transaction.**

- o   Separate the $25 coupon top and bottom from any other items being purchased.
- o   Enter cashier number, press ENTER.
- o   Press EMPLOYEE TRANSACTION.
- o   Scan or key employee number, press SALE.
- o   Scan any other items being purchased.
- o   Key in the appropriate discount (i.e., 30% or 50% off).
- o   Press PRICE OVERRIDE.
- o   Scan or key the bottom being purchased with the $25 coupon.
- o   Enter $15 at the price prompt.
- o   Press PRICE OVERRIDE.
- o   Scan or key the top being purchased with the $25 coupon.
- o   Enter $10 at the price prompt.
- o   Press TOTAL and complete the transaction as usual.
- o   Staple the coupon to the store copy of the employee transaction.
- o   Place in register drawer with your daily media.

Place an "O" in the OTHER box of the employee's discount card.

**GAP 01079
CONFIDENTIAL**

# five dollar T's

a special promotion for Gap employees

**Choose one from any of the following T's:**
Men's Short-Sleeved Fitted T (116041) white, black, heather grey or charcoal
Women's Long-Sleeved Favorite T (692041) white, black, heather grey or light pink
Women's Short Sleeved Favorite T (602040) white, black, heather grey or light pink
Women's Favorite Camisole (692174) white or black

valid 12/28/00 through 1/11/01 • one per employee

GAP 01080
CONFIDENTIAL

**Keying Procedures**
The $5 coupon must be keyed at the end of the transaction. All other
employee discounts must be applied first when additional items are being
purchased in the same transaction.

1. Cashier No. press **ENTER**
2. Press **EMPLOYEE TRANS**
3. Scan or key the 9 digit employee number, press **ENTER**
4. Press **SALE**
5. Scan item(s) or key in style, press **STYLE**, key in size, press **SIZE**
6. Key in discount amount, press **% OFF**
7. If additional items at different % discount, repeat steps 5 and 6
8. Press **PRICE OVERRIDE**
9. Scan or key "T" being purchased with $5.00 coupon
10. Enter $5.00 at the enter price prompt, press **ENTER**
11. Press **TOTAL** and complete the transaction as usual

Place a "T" in the **OTHER** box of the employee's discount card.
Staple the coupon to the store copy of the employee transaction.
Place in register drawer with your daily media.

**GAP 01081**
**CONFIDENTIAL**

1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

-----------------------------------------------X

DIENNA HOWARD, individually and on

Behalf of all similarly situated individuals,


PLAINTIFF,

       -v-        Case No.

C 06 6773 WHA

GAP, INC.,

DEFENDANT.

-----------------------------------------------X




VIDEO DEPOSITION OF KEVIN LOW

taken at 666 Fifth Avenue, New York,

New York 10103 on Wednesday August 5,

2009 commencing at 10:22 a.m. before

Debra Singer, a Certified Court Reporter

and Notary Public for the State of New York.

1

2      A P P E A R A N C E S:

3

4          GARY F. LYNCH
               Attorney for Plaintiffs
               36 N. Jefferson Street
5              New Castle, Pennsylvania 16107
               BY:  Gary F. Lynch  ESQ,

6

7

8          ORRICK, HERRINGTON & SUTCLIFFE LLP
               Attorneys for the Defendant
9              1000 March Road
               Menlo Park, California 94025
10             BY: Jessica Perry, ESQ.

11

12         Also Present: Videographer -Lisa Livote

13

14                      *         *          *

15

16

17

18

19

20

21

22

23

24

25

1                         (Low - 8/5/09 Confidential)

2      currently sold in your store."  Does that also help

3      pinpoint the date of Exhibit 28 as being before the

4      issuance of Exhibit 17?

5           A.     Yes.

6           Q.     Do you have any sense of how much

7      earlier than Exhibit 17, which is 2006, this document

8      may have been created?

9           A.     I do not.

10                     (Whereupon Exhibit 29, Bates stamped

11                01072-01081, was marked for identification as

12                of this date.)

13          Q.     I've showed you what was marked as

14     Exhibit 29.  Kevin, do you recognize any of those

15     pages?

16          A.     These are various discount coupons that

17     employees can use to purchase Gap products at a

18     discounted price.

19          Q.     These are two points that we talked

20     about, before, today already?

21          A.     That is correct.

22          Q.     Aside from being a benefit to the

23     employee, did those coupons provide any benefit to

24     Gap?

25                     MS. PERRY:  Objection.  Vague and

169

1

2                       C E R T I F I C A T E

3

STATE OF NEW YORK          )
4                                    :  SS.:
COUNTY OF NEW YORK         )
5

6

7           I, DEBRA SINGER, a Notary Public for and

8    within the State of New York, do hereby certify:

9           That the witness whose examination is

10   hereinbefore set forth was duly sworn and that such

11   examination is a true record of the testimony given by

12   that witness.

13           I further certify that I am not related to

14   any of the parties to this action by blood or by

15   marriage and that I am in no way interested in the

16   outcome of this matter.

17           IN WITNESS WHEREOF, I have hereunto set my

18   hand this $20^{u}$ day of *Aug* , 2009.

19

20                    _Debra Singer_

21                    DEBRA SINGER

22

23

24

25

# EXHIBIT 25

REDACTED

# Gap
# Personnel Action Notice

SSN:
Effective Date: 07/08/02

### Hire General Information

Emp. Last Name: HOWARD
First Name, MI: DIENNA      D
Street Address: 206 WEST FERRY ST
City: BUFFALO
County: ERIE
State: NY
Zip: 14213
Home Telephone: (716)886-1994
Date of Birth: 06/21/81
Marital Status: 1 Single
Race: 2 Black
Sex: 2 Female

### Employment Information

Store Number: 2407
Pay Rate: 5.80
Pay Category: Per HOUR
Emp. Category: 3 Seasonal
Job Code: 0507
Job Title: SALES ASSOCIATE

W-4 Exemptions*: 0001
*Federal Law requires a W-4 be attached

### Emergency Contact

Name: CAROLYN HOWARD
Address: 206 W.FERRY ST.
Relation: MOTHER
Telephone: (716)886-1994



EXHIBIT
5
Howard

**Please read and initial the statements below:**
Giving Campaign per pay period deduction: $   0.00

Employee
Initial Here
*DH*

I have read & I understand the Employee Policy Guide
    and Code of Business Conduct.                          *DH*
have read & I understand the Loss Prevention Agreement.     *DH*
have read & I understand the Statement of Confidentiality.  *DH*
I have read & I understand the Employee Discount
    Privilege Agreement.                                    *DH*
I have read and I understand the Timekeeping policy statement.
I understand that I do not have a contract of continued employment
    and that my employment is at-will.  This means that I do not
    have a contract of employment for any particular duration or
    limiting the grounds, or specifying the procedure, for my
    termination in any way.  I am free to resign at any time.
    Similarly, The Gap, Inc. is free to terminate my employment
    at any time for any reason, with or without cause.  I understand    *DH*
    that while personnel policies, programs and procedures may exist
    and be changed from time to time, the only time my at-will status
    could be changed is if I were to enter into an express written
    contract with The Gap, Inc. explicitly promising me job security,
    signed by an officer of The Gap, Inc.  The above language
    contains our entire agreement about my at-will status and
    there are no oral or side agreements of any kind.

Keyed By:                              Name:   RICHARDS, ROAMIE
Date & Time Keyed: 07/08/02 21:00:51
Location Keyed at:   2407

**Signature**

Employee                                    Date  7/8/02

ND TO HR ADMINISTRATION

1

UNITED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Dienna Howard, individually

and on behalf of all

similarly situated

individuals,

      Plaintiffs,

  vs.                  Case No. C-06-6773 WHA

GAP INC.,

      Defendants.

DEPOSITION OF DIENNA HOWARD

SAN FRANCISCO, CALIFORNIA

THURSDAY, SEPTEMBER 17, 2009

Reported by Stacey M. Garibaldi, CSR No. 11925

PRLS Job No. #258841



Toll Free: 800.770.3363
Facsimile: 415.591.3335

Suite 1100
44 Montgomery Street
San Francisco, CA 94104
www.esquiresolutions.com

Dienna Howard
September 17, 2009

42

| 1  | 10:23:14 | A | Four. |

2    10:23:19    Q    When you were hired, were you hired as a

3    seasonal associate for the back-to-school period?

4    10:23:25    A    Regular, not seasonal.

5    10:23:34    Q    What was discussed in the orientation?

6    10:23:40    A    How GAP came about.  Their style of clothing.

7    And their employee uniform policy.

8    10:24:02    Q    During the orientation did you discuss

9    different GAP policies?

10   10:24:09    A    No.

11   10:24:13    Q    Did you discuss the Code of Business Conduct?

12   10:24:17    A    No.

13   10:24:18    Q    Did you discuss Loss Prevention?

14   10:24:21    A    No.

15   10:24:22    Q    Did you discuss the Employee Discount

16   Privilege?

17   10:24:24    A    Yes.

18   10:24:26    Q    Did you discuss the Employee Policy Guide?

19   10:24:29    A    Yes.

20   10:24:36    Q    How long did the orientation take?

21   10:24:39    A    Two hours.

22   10:24:43    Q    Where was it held?

23   10:24:45    A    In the office of their store.

24   10:24:59    Q    Let's take a look at another document.  Mark

25   this one as Exhibit 5.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.770.3363
Facsimile: 415.591.3335

Suite 1100
44 Montgomery Street
San Francisco, CA 94104
www.esquiresolutions.com

Dienna Howard                                September 17, 2009

43

| 1 | 10:25:02 | (Defendants' Exhibit 5 was marked for |
| 2 | | identification.) |
| 3 | 10:25:14 | Q    BY MS. PERRY:  Ms. Howard, I'm showing you |
| 4 | | what we have marked as Exhibit Number 5, which is the |
| 5 | | GAP Personnel Action Notice for you.  Have you seen this |
| 6 | | document before? |
| 7 | 10:25:25 | A    Yes. |
| 8 | 10:25:26 | Q    And is that your signature at the bottom of |
| 9 | | the document? |
| 10 | 10:25:30 | A    Yes. |
| 11 | 10:25:31 | Q    And it's dated July 8, 2002.  Does that |
| 12 | | refresh your recollection that you began working for GAP |
| 13 | | on July 8th, 2002? |
| 14 | 10:25:41 | A    Yes. |
| 15 | 10:25:41 | Q    If you look up at the top right-hand corner it |
| 16 | | states that your pay rate was $5.80 an hour; is that |
| 17 | | correct? |
| 18 | 10:25:49 | A    Yes. |
| 19 | 10:25:49 | Q    And it also states under employment category |
| 20 | | that you were (3) seasonal.  Does that refresh your |
| 21 | | recollection that you were hired as a seasonal |
| 22 | | associate? |
| 23 | 10:25:59 | A    Yes. |
| 24 | 10:26:09 | Q    And if you look down at the middle part of |
| 25 | | this document it says, "I have read and I understand the |



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.770.3363
Facsimile: 415.591.3335

Suite 1100
44 Montgomery Street
San Francisco, CA 94104
www.esquiresolutions.com

Dienna Howard

September 17, 2009

119

| | | |
|---|---|---|
| 1 | 12:46:33 | REPORTER'S CERTIFICATION |
| 2 | 12:46:33 | |
| 3 | 12:46:33 | I, Stacey M. Garibaldi, Certified Shorthand |
| 4 | | Reporter, in and for the State of California, do hereby |
| 5 | | certify: |
| 6 | 12:46:33 | That the foregoing witness was by me duly sworn; |
| 7 | | that the deposition was then taken before me at the time |
| 8 | | and place herein set forth; that the testimony and |
| 9 | | proceedings were reported stenographically by me and |
| 10 | | later transcribed into typewriting under my direction; |
| 11 | | that the foregoing is a true record of the testimony and |
| 12 | | proceedings taken at that time. |
| 13 | 12:46:33 | IN WITNESS WHEREOF, I have subscribed my name this |
| 14 | | 30th day of September , 2009. |
| 15 | 12:46:33 | |
| 16 | 12:46:33 | |
| 17 | 12:46:33 | |
| 18 | | /s/ Stacey M. Garibaldi |
| | | Stacey M. Garibaldi, CSR No. 11925 |
| 19 | 12:46:33 | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.770.3363
Facsimile: 415.591.3335

Suite 1100
44 Montgomery Street
San Francisco, CA 94104
www.esquiresolutions.com

# EXHIBIT 26

# COMMITMENT PLEDGE

I, _Dienna D Howard_ take responsibility for creating a positive work environment in my employment with Gap Inc.

- I have received the Employee Policy Guide and Code of Business Conduct. I understand that I am responsible for reading and adhering to the policies in these guides.
- I have received training on policies in this orientation.

I acknowledge that the policies discussed in this training and other policies described in the Employee Policy Guide and Code of Business Conduct apply to my employment at Gap Inc. I understand that if I have questions about anything during this training or have questions about any policy that applies to my employment, I can use the Open Door Policy and speak to my supervisor/their supervisor or my Human Resources representative.

I understand that failure to follow Gap Inc. policies can result in corrective action up to and including termination. Equally important, I understand that by upholding this pledge, together we create a positive, healthy work environment at Gap Inc.

Respectfully,

_Dienna D Howard_                                          7/8/02
Employee Signature                                         Date

_Dienna D Howard_
Print Name                                                 Social Security #

**REDACTED**



1

UNITED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


Dienna Howard, individually

and on behalf of all

similarly situated

individuals,

  Plaintiffs,

 vs.       Case No. C-06-6773 WHA

GAP INC.,

  Defendants.




DEPOSITION OF DIENNA HOWARD

SAN FRANCISCO, CALIFORNIA

THURSDAY, SEPTEMBER 17, 2009




Reported by Stacey M. Garibaldi, CSR No. 11925

PRLS Job No. #258841



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.770.3363
Facsimile: 415.591.3335

Suite 1100
44 Montgomery Street
San Francisco, CA 94104
www.esquiresolutions.com

Dienna Howard

September 17, 2009

45

| | | | |
|---|---|---|---|
| 1 | 10:27:54 | Q | Let's do Exhibit Number 6. |
| 2 | 10:27:56 | | (Defendants' Exhibit 6 was marked for |
| 3 | | | identification.) |
| 4 | 10:28:00 | Q | BY MS. PERRY:  I'm showing you what we have |
| 5 | | | marked as Exhibit No. 6, which is a Commitment Pledge. |
| 6 | | | Is that your signature at the bottom of the document? |
| 7 | 10:28:10 | A | Yes. |
| 8 | 10:28:14 | Q | And did you understand that you were |
| 9 | | | responsible for reading and adhering to the policies in |
| 10 | | | GAP's Employee Policy Guide and Code of Business |
| 11 | | | Conduct? |
| 12 | 10:28:26 | A | Yes. |
| 13 | 10:28:26 | Q | And you understood that you could ask |
| 14 | | | questions about anything during the orientation training |
| 15 | | | on the policies? |
| 16 | 10:28:32 | A | Yes. |
| 17 | 10:28:33 | Q | And you understood that GAP had an open door |
| 18 | | | policy? |
| 19 | 10:28:36 | A | Yes. |
| 20 | 10:28:37 | Q | You understood that you could speak to your |
| 21 | | | manager, your manager's manager, or your HR |
| 22 | | | representative if you had any questions or concerns |
| 23 | | | about your employment? |
| 24 | 10:28:46 | A | Yes. |
| 25 | 10:29:01 | Q | Number 7. |



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.770.3363
Facsimile: 415.591.3335

Suite 1100
44 Montgomery Street
San Francisco, CA 94104
www.esquiresolutions.com

Dienna Howard

September 17, 2009

119

REPORTER'S CERTIFICATION

1   12:46:33

2   12:46:33

3   12:46:33       I, Stacey M. Garibaldi, Certified Shorthand

4                Reporter, in and for the State of California, do hereby

5                certify:

6   12:46:33       That the foregoing witness was by me duly sworn;

7                that the deposition was then taken before me at the time

8                and place herein set forth; that the testimony and

9                proceedings were reported stenographically by me and

10               later transcribed into typewriting under my direction;

11               that the foregoing is a true record of the testimony and

12               proceedings taken at that time.

13  12:46:33       IN WITNESS WHEREOF, I have subscribed my name this

14               30th day of September , 2009.

15  12:46:33

16  12:46:33

17  12:46:33

18                            /S/ Stacey M. Garibaldi

                 Stacey M. Garibaldi, CSR No. 11925

19  12:46:33

20

21

22

23

24

25



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.770.3363
Facsimile: 415.591.3335

Suite 1100
44 Montgomery Street
San Francisco, CA 94104
www.esquiresolutions.com

# EXHIBIT 27



# U.S. STORES EMPLOYEE DISCOUNT AGREEMENT, CON'T

**All Store Discount**

All full-time and part-time Gap Inc. field employees are eligible for the All Store Discount. Spouses and/or eligible dependents (a child through the age of 18, or through the age of 23 if he or she is a full-time student and not employed full time) can also use the discount. Each employee is responsible for ensuring that his/her spouse and dependents are informed of and abide by the discount policy.

- The All Store Discount can be used to purchase a combination of any five items (total) per month, on regular or sale-priced merchandise for individual use or for gifts.
- Store employees can receive a total of 5 discounted items each month at the Gap Inc. brands where they do not work.
- Employees shopping at Banana Republic or Gap will receive a 30% discount. Employees shopping at Old Navy will receive 20% discount.
- The All Store Discount cannot be used to purchase gift cards or certificates.
- All eligible employees will be provided with an All Store Discount Card.
- All employees must present the following when making a purchase outside their home division:
  - The All Store Discount Card
  - The Employee Discount Card with current validation sticker
  - A valid photo ID (e.g., drivers license, student ID)

- The manager on duty, as well as the employee making the purchase, is responsible for ensuring a hash mark is placed in the appropriate column on the All Store Discount Card for every Gap Inc. purchase made.

Merchandise originally purchased using the All Store Discount and returned, may not be "re-credited" to an employee. The returned item may be exchanged for a different item only within the same transaction as long as it complies with the employee monthly discount. At no time should an All Store Discount item returned after an employee's discount card.



(Tear Below)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# U.S. STORES EMPLOYEE DISCOUNT AGREEMENT

I have read the US Stores Employee Discount Policy and understand that it applies to me. Further, I understand that if I have any questions about the Discount Policy, I can ask my manager to explain it to me. I acknowledge that the discount is a privilege, and that the Company reserves the right to change the Discount Policy from time to time.

I acknowledge that failure to abide by the Discount Policy will lead to corrective action up to and including termination.

_Dienna D. Howard_                                          7/8/02
Employee Signature                                          Date

_Dienna D. Howard_
Print Name





CONFIDENTIAL                    GAP 00031

1

UNITED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Dienna Howard, individually

and on behalf of all

similarly situated

individuals,

     Plaintiffs,

  vs.               Case No. C-06-6773 WHA

GAP INC.,

     Defendants.

DEPOSITION OF DIENNA HOWARD

SAN FRANCISCO, CALIFORNIA

THURSDAY, SEPTEMBER 17, 2009

Reported by Stacey M. Garibaldi, CSR No. 11925

PRLS Job No. #258841



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.770.3363
Facsimile: 415.591.3335

Suite 1100
44 Montgomery Street
San Francisco, CA 94104
www.esquiresolutions.com

Dienna Howard
September 17, 2009

47

1    have marked as Exhibit Number 9, which is entitled

2    Availability Agreement.  Is that your signature on the

3    bottom of that document?

4    10:30:53    A    Yes.

5    10:31:02    Q    And you understood in signing this document

6    that you would be continuing to commit to the

7    availability that you had set out here?

8    10:31:08    A    Yes.

9    10:31:10    Q    And you also understood that your employment

10   was "at will"; correct?

11   10:31:15    A    Yes.

12   10:31:16         (Defendants' Exhibit 10 was marked for

13                    identification.) ten

14   10:31:34    Q    BY MS. PERRY:  All right, Ms. Howard, I'm

15   showing you what we have marked as Exhibit Number 10,

16   which is entitled U.S. Stores Employee Discount

17   Agreement Continued.  Is that your signature at the

18   bottom of that document?

19   10:31:58    A    Yes.

20   10:32:01    Q    Generally, what did you understand GAP's

21   discount policy to be?

22   10:32:08    A    You receive a discount on clothing that you

23   can use to wear as an employee at their business.

24   10:32:19    Q    And did you understand that you could receive

25   a discount on GAP clothing as well as clothing at Old



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.770.3363
Facsimile: 415.591.3335

Suite 1100
44 Montgomery Street
San Francisco, CA 94104
www.esquiresolutions.com

Dienna Howard

September 17, 2009

119

REPORTER'S CERTIFICATION

1  12:46:33

2  12:46:33

3  12:46:33        I, Stacey M. Garibaldi, Certified Shorthand

4              Reporter, in and for the State of California, do hereby

5              certify:

6  12:46:33        That the foregoing witness was by me duly sworn;

7              that the deposition was then taken before me at the time

8              and place herein set forth; that the testimony and

9              proceedings were reported stenographically by me and

10             later transcribed into typewriting under my direction;

11             that the foregoing is a true record of the testimony and

12             proceedings taken at that time.

13 12:46:33        IN WITNESS WHEREOF, I have subscribed my name this

14             30th day of _September_ , 2009.

15 12:46:33

16 12:46:33

17 12:46:33

18              /s/ _Stacey M. Garibaldi_

                Stacey M. Garibaldi, CSR No. 11925

19 12:46:33

20

21

22

23

24

25



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.770.3363
Facsimile: 415.591.3335

Suite 1100
44 Montgomery Street
San Francisco, CA 94104
www.esquiresolutions.com