# EXHIBIT 28



```
REPORT NO: P4Y77BR1    CORP: 01                   THE GAP STORES, INC.                                    PAGE:  13370
RUN DATE : 07/17/02                               PERSONNEL SYSTEM                                        JOB: PPAY12CW
RUN TIME : 00:15:29                               EMPLOYEE TIME CARD
                    EMPLOYEE NAME : Howard
                    STORE-RESP. CENTER : 02407                                         STM/SSM # :
                    HOME STORE         : 02407                                         PAY PERIOD : 07/13/02
           SUN      MON      TUE      WED      THU      FRI      SAT  |  SUN      MON      TUE      WED      THU      FRI      SAT
          06/30    07/01    07/02    07/03    07/04    07/05    07/06 | 07/07    07/08    07/09    07/10    07/11    07/12    07/13
    IN                                                                         18:09A   18:01
    OUT                                                                        21:45A   21:55
    IN
    OUT
    IN
    OUT
    TOTALS ===>
    OVERTIME ==>                                                                3.75     3.50
    DBLTIME ==>
```

REDACTED

```
                       *** HOME  STORE  HOURS ***                              *** OTHER  STORES  HOURS ***
    DESCRIPTION        CODE HOURS     DESCRIPTION         CODE HOURS       DESCRIPTION        CODE HOURS    RESP
    --------------------------------------------------------------------------------------------------------------
    2 STRAIGHT TIME      12   7.25
    ***** TOTAL HOURS ===>    7.25

                                             *** MODIFIED PUNCHES ***
                   ORIGINAL        MODIFIED
                     TIME             TO
    ---------------------------------------------------------------
       07/08  00:00  IN      18:08A IN
       07/08  00:00  OUT     21:45A OUT
```

```
REPORT NO: P4Y77BR1    CORP: 01                   THE GAP STORES, INC.                                    PAGE:  13532
RUN DATE : 07/31/02                               PERSONNEL SYSTEM                                        JOB: PPAY12CW
RUN TIME : 00:13:45                               EMPLOYEE TIME CARD
                    EMPLOYEE NAME : Howard
                    STORE-RESP. CENTER : 02407                                         STM/SSM # :
                    HOME STORE         : 02407                                         PAY PERIOD : 07/27/02
           SUN      MON      TUE      WED      THU      FRI      SAT  |  SUN      MON      TUE      WED      THU      FRI      SAT
          07/14    07/15    07/16    07/17    07/18    07/19    07/20 | 07/21    07/22    07/23    07/24    07/25    07/26    07/27
    IN                                                                                                     17:54
    OUT                                                                                                    18:54A
    IN
    OUT
    IN
    OUT
    TOTALS ===>
    OVERTIME ==>                                                                                           1.00
    DBLTIME ==>
```

```
                       *** HOME  STORE  HOURS ***                              *** OTHER  STORES  HOURS ***
    DESCRIPTION        CODE HOURS     DESCRIPTION         CODE HOURS       DESCRIPTION        CODE HOURS    RESP
    --------------------------------------------------------------------------------------------------------------
    2 STRAIGHT TIME      12   1.00
    ***** TOTAL HOURS ===>    1.00

                                             *** MODIFIED PUNCHES ***
                   ORIGINAL        MODIFIED
                     TIME             TO
    ---------------------------------------------------------------
       07/25  00:00  OUT     18:54A OUT
```



EXHIBIT 14  Howard 9/1/09  PENGAD-Bayonne, N.J.

GAP 00038

REDACTED

```
REPORT NO: PAY77521    CORP: 01                THE GAP STORES, INC.                           PAGE:  16191
RUN DATE : 08/14/02                            PERSONNEL SYSTEM                                JOB: PPAY12CW.
RUN TIME : 00:15:56                            EMPLOYEE TIME CARD

                    EMPLOYEE NAME : Howard
                    STORE-RESP. CENTER : 02607                        SIN/SSN # :
                    HOME STORE         : 02607                        PAY PERIOD : 08/16/02

            SUN       MON       TUE       WED       THU       FRI       SAT  |  SUN       MON       TUE       WED       THU       FRI       SAT
            07/28     07/29     07/30     07/31     08/01     08/02     08/03 |  08/04     08/05     08/06     08/07     08/08     08/09     08/10
    IN                                              18:04
    OUT                                             22:55
    IN
    OUT
    IN
    OUT
    IN
    OUT
    TOTALS ==>                                      4.58

    OVERTIME ==>

    DBLTIME ==>
```

```
                        *** HOME   STORE   HOURS ***                                    *** OTHER  STORES  HOURS ***
                        CODE  HOURS        DESCRIPTION        CODE  HOURS        DESCRIPTION         CODE  HOURS    RESP
    DESCRIPTION
    ----------------------------------------------------------------------------------------------------------------------
    1 STRAIGHT TIME      12    4.58

         ***** TOTAL HOURS ====>    4.58
```

GAP 00039

1

UNITED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Dienna Howard, individually

and on behalf of all

similarly situated

individuals,

        Plaintiffs,

    vs.                         Case No. C-06-6773 WHA

GAP INC.,

        Defendants.

DEPOSITION OF DIENNA HOWARD

SAN FRANCISCO, CALIFORNIA

THURSDAY, SEPTEMBER 17, 2009

Reported by Stacey M. Garibaldi, CSR No. 11925

PRLS Job No. #258841



Toll Free: 800.770.3363
Facsimile: 415.591.3335

Suite 1100
44 Montgomery Street
San Francisco, CA 94104
www.esquiresolutions.com

Dienna Howard
September 17, 2009

71

| | | | |
|---|---|---|---|
| 1 | 11:16:59 | A | I don't recall. |
| 2 | 11:16:59 | Q | Did you develop any friendships while you were |
| 3 | | | working at GAP? |
| 4 | 11:17:02 | A | No. |
| 5 | 11:17:03 | Q | Was there anyone that you didn't get along |
| 6 | | | with at GAP? |
| 7 | 11:17:07 | A | No. |
| 8 | 11:17:12 | Q | How long did you work for GAP? |
| 9 | 11:17:14 | A | Two shifts. |
| 10 | 11:17:16 | Q | And I think we established that your first day |
| 11 | | | of work was July 8th; correct? |
| 12 | 11:17:34 | A | Correct. |
| 13 | 11:17:35 | Q | Do you remember what your last day of work |
| 14 | | | was? |
| 15 | 11:17:38 | A | I don't recall. |
| 16 | 11:17:40 | Q | Do you remember how many shifts you worked? |
| 17 | 11:17:43 | A | Two. |
| 18 | 11:17:44 | Q | Do you remember how many hours you worked? |
| 19 | 11:17:46 | A | I don't recall. |
| 20 | 11:17:46 | | (Defendants' Exhibit 14 was marked for |
| 21 | | | identification.) |
| 22 | 11:18:20 | Q | BY MS. PERRY:  Ms. Howard, I'm showing you |
| 23 | | | what we have marked as Exhibit Number 14, which is your |
| 24 | | | punch records during the period that you worked at GAP. |
| 25 | 11:18:35 | | Have you ever seen this document before? |



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.770.3363
Facsimile: 415.591.3335

Suite 1100
44 Montgomery Street
San Francisco, CA 94104
www.esquiresolutions.com

72

1    11:18:38    A    I don't recall.

2    11:18:41    Q    Let's take a look at the first entry on the

3                document.   And it looks like on July 8th -- that would

4                have been the day of your orientation; correct?

5    11:18:53    A    Correct.

6    11:18:54    Q    You punched in at 1800?

7    11:18:57    A    Yes.

8    11:18:57    Q    And you punched out at 2145?

9    11:19:01    A    Yes.

10   11:19:01    Q    And you worked a total of 3.75 hours that day?

11   11:19:05    A    Yes.

12   11:19:06    Q    What did you wear to work to your orientation?

13   11:19:09    A    My own clothes.

14   11:19:10    Q    What clothes were those, do you remember?

15   11:19:12    A    I don't recall.

16   11:19:14    Q    Did you wear a GAP outfit?

17   11:19:16    A    No.

18   11:19:28    Q    And as of that day, July 8th, your orientation

19                day, you hadn't yet received your discount; correct?

20   11:19:36    A    Correct.

21   11:19:39    Q    Did you have any other communications with

22                anyone at the GAP store regarding the dress code that

23                day, other than what you've told me you discussed in the

24                orientation?

25   11:19:48    A    No.


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.770.3363
Facsimile: 415.591.3335

Suite 1100
44 Montgomery Street
San Francisco, CA 94104
www.esquiresolutions.com

Dienna Howard
September 17, 2009

73

| | | | |
|---|---|---|---|
| 1 | 11:20:04 | Q | And the next entry -- actually, before I get |
| 2 | | | to that, let me ask you a question.  On July 8th, did |
| 3 | | | you actually physically perform any work on the floor |
| 4 | | | that day, or was the entire time that you were at the |
| 5 | | | store were you participating in your orientation? |
| 6 | 11:20:21 | A | We spent less than an hour on the floor. |
| 7 | 11:20:26 | Q | Were you actually assisting customers during |
| 8 | | | that time? |
| 9 | 11:20:29 | A | No. |
| 10 | 11:20:30 | Q | What were you doing on the floor? |
| 11 | 11:20:32 | A | Observing. |
| 12 | 11:20:37 | Q | Were all five of you who were participating in |
| 13 | | | the orientation standing on the floor observing? |
| 14 | 11:20:44 | A | Yes. |
| 15 | 11:20:44 | Q | Were you buddied up with anyone to watch them |
| 16 | | | to see how they interacted with customers? |
| 17 | 11:20:51 | A | No. |
| 18 | 11:20:51 | Q | Did you stand in the corner or against the |
| 19 | | | wall watching what was happening on the floor? |
| 20 | 11:20:55 | A | Yes. |
| 21 | 11:20:55 | Q | And you did that for less than an hour? |
| 22 | 11:20:58 | A | Yes. |
| 23 | 11:20:59 | Q | Do you remember how much less than an hour? |
| 24 | | | Was it 30 minutes, 45 minutes, 5 minutes -- |
| 25 | 11:21:04 | A | I don't recall. |



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.770.3363
Facsimile: 415.591.3335

Suite 1100
44 Montgomery Street
San Francisco, CA 94104
www.esquiresolutions.com

Dienna Howard                                September 17, 2009

74

| 1  | 11:21:10 | Q | Your next day of work was July 9th; correct? |
|----|----------|---|-----|

1   11:21:10   Q   Your next day of work was July 9th; correct?

2   11:21:14   A   Correct.

3   11:21:15   Q   And it looks like on that day you punched at

4           1801 and punched out at 2135; is that correct?

5   11:21:23   A   Correct.

6   11:21:23   Q   So it looks like you worked a total of 3.5

7           hours that day; correct?

8   11:21:28   A   Yes.

9   11:21:28   Q   What did you work -- wear to work that day?

10  11:21:32   A   I don't recall.

11  11:21:33   Q   Did you wear GAP?

12  11:21:37   A   I don't remember.

13  11:21:54   Q   Did you have any communications with anyone

14          regarding the dress code on July 9th?

15  11:22:02   A   Could you specify the question.

16  11:22:04   Q   Sure.  When you worked at the GAP store on

17          July 9th, 2002, did you have any communications with

18          anyone that day about the GAP dress code?

19  11:22:14   A   Yes.

20  11:22:14   Q   Who did you speak with about the dress code on

21          July 9th?

22  11:22:19   A   One of my coworkers.

23  11:22:22   Q   Which coworker was that?

24  11:22:24   A   I do not recall.

25  11:22:25   Q   Was it a man or a woman?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.770.3363
Facsimile: 415.591.3335

Suite 1100
44 Montgomery Street
San Francisco, CA 94104
www.esquiresolutions.com

Dienna Howard                                    September 17, 2009

                                    75

1    11:22:27      A    Male.

2    11:22:29      Q    What did you say to that male coworker about

3                  the dress code?

4    11:22:34      A    What was the point of the dress code?

5    11:22:40      Q    And what did he reply?

6    11:22:44      A    Similar response.

7    11:22:45      Q    What do you mean by that?

8    11:22:48      A    He didn't get it either.

9    11:22:56      Q    Was this a employee who had gone through the

10                 orientation with you the prior day?

11   11:23:02      A    Yes.

12   11:23:02      Q    When he said he didn't get it either, how did

13                 you respond?

14   11:23:13      A    Nodded my head in agreement.

15   11:23:19      Q    And did either of you have any other

16                 discussions between yourselves about the dress code?

17   11:23:26      A    No.

18   11:23:31      Q    That was the end of the conversation?

19   11:23:33      A    Yes.

20   11:23:33      Q    Did you have any other communications with

21                 anyone in the store that day about the dress code?

22   11:23:39      A    No.

23   11:23:39      Q    Are you aware of any other communications

24                 occurring in that store that day about the dress code?

25   11:23:45      A    No.



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.770.3363
Facsimile: 415.591.3335

Suite 1100
44 Montgomery Street
San Francisco, CA 94104
www.esquiresolutions.com

Dienna Howard                                    September 17, 2009

76

| | | |
|---|---|---|
| 1 | 11:23:55 | Q    Was the male employee that you were talking |
| 2 | | to, was he wearing GAP that day? |
| 3 | 11:24:00 | A    I don't recall. |
| 4 | 11:24:40 | Q    Now, if you look at the document again, it |
| 5 | | looks like the next day that you worked was July 25th. |
| 6 | | Is that correct? |
| 7 | 11:24:50 | A    Yes. |
| 8 | 11:24:52 | Q    And it looks like you began work that day at |
| 9 | | 1754 and ended work at 1854, so you worked one hour; is |
| 10 | | that correct? |
| 11 | 11:25:00 | A    Yes. |
| 12 | 11:25:03 | Q    What did you wear to work that day? |
| 13 | 11:25:06 | A    I don't recall. |
| 14 | 11:25:10 | Q    Was it GAP? |
| 15 | 11:25:12 | A    Yes. |
| 16 | 11:25:21 | Q    But you don't recall which GAP items you wore |
| 17 | | that day? |
| 18 | 11:25:25 | A    Correct. |
| 19 | 11:25:37 | Q    Did you have any communications with anyone |
| 20 | | regarding the dress code on July 25th? |
| 21 | 11:25:43 | A    No. |
| 22 | 11:25:53 | Q    Are you aware of any other communications |
| 23 | | occurring in that store that day about the dress code? |
| 24 | 11:25:58 | A    No. |
| 25 | 11:26:07 | Q    If you look at the second page of the |



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.770.3363
Facsimile: 415.591.3335

Suite 1100
44 Montgomery Street
San Francisco, CA 94104
www.esquiresolutions.com

Dienna Howard                                                September 17, 2009

77

1        document, there is also an entry on August 1st.  Looks

2        like you punched in at 1804 and punched out at 2235 for

3        a total of 4.5 hours; is that correct?

4    11:26:19        A    Yes.

5    11:26:20        Q    What did you wear to work on August 1st?

6    11:26:25        A    I don't recall the specifics.

7    11:26:26        Q    Was it GAP?

8    11:26:27        A    Yes.

9    11:26:34        Q    Did you have any communications with anyone

10       regarding the dress code that day?

11   11:26:38        A    No.

12   11:26:39        Q    Are you aware of any other communications

13       occurring in the store regarding the dress code that

14       day?

15   11:26:45        A    No.

16   11:26:46        Q    And this was your last day of work; correct?

17   11:26:48        A    Yes.

18   11:26:50        Q    So in total, including your orientation, you

19       worked four shifts at GAP?

20   11:26:56        A    I don't recall.

21   11:26:58        Q    Well, do you have any reason to believe that

22       the four shifts that are entered on this time punch card

23       record are not correct?

24   11:27:07        A    No.

25   11:27:24        Q    After August 1st, 2002, did you ever return to



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.770.3363
Facsimile: 415.591.3335

Suite 1100
44 Montgomery Street
San Francisco, CA 94104
www.esquiresolutions.com

Dienna Howard

September 17, 2009

119

REPORTER'S CERTIFICATION

1    12:46:33

2    12:46:33

3    12:46:33       I, Stacey M. Garibaldi, Certified Shorthand

4               Reporter, in and for the State of California, do hereby

5               certify:

6    12:46:33       That the foregoing witness was by me duly sworn;

7               that the deposition was then taken before me at the time

8               and place herein set forth; that the testimony and

9               proceedings were reported stenographically by me and

10              later transcribed into typewriting under my direction;

11              that the foregoing is a true record of the testimony and

12              proceedings taken at that time.

13    12:46:33       IN WITNESS WHEREOF, I have subscribed my name this

14       30th day of September , 2009.

15    12:46:33

16    12:46:33

17    12:46:33

18               /s/ Stacey M. Garibaldi

                 Stacey M. Garibaldi, CSR No. 11925

19    12:46:33

20

21

22

23

24

25



Toll Free: 800.770.3363
Facsimile: 415.591.3335

Suite 1100
44 Montgomery Street
San Francisco, CA 94104
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

# EXHIBIT 29

## 2002 W-2 and EARNINGS SUMMARY

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general filing information that you may also find helpful.

1. Final 2002 Federal, State, and Local W-2 reportable gross and withholding amounts:

| Jurisdiction | W-2 Gross | Income Tax W/H | W-2 Box: |
|---|---|---|---|
| FEDERAL | 73.95 | | 1 & 2 |
| NEW YORK | 73.95 | | 16 & 17 |

2. Box 12 of your Federal W-2 includes:

Code:         Amount:   Description:

3. Employee W-4 Profile. To change your Employee W-4 Profile information, file a new W-4 with your payroll department.

Social Security Number:     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
Taxable Marital Status:     SINGLE
Federal Exemptions:         01

Call Employee Services with Questions
1-866-411-2772 X 20600
or visit www.theworknumber.com/gapinc

DIENNA D HOWARD
206 WEST FERRY ST
BUFFALO NY     14213

© 2002 AUTOMATIC DATA PROCESSING, INC. · BS08EC-1202

| 1 Wages, tips, other comp. 73.95 | 2 Federal income tax withheld |
|---|---|
| 3 Social security wages 73.95 | 4 Social security tax withheld 4.58 |
| 5 Medicare wages and tips 73.95 | 6 Medicare tax withheld 1.08 |

| a Control Number 00-3132S1-4 | Co/FR 002340-79 | ERN 00 | EE No J631984-6 |
|---|---|---|---|

c Employer's name, address, and ZIP code

GAP INC
900 CHERRY AVENUE
SAN BRUNO, CA    94066

| b Employer's FED ID number 94-1697231 | d Employer's SSA number 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 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 13 Stat emp. | Ret Plan | 3P/SP |
| 12 See instructions for box 12 | 14 Other |

e/f Employer's name, address, and ZIP code

DIENNA D HOWARD
206 WEST FERRY ST
BUFFALO NY    14213

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. 73.95 |
|---|---|---|
| NY | 941697231 2 | |
| 17 State income tax | 18 Local wages, tips, etc. | |
| 19 Local income tax | 20 Locality name | |

**W-2** Wage and Tax Statement  **2002**

Employee Reference Copy

EXHIBIT
15
Howard 01/17/04



1

UNITED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Dienna Howard, individually

and on behalf of all

similarly situated

individuals,

       Plaintiffs,

   vs.                  Case No. C-06-6773 WHA

GAP INC.,

       Defendants.

DEPOSITION OF DIENNA HOWARD

SAN FRANCISCO, CALIFORNIA

THURSDAY, SEPTEMBER 17, 2009

Reported by Stacey M. Garibaldi, CSR No. 11925

PRLS Job No. #258841



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.770.3363
Facsimile: 415.591.3335

Suite 1100
44 Montgomery Street
San Francisco, CA 94104
www.esquiresolutions.com

Dienna Howard
September 17, 2009

83

| | | | |
|---|---|---|---|
| 1 | 11:34:57 | A | No. |
| 2 | 11:34:58 | Q | Have you ever shopped in any GAP stores in |
| 3 | | | Queens? |
| 4 | 11:35:01 | A | No. |
| 5 | 11:35:02 | Q | Have you ever shopped in any GAP stores on |
| 6 | | | Staten Island? |
| 7 | 11:35:07 | A | No. |
| 8 | 11:35:28 | Q | Have you ever visited or been in any GAP |
| 9 | | | stores in Manhattan or the surrounding boroughs? |
| 10 | 11:35:38 | A | I cannot recall. |
| 11 | 11:35:39 | Q | Have you ever visited or been in any GAP |
| 12 | | | stores in -- on Long Island? |
| 13 | 11:35:47 | A | No. |
| 14 | 11:35:48 | Q | Have you ever been in or visited any GAP |
| 15 | | | stores in Westchester County? |
| 16 | 11:35:55 | A | No. |
| 17 | 11:35:55 | Q | Have you ever visited or been in GAP stores in |
| 18 | | | any -- I'm sorry.  Have you ever visited or been in any |
| 19 | | | GAP stores in Upstate New York outside the Buffalo area? |
| 20 | 11:36:08 | A | No. |
| 21 | 11:36:48 | | MS. PERRY:  Let's mark this as Exhibit 15. |
| 22 | 11:36:50 | | (Defendants' Exhibit 15 was marked for |
| 23 | | | identification.) |
| 24 | 11:36:50 | Q | BY MS. PERRY:  Ms. Howard, I am showing you |
| 25 | | | what we have marked as Exhibit Number 15, which is a |



# ESQUIRE
an Alexander Gallo Company

Toll Free: 800.770.3363
Facsimile: 415.591.3335

Suite 1100
44 Montgomery Street
San Francisco, CA 94104
www.esquiresolutions.com

Dienna Howard                                September 17, 2009

84

| | | |
|---|---|---|
| 1 | | 2002 W-2 and earnings summary.  Is this a document that |
| 2 | | you produced? |
| 3 | 11:37:00 | A    Yes. |
| 4 | 11:37:02 | Q    And this reflects that the total earnings of |
| 5 | | your employment from GAP were $73.95; is that correct? |
| 6 | 11:37:09 | A    Yes. |
| 7 | 11:37:12 | Q    And this reflects your total earnings at GAP; |
| 8 | | correct? |
| 9 | 11:37:16 | A    Correct. |
| 10 | 11:37:42 | MS. PERRY:  Mark this as Exhibit 16. |
| 11 | 11:37:44 | (Defendants' Exhibit 16 was marked for |
| 12 | | identification.) |
| 13 | 11:37:45 | Q    BY MS. PERRY:  Ms. Howard, I'm showing you |
| 14 | | what we have marked as Exhibit Number 16, which is your |
| 15 | | earnings record from GAP.  Have you seen this document |
| 16 | | before? |
| 17 | 11:37:53 | A    No. |
| 18 | 11:37:55 | Q    Let's take a look at it.  On the first page of |
| 19 | | the document it indicates that you received a paycheck |
| 20 | | on July 16th, 2002 for a total net payment amount of |
| 21 | | $38.62.  Do you see that? |
| 22 | 11:38:10 | A    Yes. |
| 23 | 11:38:11 | Q    Do you recall receiving that paycheck? |
| 24 | 11:38:14 | A    I recall receiving a paycheck but not the paid |
| 25 | | amount. |



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.770.3363
Facsimile: 415.591.3335

Suite 1100
44 Montgomery Street
San Francisco, CA 94104
www.esquiresolutions.com

Dienna Howard

September 17, 2009

119

REPORTER'S CERTIFICATION

1    12:46:33

2    12:46:33

3    12:46:33       I, Stacey M. Garibaldi, Certified Shorthand

4                Reporter, in and for the State of California, do hereby

5                certify:

6    12:46:33       That the foregoing witness was by me duly sworn;

7                that the deposition was then taken before me at the time

8                and place herein set forth; that the testimony and

9                proceedings were reported stenographically by me and

10               later transcribed into typewriting under my direction;

11               that the foregoing is a true record of the testimony and

12               proceedings taken at that time.

13   12:46:33       IN WITNESS WHEREOF, I have subscribed my name this

14               30th day of September , 2009.

15   12:46:33

16   12:46:33

17   12:46:33

18               /s/ Stacey M. Garibaldi

                 Stacey M. Garibaldi, CSR No. 11925

19   12:46:33

20

21

22

23

24

25



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.770.3363
Facsimile: 415.591.3335

Suite 1100
44 Montgomery Street
San Francisco, CA 94104
www.esquiresolutions.com

# EXHIBIT 30







| State | Tax Entity | Res | Tax Class | Tax Amount | Taxable Gross |
|-------|-----------|-----|-----------|-----------|---------------|
| NY | | Y | OASDI/EE | 0.13 | 26.10 |
| NY | | Y | Withholding | | 26.10 |

HRPROD75  Gh Paycheck H75  Update/Di

| | | | | | |
|-------|-----------|-----|-----------|-----------|---------------|
| NY | | | Unempl ER | | 26.10 |

HRPROD75  Gh Paycheck H75  Update/Di

GAP 00024







1

UNITED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Dienna Howard, individually

and on behalf of all

similarly situated

individuals,

       Plaintiffs,

  vs.                    Case No. C-06-6773 WHA

GAP INC.,

       Defendants.

DEPOSITION OF DIENNA HOWARD

SAN FRANCISCO, CALIFORNIA

THURSDAY, SEPTEMBER 17, 2009

Reported by Stacey M. Garibaldi, CSR No. 11925

PRLS Job No. #258841



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.770.3363
Facsimile: 415.591.3335

Suite 1100
44 Montgomery Street
San Francisco, CA 94104
www.esquiresolutions.com

Dienna Howard                                    September 17, 2009

84

1          2002 W-2 and earnings summary.  Is this a document that

2          you produced?

3   11:37:00      A    Yes.

4   11:37:02      Q    And this reflects that the total earnings of

5          your employment from GAP were $73.95; is that correct?

6   11:37:09      A    Yes.

7   11:37:12      Q    And this reflects your total earnings at GAP;

8          correct?

9   11:37:16      A    Correct.

10  11:37:42           MS. PERRY:  Mark this as Exhibit 16.

11  11:37:44               (Defendants' Exhibit 16 was marked for

12                         identification.)

13  11:37:45      Q    BY MS. PERRY:  Ms. Howard, I'm showing you

14         what we have marked as Exhibit Number 16, which is your

15         earnings record from GAP.  Have you seen this document

16         before?

17  11:37:53      A    No.

18  11:37:55      Q    Let's take a look at it.  On the first page of

19         the document it indicates that you received a paycheck

20         on July 16th, 2002 for a total net payment amount of

21         $38.62.  Do you see that?

22  11:38:10      A    Yes.

23  11:38:11      Q    Do you recall receiving that paycheck?

24  11:38:14      A    I recall receiving a paycheck but not the paid

25         amount.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.770.3363
Facsimile: 415.591.3335

Suite 1100
44 Montgomery Street
San Francisco, CA 94104
www.esquiresolutions.com

Dienna Howard                                    September 17, 2009

85

1    11:38:21      Q    Do you have any reason to believe that you

2                  did -- that the paycheck that you received was not for

3                  $38.62?

4    11:38:27      A    No.

5    11:38:37      Q    And if you'd look down on this paycheck, this

6                  would indicate that this paycheck would have been for

7                  the hours that you worked between July 7th, 2002 and

8                  July 13th, 2002, which would have included your

9                  orientation on July 8th and your initial shift on

10                 July 9th; is that correct?

11   11:38:56      A    Yes.

12   11:38:58      Q    And if you'd look at the next page of the

13                 document, you'll see another paycheck with a pay date of

14                 July 30th, 2002 for a net pay amount of $5.33.  Do you

15                 see that?

16   11:39:17      A    Yes.

17   11:39:18      Q    Do you recall receiving this paycheck?

18   11:39:20      A    I recall receiving this paycheck.  I don't

19                 recall the exact amount.

20   11:39:24      Q    Do you have any reason to believe that the

21                 amount of $5.33 that you -- that this indicates that you

22                 received is not correct?

23   11:39:30      A    No.

24   11:39:31      Q    And if you'd look down, you'll see that this

25                 is -- this paycheck represented pay for hours worked



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.770.3363
Facsimile: 415.591.3335

Suite 1100
44 Montgomery Street
San Francisco, CA 94104
www.esquiresolutions.com

86

1       between July 21st and July 27th, 2002; correct?

2   11:39:42    A    Yes.

3   11:39:42    Q    And that would have been for the one-hour

4       shift you worked on July 25th; correct?

5   11:39:47    A    Yes.

6   11:39:51    Q    And if you look at the next page of the

7       document, you'll see a third paycheck dated August 13th,

8       2002 for a total amount of $23.97.  Do you see that?

9   11:40:12    A    I don't see that.

10  11:40:15    Q    Do you see over on the right-hand side?

11  11:40:26    A    I'm not seeing that in my document.

12  11:40:37    Q    You appear to be quite right.  Your copy has

13      an issue with it.  Let's take a brief break, so that I

14      can make a copy of that.  All right?

15  11:40:46    A    Okay.

16  11:40:47         VIDEOGRAPHER:  Going off the record.  The time

17      is 11:41 a.m.  This marks the end of disk Number 1 in

18      the deposition of Dienna Howard.

19  11:41:17         (Discussion held off the record.)

20  11:49:48         VIDEOGRAPHER:  Back on the record.  The time

21      is 11:50 a.m.  This marks the beginning of disk Number 2

22      in the deposition of Dienna Howard.

23  11:49:57    Q    BY MS. PERRY:  All right, Ms. Howard.  When we

24      went off the record we were looking at Exhibit

25      Number 16.  We've now corrected that exhibit so it



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.770.3363
Facsimile: 415.591.3335

Suite 1100
44 Montgomery Street
San Francisco, CA 94104
www.esquiresolutions.com

Dienna Howard                                          September 17, 2009

87

```
 1              includes the last page that we were discussing, which I

 2              believe shows a check date of August 13th, 2002.  Do you

 3              see that?

 4  11:50:16       A    Yes.

 5  11:50:17       Q    Okay.  And do you see on the right-hand side a

 6              total net payment amount of $23.97?

 7  11:50:24       A    Yes.

 8  11:50:25       Q    And if you look down, it appears that this was

 9              for work performed between July 28th, 2002 and August

10              3rd, 2002.  Do you see that?

11  11:50:34       A    Yes.

12  11:50:35       Q    So that would have included the four and a

13              half hours that you worked on August 1st; correct?

14  11:50:40       A    Yes.

15  11:50:40       Q    Which was your last day of work; correct?

16  11:50:43       A    Yes.

17  11:50:43       Q    Okay.  And if you add up the amounts of these

18              three paychecks, the $38.62, the $5.33, and the $23.97,

19              I believe you come out with $67.72.  Does that sound

20              correct to you?

21  11:51:05       A    I would need my calculator to verify that.

22  11:51:09       Q    Okay, well, if you want to take a moment and

23              just do the math, that's fine.

24  11:51:19       A    (Witness complies.)

25  11:51:27       Q    I'm sorry.  I believe I misspoke.  I thought I
```



Toll Free: 800.770.3363
Facsimile: 415.591.3335

Suite 1100
44 Montgomery Street
San Francisco, CA 94104
www.esquiresolutions.com

**ESQUIRE**
an Alexander Gallo Company

Dienna Howard                                              September 17, 2009

88

| | | |
|---|---|---|
| 1 | | said -- I think I said $67.72, and I think it's actually |
| 2 | | $67.92. |
| 3 | 11:51:37 | A    May I borrow a pen, please? |
| 4 | 11:51:42 | MS. PERRY:  Sure. |
| 5 | 11:51:43 | THE WITNESS:  Thank you. |
| 6 | 11:51:51 | VIDEOGRAPHER:  She's writing on the exhibit. |
| 7 | 11:51:54 | MR. LYNCH:  I could switch with mine, but I |
| 8 | | wrote on mine too. |
| 9 | 11:51:56 | Do you have another front page? |
| 10 | 11:52:00 | MS. PERRY:  I don't. |
| 11 | 11:52:01 | MR. LYNCH:  Unless you want her to write on |
| 12 | | the exhibit. |
| 13 | 11:52:05 | MS. PERRY:  No.  It's okay.  You can write on |
| 14 | | the back of that. |
| 15 | 11:52:09 | THE WITNESS:  Thank you. |
| 16 | 11:52:12 | MR. LYNCH:  We'll stipulate to the arithmetic |
| 17 | | if it matters to you as to how good she is at adding the |
| 18 | | stuff up. |
| 19 | 11:52:18 | MS. PERRY:  I'm just not trying -- I'm not |
| 20 | | trying to be tricky. |
| 21 | 11:52:20 | MR. LYNCH:  Yeah. |
| 22 | 11:52:35 | THE WITNESS:  Okay.  I'm adding $38.62, 5.33. |
| 23 | 11:52:42 | Q    BY MS. PERRY:  I'm sorry, $33.06. |
| 24 | 11:52:46 | A    Oh. |
| 25 | 11:52:47 | Q    Thirty-eight.  We're getting confused here. |



Toll Free: 800.770.3363
Facsimile: 415.591.3335

**ESQUIRE**
an Alexander Gallo Company

Suite 1100
44 Montgomery Street
San Francisco, CA 94104
www.esquiresolutions.com

Dienna Howard
September 17, 2009

89

| | | | |
|---|---|---|---|
| 1 | | | $38.62. |
| 2 | 11:52:53 | A | Yes. |
| 3 | 11:52:53 | Q | $5.33. |
| 4 | 11:52:54 | A | Yes. |
| 5 | 11:52:54 | Q | And $23.97. |
| 6 | 11:52:58 | A | 23.97, okay. |
| 7 | 11:53:15 | | I have $67.92. |
| 8 | 11:53:17 | Q | Okay.  Then we are agreed, $67.92. |
| 9 | 11:53:22 | | And those were your earnings during your |
| 10 | | | employment at GAP; correct? |
| 11 | 11:53:26 | A | Yes. |
| 12 | 11:53:26 | Q | Okay.  Now, I believe that you told me earlier |
| 13 | | | that you could not recall what you wore to work on |
| 14 | | | July 8th or July 9; correct? |
| 15 | 11:53:53 | A | Correct. |
| 16 | 11:53:54 | Q | And you told me that on July 25th you wore |
| 17 | | | GAP; correct? |
| 18 | 11:53:58 | A | Yes. |
| 19 | 11:53:59 | Q | But you couldn't remember what specifically |
| 20 | | | you wore? |
| 21 | 11:54:02 | A | Yes. |
| 22 | 11:54:02 | Q | Was it current GAP clothing that was currently |
| 23 | | | for sale in the store at that time? |
| 24 | 11:54:07 | A | Yes. |
| 25 | 11:54:07 | Q | How do you know that? |



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.770.3363
Facsimile: 415.591.3335

Suite 1100
44 Montgomery Street
San Francisco, CA 94104
www.esquiresolutions.com

Dienna Howard

September 17, 2009

119

REPORTER'S CERTIFICATION

1   12:46:33

2   12:46:33

3   12:46:33        I, Stacey M. Garibaldi, Certified Shorthand

4               Reporter, in and for the State of California, do hereby

5               certify:

6   12:46:33        That the foregoing witness was by me duly sworn;

7               that the deposition was then taken before me at the time

8               and place herein set forth; that the testimony and

9               proceedings were reported stenographically by me and

10              later transcribed into typewriting under my direction;

11              that the foregoing is a true record of the testimony and

12              proceedings taken at that time.

13  12:46:33        IN WITNESS WHEREOF, I have subscribed my name this

14              _30th_ day of _September_ , 2009.

15  12:46:33

16  12:46:33

17  12:46:33

18                  /s/ _Stacey M. Garibaldi_

                    Stacey M. Garibaldi, CSR No. 11925

19  12:46:33

20

21

22

23

24

25



Toll Free: 800.770.3363
Facsimile: 415.591.3335

Suite 1100
44 Montgomery Street
San Francisco, CA 94104
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company