LYNNE C. HERMLE (STATE BAR NO. 99779)
JESSICA R. PERRY (STATE BAR NO. 209321)
JULIA COLLINS RIECHERT (STATE BAR NO. 254078)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:  650-614-7400
Facsimile: 650-614-7401
lchermle@orrick.com
jperry@orrick.com
jriecher@orrick.com

Attorneys for Defendant
GAP INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIENNA HOWARD, individually and on behalf of all similarly situated individuals,<br><br>            Plaintiff,<br><br>     v.<br><br>GAP INC.,<br><br>            Defendant. | Case No.  C 06 6773 WHA<br><br>**COMPENDIUM OF EVIDENCE IN SUPPORT OF DEFENDANT GAP'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION**<br><br>Date: November 5, 2009<br>Time: 8:00 am<br>Courtroom:  9<br>Judge:  The Honorable William Alsup |

# INDEX OF DECLARATIONS

| EXHIBIT | DECLARANT |
|---|---|
| 1. | Phillip Anderson |
| 2. | Ronald Barnes |
| 3. | Latesha Baskin |
| 4. | Ashley Bauer |
| 5. | Ryan Bennington |
| 6. | Jessica Best |
| 7. | Albina Binyaminova |
| 8. | Patricia Bradley |
| 9. | Tyrone Bradshaw |
| 10. | Matthew Brady |
| 11. | Amy Breglia |
| 12. | Doreen Caldarelli |
| 13. | Andrea Camia |
| 14. | Marlo Caputo |
| 15. | Patricia Cardozo |
| 16. | Marisa Chavez |
| 17. | Jeffrey Cheng |
| 18. | Debbie Chierico |
| 19. | Nicholas Cicogna |
| 20. | Nicolle Cohen |
| 21. | Warlin Colin |
| 22. | Michael Collado |
| 23. | Carol Cruz |

| EXHIBIT | DECLARANT |
|---|---|
| 24. | Cheryl-Ann Darcy |
| 25. | Niamh Delaney |
| 26. | Galo De Luna |
| 27. | Jason Devilme |
| 28. | Judy Dicroce |
| 29. | Sara Dommer |
| 30. | Heidi Dopita |
| 31. | Deneen Doster |
| 32. | Marianne Dragotto |
| 33. | Dolores Duffany |
| 34. | Melissa Duffy |
| 35. | Alicia Duva |
| 36. | Kathryn Eddy |
| 37. | Alejandro Eschavez |
| 38. | Ninoska Espinosa |
| 39. | Antonette Estinal |
| 40. | Marissa Felice |
| 41. | Lourdes Fernandez |
| 42. | Liliana Figueroa |
| 43. | Mayra Figueroa |
| 44. | Amy Finley |
| 45. | Cecil Franco |
| 46. | Yolanda Franco |
| 47. | Virginia Frega |
| 48. | Michael Friedman |
| 49. | Deonna Fuller |

| **EXHIBIT** | **DECLARANT** |
|---|---|
| 50. | Bonita Garone |
| 51. | Catherine Geerhart |
| 52. | Linda Geiger |
| 53. | Sarah Gialanella |
| 54. | Kimberly Gilhuly |
| 55. | Lindsay Glauber |
| 56. | Kolene Goldenberg |
| 57. | Ana Gonzalez |
| 58. | Susan Guilfoil |
| 59. | Lee Gutierrez |
| 60. | Stephen Gutierrez |
| 61. | Alana Haroo |
| 62. | Cornelia Haymann |
| 63. | Debra Hearty |
| 64. | Hunter Hissrich |
| 65. | Karen Jankowski |
| 66. | Javon Jean |
| 67. | Nick Johnson |
| 68. | Maria Jones |
| 69. | Natanya Jones |
| 70. | Edmine Joseph |
| 71. | Jennifer Just |
| 72. | Kim Kelley |
| 73. | Carol Kennedy |
| 74. | Erica Klemm |
| 75. | Kyle Klobus |

| EXHIBIT | DECLARANT |
|---|---|
| 76. | Connie Larocca |
| 77. | Margo Lascola |
| 78. | Stacey Lebron |
| 79. | Berlinda Letang |
| 80. | Marc Lieberman |
| 81. | Robert Linder |
| 82. | Beverly Long |
| 83. | Sandra Loveless |
| 84. | Kevin Low |
| 85. | Carmela Luccarelli |
| 86. | Edith Luis |
| 87. | Allyssa Maison |
| 88. | Joe Mancino |
| 89. | Colleen Mantione |
| 90. | Matt Marcotte |
| 91. | Joseph Martini |
| 92. | Everton McKenzie |
| 93. | Rhonda McLaughlin |
| 94. | Carolyn Meinhardt |
| 95. | Michele Melione |
| 96. | Alex Merimo |
| 97. | Jennifer Merricks |
| 98. | Sahar Miandoadi |
| 99. | Renee Minnis |
| 100. | Jennifer Morata |
| 101. | Jeanne Mullin |

| EXHIBIT | DECLARANT |
|---|---|
| 102. | Joanna Murphy |
| 103. | Lashawn Myers |
| 104. | Samira Naber |
| 105. | Brianna Nadal |
| 106. | Cathy Nerone |
| 107. | Michelle Nesbitt |
| 108. | Jessica Nuzzo |
| 109. | Kimberly O'Connell |
| 110. | Joanna Odell |
| 111. | Christina Onderdonk |
| 112. | Diana Onorato |
| 113. | Theresa Pagano |
| 114. | Jason Pagnanella |
| 115. | Megha Pakhiddey |
| 116. | Nicole Parker |
| 117. | Erubey Paulino |
| 118. | Claudia Pavone |
| 119. | Lorraine Pascucci |
| 120. | Vincenzina Pedalino |
| 121. | Lora Peralta |
| 122. | Meghan Portka |
| 123. | Catherine Powell |
| 124. | Garret Pustay |
| 125. | Caroline Quach |
| 126. | Jorge Quinteros |
| 127. | Gloria Rackover |

| EXHIBIT | DECLARANT |
|---|---|
| 128. | Yaneira Reese |
| 129. | Ann Rindfuss |
| 130. | Maythe Rivas |
| 131. | Evelyn Rivera |
| 132. | Rafael Rivera |
| 133. | Candice Rodriguez |
| 134. | Luz Rodriguez |
| 135. | Amy Rogalski |
| 136. | Mindi Rollins |
| 137. | Sheri Rothstein |
| 138. | Jessica Ruiz |
| 139. | Chad Sadaka |
| 140. | Natasha Salles |
| 141. | Rachell Santiago |
| 142. | Michelle Scialdone |
| 143. | Christopher Serrano |
| 144. | Denise Sherriton |
| 145. | Annie Sigalos |
| 146. | Cindy Silverston |
| 147. | Shawnay Smith |
| 148. | Andrea Stahl |
| 149. | Joell Stetson |
| 150. | Crystal Stevens |
| 151. | Zena Stevens |
| 152. | Karen Stevenson |
| 153. | Christy Strobel |

| **EXHIBIT** | **DECLARANT** |
|---|---|
| 154. | Deborah Stuhlman |
| 155. | Shirley Sullivan |
| 156. | Eve Tagliarino |
| 157. | Norka Tavarez |
| 158. | Jessica Teos |
| 159. | Shyleen Tirado |
| 160. | Nicole Tolino |
| 161. | Susana Torres |
| 162. | Nicole Trieste |
| 163. | Charisa Tucker |
| 164. | Fernando Vago |
| 165. | Edwin Valdez |
| 166. | Owen Van Rossum |
| 167. | Elisabetta Varriale |
| 168. | Loida Vega |
| 169. | Michelle Vergillia |
| 170. | Rafael Viera |
| 171. | Tamara Vinberg |
| 172. | Judy Weiss |
| 173. | Rachel Wilkins |
| 174. | Jeremy Williams |
| 175. | Yolanda Williams |
| 176. | Donna Wolcson |
| 177. | Zelda Woodley |
| 178. | Melissa Wozniak |
| 179. | William Wright |

| **EXHIBIT** | **DECLARANT** |
|---|---|
| 180. | Lindsay Zaia |
| 181. | Valquiria Zerwes |

Dated: October 15, 2009

ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/
Jessica Perry
Attorneys for Defendant Gap Inc.