1  LYNNE C. HERMLE (STATE BAR NO. 99779)
   JESSICA R. PERRY (STATE BAR NO. 209321)
2  JULIA C. RIECHERT (STATE BAR NO. 254078)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
3  1000 Marsh Road
   Menlo Park, CA  94025
4  Telephone:    650-614-7400
   Facsimile:    650-614-7401
5  lchermle@orrick.com
   jperry@orrick.com
6  jriechert@orrick.com

7  Attorneys for Defendant
   GAP, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIENNA HOWARD, individually and on behalf of all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>GAP INC., ,<br><br>Defendant. | Case No.  C 06 6773 WHA<br><br>**APPENDIX OF AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND OBJECTIONS TO EVIDENCE AND MOTION TO STRIKE EVIDENCE**<br><br>Date:      November 5, 2009<br>Time:      8:00 am<br>Courtroom: 9<br>Judge:     The Honorable William Alsup |

OHS West:260743480.1

APPENDIX OF AUTHORITIES IN OPPOSITION TO PLAINTIFF'S
MOTION FOR CLASS CERTIFICATION AND OBJECTIONS TO
EVIDENCE AND MOTION TO STRIKE EVIDENCE [06 6773 WHA]

For the Court's convenience, defendant Gap, Inc. ("Gap") respectfully submits the following Appendix of Authorities cited in its Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Class Certification and Objections to Evidence and Motion to Strike Evidence:

**FEDERAL CASES**

1. *Arnett v. Amer. Nat'l Red Cross*, 78 F.R.D. 73 (D.D.C. 1978)
2. *Bishop v. Petro-Chemical Transp., LLC*, 582 F. Supp. 2d 1290 (E.D. Cal. 2008)
3. *Blackwell v. Skywest Airlines*, 245 F.R.D. 453 (S.D. Cal. 2007)
4. *Bodner v Oreck Direct, LLC*, Case No. C06-4756 MHP, 2007 U.S. Dist. LEXIS 30408 (N.D. Cal. 2007)
5. *Brown v. Fed. Express Corp.*, 249 F.R.D. 580 (C.D. Cal. 2008)
6. *Cornn v. UPS*, 2005 U.S. Dist. LEXIS 30419 (N.D. Cal. 2005)
7. *Dukes v. Wal-Mart, Inc.*, 509 F.3d 1168 (9th Cir. 2007)
8. *Evans v IAC/Interactive Corp.*, Case No. 8:05-CV-1104 DSF (CWx), 2007 WL 2350113 (C.D. Cal. Apr. 25, 2007)
9. *Far Out Prods.* v. *Oskar*, 247 F.3d 986 (9th Cir. 2001)
10. *FDIC* v. *New Hampshire Ins.*, 953 F.2d 478 (9th Cir. 1992)
11. *Fiandaca v. Cunningham*, 827 F.2d 825 (1st Cir. 1987)
12. *Foster* v. *Arcata Associates*, 772 F.2d 1453 (9th Cir. 1985)
13. *Garcia v. Sun Pac. Farming Co-op.*, Case No. CV06-0871 LJO TAG, 2008 WL 2073979 (E.D. Cal. May 14, 2008)
14. *Goldberg v. Kelly*, 397 U.S. 254 (1970)
15. *Graves v. Colorado*, 31 Fed. R. Serv. 2d 1480 (D. Colo. 1980)
16. *Hoffman* v. *Construction Protective Services, Inc.*, 541 F.3d 1175 (9th Cir. 2008)
17. *In Re Hydrogen Peroxide Antitrust Litig.*, 552 F.3d 305 (3d Cir. 2008)
18. *In Re Indust. Diamonds Antitrust Litig.*, 167 F.R.D. 374 (S.D.N.Y 1996)
19. *In Re Universal Serv. Fund Tel. Billing Practices Litig.*, 219 F.R.D. 661 (D. Kan. 2004)

OHS West:260743480.1

APPENDIX OF AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND OBJECTIONS TO EVIDENCE AND MOTION TO STRIKE EVIDENCE [06 6773 WHA]

20. *In re Wal-Mart Wage & Hour Empl. Practices Litig.*, 2008 U.S. Dist. LEXIS 50928 (D. Nev. 2008)

21. *In re Wells Fargo Home Mortg.*, 571 F.3d 953 (9th Cir. 2009)

22. *J.B. v. Valdez*, 186 F.3d 1280 (10th Cir. 1999)

23. *Kay v. Wells Fargo*, 247 F.R.D. 572 (N.D. Cal 2007)

24. *Kenny v. Supercuts, Inc.*, 252 F.R.D. 641 (N.D. Cal. 2008)

25. *Kohler v. Hyatt Corp.*, 2008 U.S. Dist. LEXIS 63392 (C.D. Cal. 2008)

26. *Kimoto v. McDonald's Corps.*, 2008 U.S. Dist. LEXIS 86203 (C.D. Cal. 2008)

27. *Lanzarone v. Guardsmark Holdings, Inc.*, Case No. CV06-1136 R (PLAX), 2006 U.S. Dist. LEXIS 95785 (C.D. Cal. Sept. 7, 2006)

28. *Latman* v. *Burdette*, Case Nos. 02-35538 and 02-35545, 2004 U.S. App. LEXIS 11212 (9th Cir. June 8, 2004)

29. *Lerwill v. Inflight Motion Pictures, Inc.*, 582 F.2d 507 (9th Cir. 1978)

30. *Lewallen v. Medtronic USA, Inc.*, 2002 WL 31300899 (N.D. Cal. 2002)

31. *Lim* v. *Citizens Sav. & Loan Ass'n*, 430 F. Supp. 802 (N.D. Cal. 1976)

32. *Maddock v. KB Homes, Inc.*, 248 F.R.D. 229 (C.D. Cal. 2007)

33. *Matthews v. Book-of-the-Month Club*, 62 F.R.D. 479 (N.D. Cal. 1974)

34. *Mazur v. eBay, Inc.*, 257 F.R.D. 563 (N.D. Cal. May 5, 2009)

35. *McLaughlin v. Am. Tobacco Co.*, 522 F.3d 215 (2nd Cir. 2008)

36. *National Steel Corp.* v. *Golden Eagles Ins. Corp.*, 121 F.3d 496 (9th Cir. 1997)

37. *Newton v. Merrill Lynch,* 259 F.3d 154 (3rd Cir. 2001)

38. *Perry v. U.S. Bank*, 2001 U.S. Dist. LEXIS 25050 (N.D. Cal. 2001)

39. *Radobenko* v. *Automated Equipment Corp.*, 520 F.2d 540 (9th Cir. 1975)

40. *Robinson v. Texas Auto. Dealers Ass'n*, 387 F.3d 416 (5th Cir. 2004)

41. *Salazar v. Avis Budget Group, Inc.*, 251 F.R.D. 529 (S.D. Cal. 2008)

42. *Sepulveda v. Wal-Mart Stores, Inc.*, 237 F.R.D. 229 (C.D. Cal. 2006)

43. *Smith v. T-Mobile*, (C. D. Cal.) 2007 WL 2385131 (C.D. Cal. 2007)

44. *Szabo v. Bridgeport Machs., Inc.*, 249 F.3d 672 (7th Cir. 2001)

1  45. *Thornhill Publishing Co.* v. *GTE Corp.*, 594 F.2d 730 (9th Cir. 1979)

2  46. *Tolbert* v. *Western Elec. Co.*, 56 F.R.D. 108 (N.D. Ga. 1972)

3  47. *Torres* v. *Oakland County*, 758 F.2d 147 (6th Cir. 1985)

4  48. *United States* v. *Hearst*, 563 F.2d 1331 (9th Cir. 1977)

5  49. *United States* v. *Lyon*, 567 F.2d 777 (8th Cir. 1977)

6  50. *United States* v. *Nissan Van 1987*, Case No. 93-1703, 1994 U.S. App. LEXIS

7      37052 (9th Cir. 1994)

8  51. *Valentino v. Carter-Wallace, Inc.*, 97 F.3d 1227 (9th Cir. 1996)

9  52. *Vinole v. Countrywide Home Loans, Inc.*, 571 F.3d 935 (9th Cir. 2009)

10 53. *Vuyanich & King v. Republic Nat'l Bank of Dallas*, 82 F.R.D. 420 (N.D. Tex.

11     1979)

12 54. *Wagner v. Taylor*, 836 F.2d 578 (D.C. Cir. 1987)

13 55. *Watts v. Healthdyne, Inc.*, Case No. 94-2195-EEO, 1995 U.S. Dist. LEXIS 9818

14     (D. Kan. 1995)

15 56. *Western Elec. Co., Inc. v. Stern*, 544 F.2d 1196 (3d. Cir. 1976)

16 57. *Woods* v. *Lecureux*, 110 F.3d 1215 (6th Cir. 1997)

17 58. *Wren v. RGIS Inv. Specialists*, 256 F.R.D. 180 (N.D. Cal. 2009)

18 59. *Zinser v. Accufix Research Inst., Inc.*, 253 F.3d 1180 (9th Cir. 2001)

19 60. *Yeti By Molly, Ltc.* v. *Deckers Outdoor Corp.*, 259 F.3d 1101 (9th Cir. 2001)

**STATE CASES**

21 61. *Alix v. Wal-Mart Stores, Inc.,* 868 N.Y.S.2d 372, 376 (2008)

22 62. *Meachum v. Outdoor World Corp.*, 654 N.Y.S.2d 240 (1996)

23 Dated: October 15, 2009

LYNNE C. HERMLE
JESSICA R. PERRY
JULIA C. RIECHERT
ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/
Jessica R. Perry
Attorneys for Defendant
GAP, INC.

- 3 -
APPENDIX OF AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND OBJECTIONS TO EVIDENCE AND MOTION TO STRIKE EVIDENCE [06 6773 WHA]

OHS West:260743480.1