| | |
|---|---|
| 1 | LYNNE C. HERMLE (STATE BAR NO. 99779) |
| | JESSICA PERRY (STATE BAR NO. 209321) |
| 2 | JULIA COLLINS RIECHERT (STATE BAR NO. 254078) |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 3 | 1000 Marsh Road |
| | Menlo Park, CA  94025 |
| 4 | Telephone:     650-614-7400 |
| | Facsimile:      650-614-7401 |
| 5 | lchermle@orrick.com |
| | jperry@orrick.com |
| 6 | jriechert@orrick.com |

Attorneys for Defendant
THE GAP, INC.

STEPHEN P. CONNOR
ANNE-MARIE E. SARGENT
CONNOR & SARGENT PLLC
1200 Fifth Avenue, Suite 1650
Seattle, WA  98101
Telephone:     206-654-5050
Facsimile:      206-654-0011

GARY F. LYNCH
CARLSON LYNCH LTD
36 N. Jefferson Street
PO Box 7635
New Castle, PA  16107
Telephone:     724-656-1555
Facsimile:      724-656-1556

Attorneys for Plaintiff
DIENNA HOWARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIENNA HOWARD, individually and on behalf of all similarly situated individuals, | **Case No.  C 06 6773 WHA** |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| GAP, INC., | |
| Defendant. | |

1  Plaintiff Dienna Howard and Defendant Gap Inc. hereby notify the Court that the parties
2  have reached a settlement in this matter.  Counsel for Defendant and Plaintiff are in the process of
3  executing a formal Settlement Agreement, following which the Parties will file a stipulation of
4  dismissal with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The Parties
5  anticipate that Plaintiff will file a dismissal no later than December 1, 2009.  Accordingly, the
6  Parties respectfully request that the Court take the Settlement Conference currently set for
7  November 23, 2009 off calendar or continue it to a later date.

Dated: November 9, 2009

/s/
Jessica R. Perry
ORRICK, HERRINGTON & SUTCLIFFE LLP
Attorneys for Defendant
Gap, Inc.

Dated: November 9, 2009

/s/
Gary F. Lynch
CARLSON LYNCH LTD
Attorneys for Plaintiff
Dienna Howard

- 1 -

NOTICE OF SETTLEMENT
[C 06 6773 WHA]