IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DIENNA HOWARD, individually and on behalf of all similarly situated individuals,

    Plaintiff,

v.

GAP INC.,

    Defendant.

No. C 06-06773 WHA

**ORDER RE NOTICE OF SETTLEMENT**

The Court thanks and acknowledges the parties' notice of settlement but cautions that all deadlines are active until a dismissal is filed.

**IT IS SO ORDERED.**

Dated: November 10, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE