LYNNE C. HERMLE (STATE BAR NO. 99779)
JESSICA PERRY (STATE BAR NO. 209321)
JULIA COLLINS RIECHERT (STATE BAR NO. 254078)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:     650-614-7400
Facsimile:      650-614-7401
lchermle@orrick.com
jperry@orrick.com
jriechert@orrick.com

Attorneys for Defendant
GAP INC.


STEPHEN P. CONNOR
ANNE-MARIE E. SARGENT
CONNOR & SARGENT PLLC
1200 Fifth Avenue, Suite 1650
Seattle, WA  98101
Telephone:     206-654-5050
Facsimile:      206-654-0011

GARY F. LYNCH
STEPHANIE K. GOLDIN
CARLSON LYNCH LTD
36 N. Jefferson Street
PO Box 7635
New Castle, PA  16107
Telephone:     724-656-1555
Facsimile:      724-656-1556

Attorneys for Plaintiff
DIENNA HOWARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIENNA HOWARD, individually and on behalf of all similarly situated individuals,<br><br>            Plaintiff,<br><br>     v.<br><br>GAP INC.,<br><br>            Defendant. | **Case No.  C 06 6773 WHA**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

1
2   IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii),
3   that all claims asserted in this case by Plaintiff are hereby dismissed with prejudice.
4   SO STIPULATED.
5
6   Dated: November 30, 2009

/s/
Jessica R. Perry
ORRICK, HERRINGTON & SUTCLIFFE LLP
Attorneys for Defendant
Gap Inc.

10  Dated: November 30, 2009

/s/
Stephanie K. Goldin
CARLSON LYNCH LTD
Attorneys for Plaintiff
Dienna Howard

14  I hereby attest that the concurrence in the filing of this document has been obtained from
15  Stephanie K. Goldin, Attorney for Plaintiff, Dienna Howard.

/s/
Jessica R. Perry
ORRICK, HERRINGTON & SUTCLIFFE LLP
Attorneys for Defendant
Gap Inc.

- 1 -   STIPULATION OF DISMISSAL WITH PREJUDICE
[C 06 6773 WHA]