IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIENNA HOWARD, individually and on behalf of all similarly situated individuals,<br><br>    Plaintiff,<br><br>  v.<br><br>GAP INC.,<br><br>    Defendant.<br>                                                          / | No. C 06-06773 WHA<br><br>**ORDER APPROVING STIPULATED DISMISSAL OF ALL CLAIMS** |

The Court is in receipt of the parties' stipulation, filed on November 30, 2009, dismissing with prejudice all claims asserted in this action by plaintiff against defendant (Dkt. No. 102). Pursuant to FRCP 41(a), the parties' stipulation is **APPROVED**, and all claims are hereby dismissed with prejudice. **THE CLERK SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: December 1, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE